UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------X

SHARI L. DEMBIN and BURTON T. FRIED,
      Plaintiffs,

    - against -

LVI SERVICES, INC., LVI PARENT CORP. and
SCOTT E. STATE, in his official and individual
capacities,

      Defendants.

------------------------------------X

11 Civ. 01855

**STIPULATION OF DISCONTINUANCE AND DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED by and between counsel for Plaintiff Shari L. Dembin (hereinafter referred to as "Plaintiff") and counsel for LVI Services, Inc., LVI Parent Corp. and Scott E. State (hereinafter referred to as "Defendants") that the above-captioned action, <u>as it relates to Plaintiff Dembin only</u>, is hereby DISCONTINUED WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and without costs or attorneys' fees to any party. The Clerk is requested to amend the caption of this case to remove the name of Shari L. Dembin.

| ATTORNEYS FOR PLAINTIFF<br>SHARI L. DEMBIN, ET AL. | ATTORNEYS FOR DEFENDANTS,<br>LVI SERVICES, INC., ET AL. |
|---|---|
| By: _/s/ Todd Steigman_<br>Todd Steigman, Esq. (ct26875)<br>Madsen, Prestley & Parenteau, LLC<br>44 Capitol Ave, Suite 201<br>Hartford, CT 06106<br>Tel: (860) 246-2466<br>Fax: (860) 246-1794<br>E-mail: tsteigman@mppjustice.com | By: _/s/ Debbie Cannavino_<br>Deborah DeHart Cannavino (CT08144)<br>Littler Mendelson, P.C.<br>One Century Tower<br>265 Church Street, Suite 300<br>New Haven, CT 06510<br>Tel.: 203-974-8700<br>Fax: 203-974-8799<br>Email: dcannavino@littler.com |
| Dated: 1/6/____, 2012 | Dated: 1/9____, 2012 |

**SO ORDERED:**

Dated: New Haven, CT

_____, 2012

_____
Hon. Janet Bond Arterton, U.S.D.J.

## CERTIFICATION

I hereby certify that on January 9, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

_____
Deborah DeHart Cannavino CT08144