UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BURTON T. FRIED, | : |
| Plaintiff, | : CIVIL NO.: 3:11-CV-01855-JBA |
| v. | : |
| LVI SERVICES INC., LVI PARENT CORP., and SCOTT E. STATE, | : FEBRUARY 2, 2011 |
| Defendants. | : |

## DEFENDANTS' MOTION FOR ADMISSION OF VISITING ATTORNEY NICHOLAS H. DE BAUN

Pursuant to Local Rule 83.1(d), the undersigned member of the bar of this Court respectfully requests that Nicholas De Baun of the law firm Sidley Austin LLP, with offices at 787 Seventh Avenue, New York, NY 10019, be admitted as visiting attorney for Defendants LVI Services, LVI Parent Corp., and Scott E. State for purposes of this case. Attached to this motion are Mr. De Baun's Local Rule 83.1(d)(1) Affidavit in Support of Defendant's Motion to Admit Visiting Attorney and Certificate of Good Standing from the United States District Court, Southern District of New York, along with the $25.00 admission fee.

As stated in the affidavit, Mr. De Baun has an attorney-client relationship with Defendants and has acquired a specialized knowledge of their expertise from working with Defendants, and he will be of critical assistance in connection with the resolution of this matter. In addition, the granting of this motion will not require modification of the scheduling order or any deadlines in this case.

*ORAL ARGUMENT IS NOT REQUESTED*

Accordingly, Defendants respectfully request that Nicholas De Baun be admitted to participate in all matters in this case.

Dated this 2nd day of February, 2012.

                              **LVI SERVICES INC., LVI PARENT CORP., and SCOTT E. STATE,**

                              /s/ Matthew K. Curtin
                              Matthew K. Curtin (ct27765)
                              LITTLER MENDELSON, P.C.
                              One Century Tower
                              265 Church Street, Suite 300
                              New Haven, CT  06510
                              Telephone:  203.974.8700
                              Facsimile:  203.974.8799
                              mcurtin@littler.com
                              Defendants' Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARI L. DEMBIN and BURTON T. FRIED, | : |
| | : |
| | : CIVIL NO.: 3:11-CV-01855-JBA |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| LVI SERVICES INC., LVI PARENT CORP., and SCOTT E. STATE, | : FEBRUARY 1, 2012 |
| | : |
| Defendants. | : |

## AFFIDAVIT OF NICHOLAS H. DE BAUN IN SUPPORT OF MOTION FOR ADMISSION OF VISITING ATTORNEY

I, Nicholas H. De Baun, being of sound mind and lawful age, do hereby depose and state that I have personal knowledge of the following facts:

1. I am a partner in the law firm of Sidley Austin LLP. My office address is 787 Seventh Avenue, New York, NY 10019; Telephone Number (212) 839-5300; Facsimile Number (212) 839-5599; E-mail Address: ndebaun@sidley.com. I am admitted to practice law before the following Courts:

| Court | Date of Admission | Bar Identification No. |
|---|---|---|
| **State** | | |
| New York | 1995 | 2695286 |
| **Courts of Appeal** | | |
| Second Circuit | 2007 | - |
| **U.S. District Courts** | | |
| S.D.N.Y. | 1995 | |
| E.D.N.Y. | 1999 | |
| N.D.N.Y. | 2000 | |

| Court | Date of Admission | **Bar Identification No.** |
|---|---|---|
| | | |

2. I am currently a member in good standing in every jurisdiction in which I have been admitted to practice. I have not been suspended or disbarred by any court.

3. Littler Mendelson, P.C. is Connecticut in-state counsel for Defendants in the above captioned matter.

4. I have an attorney-client relationship with Defendants in the above captioned matter and I have acquired a specialized knowledge of their expertise through working with Defendants. Defendants have requested I represent them in this matter.

5. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing. There are no pending disciplinary matters against me.

6. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8. I hereby designate Matthew K. Curtin, the sponsoring attorney, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission as a visiting attorney.

AFFIANT FURTHER SAYETH NAUGHT.

_____
NICHOLAS H. DE BAUN

SWORN TO AND SUBSCRIBED before me this __1st__ day of FEBRUARY, 2012.

_____
Notary Public

CHRISTOPHER G. LUDE
Notary Public, State of New York
No. 02EL6212469
Qualified in New York County
Commission Expires Oct. 13, 2013

3

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>     **NICHOLAS HALL DE BAUN**     </u>, Bar # <u>     **ND5737**     </u>

was duly admitted to practice in this Court on

<u>     **DECEMBER 05th, 1995**     </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>   on   <u>**JANUARY 26th, 2012**</u>

<u>Ruby J. Krajick</u>       by <u>[signature]</u>
Clerk                                    Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Matthew K. Curtin
Matthew K. Curtin (ct27765)
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street, Suite 300
New Haven, CT  06510
Telephone:  203.974.8700
Facsimile:  203.974.8799
mcurtin@littler.com