UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **SHARI L. DEMBIN and BURTON T. FRIED** | : | **CIVIL ACTION NO.** |
| Plaintiffs, | : | |
| v. | : | **3:11CV01855 (JBA)** |
| | : | |
| **LVI SERVICES INC., LVI PARENT CORP.,** | : | |
| and **SCOTT E. STATE,** | : | |
| Defendants | : | **FEBRUARY 16, 2011** |

## MOTION FOR ADMISSION OF DOUGLAS H. WIGDOR *PRO HAC VICE*

Pursuant to Local Rule 83.1(d)1, as revised, the undersigned member of the bar of this Court hereby moves that Douglas H. Wigdor, Esq. of Thompson Wigdor, LLP, be permitted to appear in this matter *pro hac vice* on behalf of Plaintiff Burton T. Fried. The accompanying Affidavit of Douglas H. Wigdor in support of this motion (Exhibit A) sets forth Mr. Wigdor's contact information, bar memberships, admissions and/or discipline information, and knowledge of the rules of this Court.

Based on that affidavit, undersigned counsel represents that Mr. Wigdor appears to satisfy all of the Court's requirements to be permitted to represent the Plaintiff in this matter. Accordingly, undersigned counsel respectfully requests that the Court admit Mr. Wigdor as a visiting lawyer for that purpose.

The $25.00 fee for Mr. Wigdor's admission is submitted with this motion via electronic payment.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

**WHEREFORE**, the undersigned counsel respectfully requests that this Court admit the above counsel to practice before this Court for the purpose of this case.

        Respectfully submitted,
        Burton T. Fried

By: _____//s// Todd D. Steigman_____
        William G. Madsen (ct09853)
        Todd D. Steigman (ct26875)
        Madsen Presley & Parenteau, LLC
        44 Capital Avenue, Suite 201
        Hartford, CT 06106
        Tel: 860-246-2466   Fax: 860-246-1794
        wmadsen@mppjustice.com
        tsteigman@mppjustice.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2012, a copy of the foregoing with all attachments was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        _____//s// Todd D. Steigman_____
        Todd D. Steigman

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHARI L. DEMBIN and BURTON T. FRIED | : | CIVIL ACTION NO. |
| Plaintiffs, | : | |
| v. | : | 3:11CV01855 (JBA) |
| | : | |
| LVI SERVICES INC., LVI PARENT CORP., | : | |
| and SCOTT E. STATE, | : | |
| Defendants | : | FEBRUARY 16, 2012 |

## O R D E R

Todd D. Steigman, Esq., a member of the bar of this Court, having moved for the admission of Douglas H. Wigdor, Esq., as a visiting lawyer for the purpose of representing the Plaintiffs Shari L. Dembin and Burton T. Fried, and it appearing that the motion is in conformity with Local Rule 83.l(d)1, it is hereby **ORDERED** that the motion is **GRANTED**.

Dated at New Haven, Connecticut on this ___ day of February, 2012.

_____
Janet Bond Arterton, Judge

3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHARI L. DEMBIN and BURTON T. FRIED | : | CIVIL ACTION NO. |
| Plaintiffs, | : | |
| v. | : | 3:11CV01855 (JBA) |
| | : | |
| LVI SERVICES INC., LVI PARENT CORP., | : | |
| and SCOTT E. STATE, | : | |
| Defendants | : | FEBRUARY 14, 2012 |

<u>AFFIDAVIT OF DOUGLAS H. WIGDOR</u>

**STATE OF NEW YORK**     :
                          : New York
**COUNTY OF NEW YORK**    :

      Pursuant to Local Rule 83.1 (d) 1, Douglas H. Wigdor, Esq., being duly sworn, deposes and says:

    1.    I am over the age of 18 and believe in the obligation of an oath.

    2.    I make this affidavit in support of a motion by Todd D. Steigman, Esq. seeking my admission as a visiting lawyer in the above-captioned case.

    3.    I am a founding partner in the law firm of Thompson Wigdor LLP located at 85 Fifth Avenue, New York, NY 10003. Telephone: (212) 257-6800; Facsimile: (212) 257-6845; email: dwigdor@thompsonwigdor.com.

    4.    I am a member in good standing of the Bar of New York State, admitted in September 1994, Bar No. 2609469; the Bar of Pennsylvania, admitted in September, 1994 (currently inactive), Bar No. 72555; and the Bar of Washington, D.C., admitted in August, 1995, Bar No. 447370.. I am admitted to practice before the U.S. District Courts for the Southern District of New York Bar No. DW-9737; the Eastern District of New York, Bar No. DW-9737;

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

the Northern District of New York, Bar No. 511986; the U.S. Second Circuit Court of Appeals, Bar No. 2001-207; and the U.S. Supreme Court. I am also admitted in the United Kingdom.

5. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6. I have not been denied admission to, disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other Court while facing a disciplinary complaint.

7. I have fully reviewed and am familiar with the Federal and Local Rules of the United States District Court for the District of Connecticut and the Connecticut Rules of Professional Conduct.

8. I hereby designate my sponsoring attorney as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission as visiting attorney.

9. I will file a Certificate of Good Standing from the State of New York, where my primary office is located.

_____
Douglas H. Wigdor, Esq.

Subscribed and sworn to, before me,
this 14 day February, 2012.

_____
Commissioner of the Superior Court
Notary Public/My Commission Expires:

VIRGINIA GENTILE
Notary Public, State of New York
No. 01GE4960908
Qualified in Nassau County
Commission Expires January 2, 20 14

2