**CERTIFICATE OF SERVICE**

      I, hereby certify that on February 24, 2012 a copy of Shaffin A. Datoo's Certificate of Good Standing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Courts CM/ECF system.

Dated: February 28, 2012
       New York, New York

                                                /s/ Shaffin A. Datoo
                                                Shaffin A. Datoo

                                                Thompson Wigdor LLP
                                                85 Fifth Avenue
                                                New York, New York 10003
                                                Tel: (212) 257-6800
                                                Fax: (212) 257-6845
                                                sdatoo@thompsonwigdor.com
                                                *Counsel for Plaintiffs*