UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARI L. DEMBIN and BURTON T. FRIED, | : |
| | : |
| | : CIVIL NO.: 3:11-CV-01855-JBA |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| LVI SERVICES, INC., LVI PARENT CORP., and SCOTT E. STATE, | : APRIL 26, 2012 |
| | : |
| Defendants. | : |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Local Civil Rule 56 of the United States District Court for the District of Connecticut, defendants LVI Services, Inc. ("LVI"), LVI Parent Corp. ("LVI Parent") and Scott E. State (collectively, the "Defendants") respectfully move for summary judgment on plaintiff Burton T. Fried's ("Plaintiff") Complaint dated November 30, 2011 ("Complaint"). In his Complaint, Plaintiff alleges Defendants violated his rights under the Connecticut Fair Employment Practices Act, Conn. Gen. Stat. §§ 46a-51, *et seq.* ("CFEPA").

This action follows Plaintiff's unsuccessful pursuit of factually identical allegations in *Fried v. LVI Services, et al.*, 10-cv-9308 (S.D.N.Y.) (JSR), an action formerly pending in the United States District Court for the Southern District of New York, on which summary judgment has been granted, and an appeal is pending. No new facts or issues have come to light, only a new theory of liability under the CFEPA. Plaintiff had a full and fair opportunity to litigate his claims under the CFEPA, and that he chose not to do so precludes this action, in its entirety,

*ORAL ARGUMENT REQUESTED*

under the sound principles of res judicata and collateral estoppel. To the extent Plaintiff's claims are not legally barred, which they are, Plaintiff cannot set forth a *prima facie* case of discrimination or retaliation under the CFEPA.

For all the reasons detailed in Defendants' Memorandum of Law in Support of Summary Judgment that Defendants file with this Motion, this Court should grant summary judgment in favor of Defendants, dismissing Plaintiff's Complaint in its entirety.

Dated: April 26, 2012

By: _____

Michael D. Mann (phv02157)
(mdmann@sidley.com)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Deborah Dehart Cannavino (CT08144)
(dcannavino@littler.com)
Matthew K. Curtin (CT27765)
(mcurtin@littler.com)
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street, Suite 300
New Haven, CT 06510
(203) 974-8700

*Attorneys for Defendants*
*LVI Services Inc., LVI Parent Corp.,*
*and Scott E. State*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

_____
Michael D. Mann (phv02157)
(mdmann@sidley.com)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300