## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHARI L. DEMBIN and BURTON T. FRIED, | : : : | |
| Plaintiffs, | : : : | **CIVIL NO.: 3:11-CV-01855-JBA** |
| v. | : : | |
| LVI SERVICES, INC., LVI PARENT CORP., and SCOTT E. STATE, | : : : | **APRIL 26, 2012** |
| Defendants. | : | |

### AFFIRMATION OF MICHAEL D. MANN

MICHAEL D. MANN, an attorney at law duly authorized to practice before the courts of the State of New York, affirms under penalty of perjury:

1.      I am an associate with the law firm of Sidley Austin LLP, counsel for defendants LVI Services, Inc., LVI Parent Corp., and Scott E. State.  I respectfully submit this affirmation in support of Defendants' Motion for Summary Judgment for the sole purpose of providing the Court with true copies of documents relevant to the disposition of that motion.

2.      A true and correct copy of an email dated September 21, 2010 from Brian Simmons to Burton Fried, with the subject "Re: Update," is attached hereto as Exhibit A.

3.      True and correct copies of relevant pages from the transcript of the deposition of Burton Fried, dated May 20, 2011, are attached hereto as Exhibit B.

4.      A true and correct copy of the Complaint in this action, dated November 30, 2011, is attached hereto as Exhibit C.

5.      A true and correct copy of an LVI Services Investment Memorandum, dated October 28, 2005, is attached hereto as Exhibit D.

6.      A true and correct copy of Burton Fried's employment agreement, dated November 16, 2005, is attached hereto as Exhibit E.

7.      A true and correct copy of an email dated September 22, 2010 from Burton Fried to Brian Simmons, copying Robert Hogan, with the subject "Scott State," is attached hereto as Exhibit F.

8.      A true and correct copy of an email dated September 21, 2010 from Burton Fried to John Leonard and Paul Cutrone, with the subject "Scott State," is attached hereto as Exhibit G.

9.      A true and correct copy of an email dated September 23, 2010 from Brian Simmons to Scott State, copying Robert Hogan, Burton Fried, and Laura Lester, with the subject "Re: Updated Offer," is attached hereto as Exhibit H.

10.      A true and correct copy of an email dated October 29, 2010 from Scott State to Brian Simmons and Rajay Bagaria, with the subject "One month review," is attached hereto as Exhibit I.

11.      True and correct copies of relevant pages from the transcript of the deposition of Scott State, dated May 26, 2011, are attached hereto as Exhibit J.

12.      A true and correct copy of an email dated October 3, 2010 from Burton Fried to Scott State, with the subject "Re: Chief Information Officer Position Spec," is attached hereto as Exhibit K.

13.      A true and correct copy of an email dated October 13, 2010 from Burton Fried to Scott State, copying John Leonard, with the subject "Re: Fw: November Meeting," is attached hereto as Exhibit L.

2

14.     A true and correct copy of an email dated October 3, 2010 from Robert Hogan to Brian Simmons, with the subject "Fw: Fwd: Chief Information Officer Position Spec," is attached hereto as Exhibit M.

15.     A true and correct copy of an email dated October 5, 2010 from Robert Hogan to Scott State, with the subject "RE: Transitional and Participation Matters," is attached hereto as Exhibit N.

16.     A true and correct copy of an email dated October 14, 2010 from Burton Fried to Scott State, with the subject "RE: Schedule," is attached hereto as Exhibit O.

17.     A true and correct copy of an email dated October 14, 2010 from Burton Fried to Scott State, with the subject "Chairman – Areas of Responsibility," is attached hereto as Exhibit P.

18.     A true and correct copy of an email dated October 14, 2010 from Scott State to Brian Simmons and Robert Hogan, with the subject "Chairman Duties," is attached hereto as Exhibit Q.

19.     A true and correct copy of an email dated October 19, 2010 from Scott State to Brian Simmons, copying Robert Hogan, with the subject "Re: Chairman Duties," is attached hereto as Exhibit R.

