# EXHIBIT A

**From:** Simmons, Brian P. <BSimmons@chsonline.com>
**Sent:** Tuesday, September 21, 2010 8:55 PM
**To:** Fried, Burton <BFried@Notes.lvi.com>
**Subject:** Re: Update

---

Perfect. As I expected. Just wanted you to have the benefit of our observations. I am sure it will all go fine.

---

Brian P. Simmons
Partner
Code Hennessy & Simmons LLC
10 South Wacker Drive STE 3175
Chicago, IL 60606

This email may contain material that is confidential and/or privileged and is for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** BFried@lviservices.com [mailto:BFried@lviservices.com]
**Sent:** Tuesday, September 21, 2010 06:43 PM
**To:** Simmons, Brian P.
**Cc:** Hogan, Robert
**Subject:** Re: Update

Brian:

If your e-mail to me accurately reflects Scott's concern then he is evidencing early insecurity..... Before Bob McNamara accepted the LVI CEO position his only question of me was how long I would continue at LVI. My answer was "a day up to a year subject to your pleasure". He then said he would only accept the position at LVI if I agreed to stay as long as he wanted. I asked how long that would be and he said "until I (Bob) leave".

I will repeat my offer to Scott. I am prepared to remain at LVI until he, the Board or I decide its time for me to leave...an offer he can't refuse. Ask you to recall that one of the purposes of my working in Westport was to get out of the way of the new CEO at the NY Corporate office.

Trust you have no problem with my planned reply...He will be in charge and get all the room he wants from me.

Burt

---

Burton T. Fried
Chairman/CEO
LVI Services Inc.
877 Post Road East
Suite # 4
Westport, CT 06880
Phone: (203) 222-0584
Fax: (203) 222-2227
bfried@lviservices.com

---

**From:** "Simmons, Brian P." [BSimmons@chsonline.com]
**Sent:** 09/21/2010 05:48 PM EST
**To:** Burton Fried
**Cc:** "Hogan, Robert" <Rhogan@chsonline.com>
**Subject:** FW: Update

Burt - Scott wants to discuss your ongoing role at LVI. I suspect he wants to be assured that he will have authority as CEO to align his team, manage the business, etc. Obviously he will be accountable to the Board for a budget, performance, and various other corporate actions. I think it will be very important for him to hear unambiguously from you that he is in charge and you will give him the room he needs.

---

**From:** Hogan, Robert
**Sent:** Tuesday, September 21, 2010 5:45 PM
**To:** Gerald Girardi (ggirardi@apolloic.com); Rajay Bagaria (bagaria@apolloic.com); Teddy Reynolds; John Schnabel; Rafe Fogel; Bill Gassman; Will Pulman; Burton T. Fried (bfried@lviservices.com); Simmons, Brian P.; Lester, Laura; Kunz, Matthew
**Subject:** Update

A couple of items to update everyone on:

1. It appears we have an agreement with Scott State. He asked me to revise the offer letter to reflect the last deal we discussed as a group. That will be done tonight. Scott also wants to speak with Burt one last time before accepting the offer. That should be done tomorrow I presume.

2. We have two lender holdouts. Allstate and Cypress Tree. Allstate is hung up on the mutual release language, but we have compromise language we believe should work. The last I heard from Rob Warshauer, Cypress Tree was "on the fence." I left CIBC a message asking what the issue is and whether there has been some miscommunication. Once we have Allstate and Cypress signatures in, we will be ready to "pre-close."

Since this is likely to pre-close tomorrow, I would hope to have Scott signed up in advance of releasing our signatures.

---

Robert Hogan
Principal
Code Hennessy & Simmons LLC
10 S. Wacker Drive, Suite 3175
Chicago, IL 60606
(p) 312-876-2679
(f) 312-876-3854

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individ

CONFIDENTIAL

LVI 002465