20.     A true and correct copy of an email dated October 28, 2010 from Burton Fried to Brian Simmons, with the subject "Chairman – Areas of Responsibilities," is attached hereto as Exhibit S.

21.     A true and correct copy of an email dated November 2, 2010 from Brian Simmons to Burton Fried, copying Rajay Bagaria, John Schnabel, Robert Hogan, Daniel Hennessy, Laura

Lester, and Jeffrey Smith, with the subject "RE: Chairman – Areas of Responsibilities," is attached hereto as Exhibit T.

22.     A true and correct copy of an email dated June 23, 2006 from Burton Fried to Brian Simmons, with the subject "RE: McNamara Release," is attached hereto as Exhibit U.

23.     A true and correct copy of an email dated June 30, 2005 from Burton Fried to Mike Lane, with the subject "Re: LUT 1," is attached hereto as Exhibit V.

24.     A true and correct copy of an email dated November 10, 2010 from Brian Simmons to Scott State and Rajay Bagaria, with the subject "Re: Business Opportunities," is attached hereto as Exhibit W.

25.      True and correct copies of relevant pages from the transcript of the deposition of Brian Simmons, dated May 25, 2011, are attached hereto as Exhibit X.

26.     A true and correct copy of an email dated November 16, 2010 from Brian Simmons to Burton Fried, copying Rajay Bagaria, John Schnabel, Gerald Girardi, Teddy Reynolds, Robert Hogan, Richard Ferrucci, Bob Buck, and Jeffrey Smith, with the subject "Transition to Chairman," is attached hereto as Exhibit Y.

27.     A true and correct copy of an email dated November 16, 2010 from Scott State to Brian Simmons and Rajay Bagaria, with the subject "FW:," is attached hereto as Exhibit Z.

28.     A true and correct copy of an email dated November 30, 2010 from Scott State to John Leonard, with the subject "Fw: Burt Fried's Resignation of Officer/Director Positions," is attached hereto as Exhibit AA.

29.     A true and correct copy of the complaint in the action captioned *Burton T. Fried v. LVI Services, Inc., et al.*, 10-cv-9308, formerly pending in the United States District Court for the

Southern District of New York, as filed on December 13, 2010 ("*Fried I*"), is attached hereto as Exhibit BB.

30.     A true and correct copy of the complaint in *Fried I*, as amended on February 3, 2011, is attached hereto as Exhibit CC.

31.     A true and correct copy of Burton Fried's Charge of Discrimination filed with the State of Connecticut, Commission on Human Rights and Opportunities on May 16, 2011, is attached hereto as Exhibit DD.

32.     A true and correct copy of the Stipulation of Dismissal with Prejudice agreed to by the parties in *Fried I*, and subsequently ordered by the court on October 27, 2011, is attached hereto as Exhibit EE.

33.     A true and correct copy of the *Fried I* Opinion and Order, dated October 4, 2011, granting Defendants' motion for summary judgment in part is attached hereto as Exhibit FF.

34.     A true and correct copy of the PACER docket in *Fried I* is attached hereto as Exhibit GG

35.     A true and correct copy of an email dated September 19, 2010 from Robert Hogan to Brian Simmons, with the subject "Fw: Offer," is attached hereto as Exhibit HH.

36.     A true and correct copy of Burton Fried's Release of Jurisdiction, dated October 17, 2011, from the State of Connecticut, Commission on Human Rights and Opportunities, is attached hereto as Exhibit II.

37.     A true and correct copy of Burton Fried's Notice of Appeal, dated November 14, 2011, is attached hereto as Exhibit JJ.

38.     A true and correct copy of a scheduling order of the United States Court of Appeals for the Second Circuit, dated March 1, 2012, is attached hereto as Exhibit KK.

Dated: April 26, 2012

By:

Michael D. Mann (phv02157)
(mdmann@sidley.com)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

*Attorneys for Defendants*
*LVI Services Inc., LVI Parent Corp.,*
*and Scott E. State*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

Michael D. Mann (phv02157)
(mdmann@sidley.com)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300