# EXHIBIT D

**LVI Services Inc.**
**New York, New York**

**Investment Memo**

| |
|---|
| Date: October 28, 2005 |
| Stage of Deal: Pre-Close |
| CHS Team: BPS, SRB, RGH, CJK, CDN |
| Mgmt Presentation: August 14, 2005 |
| (BPS, SRB, EML, RGH, CDN) |

## INVESTMENT OVERVIEW

**Business Overview**

LVI Services Inc. ("LVI" or the "Company") is the country's largest provider of asbestos and mold remediation, demolition, restoration, and emergency response services. Through 27 locations in 19 states, the staff of 2,600 employees (415 full-time employees and 2,200 hourly laborers) provides the following services: asbestos abatement (44% of TTM-Oct'05E revenue), soft and structural demolition (22%), emergency response services (20%), mold remediation (4%), fireproofing (4%), decontamination and decommissioning (3%), lead-based paint abatement (2%), infection control (2%), and other (1%). The Company's broad capabilities make it the only national provider of a complete array of facility-based services. These services are complementary in nature and there is a strong linkage between asbestos abatement services (LVI's original line of business) and the Company's demolition, emergency response, mold remediation, fireproofing, and other services. In addition, the reputation earned by LVI in the highly regulated asbestos abatement segment has served the Company well in its efforts to broaden its service offerings. LVI serves a variety of end markets, including commercial, industrial, government, healthcare, education, and multi-family residential facilities. The Company completed over 4,800 distinct projects in 2004, with an average project size of $55,000. The top client represented 4.9% of revenue in 2004, with the top 20 clients representing 40.9% of revenues. High profile projects in the historical period include the Pentagon, the 9/11 cleanup at the World Trade Center, the Bellagio Hotel, Bank One Plaza, the Aladdin Hotel, Cedar Sinai Medical Center, and the NASA Kennedy Space Center.

As shown in the table below, the Company has presented strong growth, posting a sales CAGR from '00-'04 of 14.9%, increasing gross margins from 21.9% to 23.8%, and growing Adjusted EBITDA margins from 7.6% to 12.4%.

### LVI Services - Financial Summary

| | Fiscal Year Ending December 31, | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Actual | | | Base Case | | | | |
| ($ in 000s) | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
| Total Net Sales | $151,180 | $151,676 | $148,159 | $171,513 | $263,470 | $347,562 | $441,791 | $331,736 | $343,113 | $359,310 | $373,537 |
| % Growth | na | 0.3% | -2.3% | 15.8% | 53.6% | 11.9% | 27.1% | -24.9% | 3.4% | 4.7% | 4.0% |
| | | | | | | | | | | | |
| Adjusted Gross Profit | 33,159 | 34,911 | 35,546 | 41,393 | 62,833 | 89,377 | 118,844 | 81,175 | 83,554 | 87,637 | 91,191 |
| % of Sales | 21.9% | 23.0% | 24.0% | 24.1% | 23.8% | 25.7% | 26.9% | 24.5% | 24.4% | 24.4% | 24.4% |
| | | | | | | | | | | | |
| PF EBITDA | 11,543 | 11,918 | 12,854 | 14,659 | 32,750 | 50,185 | 76,903 | 41,108 | 41,378 | 43,355 | 45,059 |
| % of Sales | 7.6% | 7.9% | 8.7% | 8.5% | 12.4% | 14.4% | 17.4% | 12.4% | 12.1% | 12.1% | 12.1% |
| | | | | | | | | | | | |
| Capex | (3,794) | (1,954) | (1,974) | (2,457) | (3,284) | (5,500) | (6,595) | (4,952) | (5,132) | (5,364) | (5,576) |

## TRANSACTION OVERVIEW

In mid-2005, LVI's owner, Blue Point Capital Partners ("Blue Point"), hired Edgeview Partners to sell the Company. CHS was able to meet with LVI management ahead of the formal sale process. Our experience and track record with branch businesses and construction services positioned CHS as management's choice as an equity partner. We signed a contract on October 19th to purchase LVI. The purchase price of $250.0 million represents 5.74x TTM adjusted EBITDA of $43.5 million as of October. In the TTM period, the Company has experienced a significant ramp-up of revenue associated with the four 2004 Florida hurricanes as well as the three hurricanes in 2005 (Katrina, Rita, and Wilma). For fiscal 2005, CHS estimates that a more normalized storm season would result in EBITDA of approximately $33.7 million. The implied purchase price multiple assuming $33.7 million of adjusted 2005 EBITDA is 7.43x.

The acquisition will be financed with a $140 million Term B Loan and a $45 million unfunded revolver from a syndicate of investors led by CIBC, as well as $43 million of Senior Subordinated Notes from Apollo Investment Corporation. CHS, management investors, and Apollo will contribute $78.0 million of equity. The senior credit facilities led by CIBC have been rated B1 by Moody's and B+ by Standard & Poor's. This investment is expected to close during the second week of November. The following table presents a sources and uses of funds for this investment:

1

CHS 000001

## LVI Services Inc.
## New York, New York

($ in thousands)

| Sources of Funds[2] | $ | % of Sources | Cum. EBITDA Multiple[1] TTM 10/31/05 | | Uses of Funds | $ | % of Uses |
|---|---|---|---|---|---|---|---|
| Revolver[2] | $0 | 0.0% | 0.00x | | Purchase Price | $250,000 | 95.8% |
| Term B | 140,000 | 53.6% | 3.22x | | Fees & Expenses | 11,000 | 4.2% |
| Sr. Sub Debt | 43,000 | 16.5% | 4.20x | | | | |
| Preferred Equity | 58,500 | 22.4% | | | | | |
| Common Equity | 19,500 | 7.5% | | | | | |
| Total Sources | $261,000 | 100.0% | | | Total Uses | $261,000 | 100.0% |

Notes:

1  Based on actual TTM 10/31/05 EBITDA of $43,537

2  $45 million Revolver unfunded at close

3  Excludes fees and expenses

4  Excludes fees and expenses. Reflects CHS adjusted EBITDA for a normal level of hurricane activities.

| | |
|---|---|
| TTM Purchase Multiple[3] | 5.74x |
| TTM Purchase Multiple[4] | 7.43x |

## INVESTMENT THESIS

We believe LVI is an attractive investment opportunity for Fund V due to multiple opportunities to grow the business, a leading market position within fragmented industry segments, and diversification across the U.S. through a large number of short term projects. Our investment strategy will be focused on the following initiatives:

➢ **Pursue multiple avenues of growth for the business** – CHS will assist the Company with capital and other resources in pursuit of growth in five distinct areas:

○ New Offices—LVI has successfully opened seven new offices since 2000, and the Company has identified four new markets for expansion (Indianapolis, Atlanta, Jacksonville, and Milwaukee). In addition to targeting new customers in these markets, the Company has completed work for customers with facilities in these targeted locations. As a result, LVI would be well positioned to perform additional work in these locations if they had a presence.

○ Acquisitions– The Company has acquired five businesses since 2000 with minimal cash investment. The Company is currently in active pursuit of nine targets with over $200 million in combined revenue. LVI has targeted strong management teams that are looking to remain with the acquired business and capitalize on the added service capabilities that a combination with LVI can offer. Acquired companies will provide added service lines and/or access to new geographic areas for the Company.

○ New Service Offerings—While LVI developed its reputation as an asbestos abatement company, management recognized early on that LVI's role could easily be expanded to involve the other service offerings often done in conjunction with asbestos abatement. For example, with the renovation of a commercial facility, asbestos abatement represented one component of a project that could include lead-based paint abatement, soft demolition, mold remediation, and fireproofing. Rather than leave these services to other parties, the Company integrated these services in order to provide general contractors with a broad solution, a single point of accountability, and a compressed timeline. In the future, the Company is interested in expanding its emergency services to include drying and dehumidification and its facility-based services to include premise wiring, drywall, and other "put back" services as well as other pro-active hazardous material prevention offerings. Security services will also be considered.

○ Master Service Agreements—The Company has worked with clients to develop a relationship for ongoing jobs, whether through a preferred vendor program or a pre-arranged pricing agreement for services. In early 2005, LVI signed a national service agreement for emergency response services with Washington Mutual for its nationwide network of 2,200 facilities. In addition, the Company has pre-negotiated service agreements and prequalification stats with 27 national clients and hundreds of others on a local or regional basis. Through its new offices, acquisitions, and expanded services, the Company will continue to target master service arrangements. Finally, the Company is currently working with counties across Florida to secure pre-qualification agreements and pre-negotiated rates in anticipation of future hurricane work.

2

CONFIDENTIAL

CHS 000002

**LVI Services Inc.**
**New York, New York**

o   Targeted Market Opportunities—LVI's management team is pursuing several unique opportunities that they believe the Company is uniquely qualified to win:

- Department of Defense work: Asbestos removal at the Pentagon and asbestos and lead-based paint abatement and structural demolition at 33 domestic bases to be closed.

- Power plant upgrades and demolition: Demolition tied to EPA-required scrubber upgrades at coal fired plants and the asbestos abatement and demolition requirements at 300-400 inactive power plants.

➤  **Leverage the strong internal systems and controls to improve margins while the business grows** – The Company boasts a fully integrated and centralized information system that allows for continuous job cost monitoring. In addition, Ernst & Young has confirmed that the Company's systems are scalable, with the ability to manage a much larger business within current operations. The Company is currently installing biometric time clocks (finger prints) to manage a large, rapidly growing labor force efficiently. This will also eliminate leakage and significantly reduce manual entry of payroll data, enabling the Company to manage a much larger work force.

➤  **Enhance the strong management team and enlist a top-notch Board** – The Company has assembled a strong management team that will be enhanced with the recruitment of a CEO to run the day-to-day operations of the business. The current CEO, Burton Fried, will then transition into an active chairman role focusing on growth initiatives. This transition was planned and announced prior to initiating the sale process. CHS would look to put the new CEO in place as soon as possible after closing. We would also hope to populate the board of directors with individuals experienced in the construction or environmental remediation industries.

➤  **Position LVI for exit** – Through continued growth in its broad array of services, the Company can be positioned as a facility services provider with a full array of services not concentrated in any one service offering. During our ownership, CHS intends to take the necessary steps to prepare the business for a potential exit through the public markets.

CONFIDENTIAL

CHS 000003

**LVI Services Inc.**
**New York, New York**

## INVESTMENT STRENGTHS AND ISSUES

The Company's investment strengths and issues are summarized below.

| INVESTMENT STRENGTHS | INVESTMENT ISSUES |
|---|---|
| + Services multiple industries and customers via a large number of projects, with 4,700 projects completed with average revenue of $55,000 | – Bonding requirements for government work (needed $43.7 mm in bonds in 2004, with an average of $13.6 mm outstanding at any time) |
| + No customer accounts for more than 5% of revenues | – Large labor force of both unionized and non-union laborers to be recruited, trained and managed (most laborers don't work for the Company full time) |
| + Large number of customers enlisting LVI each year to perform work across multiple locations | – Valuation is complicated by $69.5 million worth of revenue associated with the 2004 and 2005 hurricanes |
| + Multiple opportunities to grow the business: new offices, acquisitions, new services/service extensions, national service agreements and pre-negotiated rates, and targeted market opportunities (Pentagon, DoD base closings, power plant renovations, etc.) | – The CEO who has run the business for 15 years will likely move to an active Chairman role during our investment horizon, and a new CEO will need to be recruited |
| + Huge revenue opportunity from Hurricanes Katrina, Rita, and Wilma | – The organizational structure is unusual with two COOs that allocate responsibilities by geography and service offerings and act more like regional vice presidents |
| + As the only nationwide player in both remediation and demolition, the Company generally competes against small firms with minimal depth in service offerings | – Several industries that represent large sources of revenue are not growing (asbestos and lead paint abatement, and decontamination and decommissioning) |
| + Proven ability to open new offices and complete acquisitions (seven new offices and six acquisitions since 1999) | – Majority of non-emergency response contracts are fixed price, leaving the Company exposed to cost overruns |
| + Actual and potential backlog at near record levels for the Company at $125 million. | |
| + Due to the strong reputation established by the Company through it asbestos abatement work, the Company is well positioned to grow in other business segments that require expertise in handling toxic or contaminated material | |
| + Strong management information systems to manage geographically diverse, multi-site operations (biometric time-clock) | |
| + LVI has never produced, sold or installed an asbestos containing product and has never been a party to an asbestos claim | |
| + Environmental legislation is likely to tighten, providing more opportunities for remediation | |

-4-

CONFIDENTIAL

CHS 000004

LVI Services Inc.
New York, New York

## COMPANY OVERVIEW

### Company History / Current Ownership

LVI was founded in 1986 as a subsidiary of The LVI Group Inc., a public holding company. The Company was originally formed for the acquisition and ownership of subsidiaries engaged in the asbestos abatement contracting industry. In 1993, the Company was spun-off from the public company to management and a group of outside investors, including Apollo, T. Rowe Price, and Merrill Lynch. The Company then entered the high-margin, lead-based paint abatement business through internal expansion of its related asbestos abatement practice. In 1994, LVI entered the toxic mold remediation industry. In 1997, Generation Partners and management recapitalized the business. Through the acquisition of several regional asbestos abatement companies, LVI broadened its national network of offices not previously served by the Company. In 2002, LVI was acquired by Blue Point Capital Partners and management.

Over its 19-year history, the Company has completed more than 30,000 projects and has grown both organically and through acquisitions. Since 1995, LVI has completed 12 acquisitions, including eight asbestos abatement companies. Acquisitions made by the Company since 1995 are listed in the table below.

#### Historical Acquisitions Since 1995
(\$ in Thousands)

| Acquisition Date | Company / Management Team Acquired | Primary Business | Cash Investment (1) |
|---|---|---|---|
| August 2003 | Cooper Inc. (2) | Asbestos Abatement | \$250 |
| November 1999 | NSC Corp. | Asbestos Abatement | 100 |
| April 1999 | Abatement Services Inc. | Asbestos Abatement | 400 |
| December 1997 | TEG, The Environmental Group | Asbestos Abatement | 1,700 |
| October 1997 | Certified Abatement Systems, Inc. | Asbestos Abatement | 900 |
| June 1950 | Burdco Group Inc. | Asbestos Abatement | 3,000 |
| December 1995 | Windstorm | Asbestos Abatement | 300 |
| November 1995 | Watkins | Asbestos Abatement | 600 |

| Acquisition Date | Company / Management Team Acquired | Primary Business | Cash Investment (1) |
|---|---|---|---|
| July 2005 | Tenron (3) (4) | Structural Demolition | \$1,000 |
| March 2005 | Hired core management team of Asset Recovery Contracting LLC (going out of business) (4) - Midwest | Structural Demolition | 54 |
| November 2004 | Eastern States Specialty Dismantlement (4) - East Coast | Structural Demolition | 25 |
| June 2004 | Hired core management team from New York Interior demolition Inc. | Soft Demolition | 0 |
| April 1996 | Major Safety | Structural Demolition | 400 |

Footnotes:
(1)  Excludes investment in working capital.
(2)  Represents initial cash investment and does not reflect contingent payments expected to be made in 2006.
(3)  Represents initial cash investment and does not reflect future contingent payments.
(4)  As part of these three demolition acquisitions, LVI obtained approximately \$5.3 million worth of structural demolition equipment, which the Company financed through operating leases.

These small acquisitions have provided LVI with a national footprint, management talent, and specialized equipment. LVI benefits from its competitive positioning given the high degree of industry fragmentation and limited competition the Company faces when pursuing acquisitions

In addition to acquisitions, the Company has opened seven new offices since 2000—Connecticut, Rochester (NY), Gaithersburg (MD), Cincinnati, Kansas City, and Fort Lauderdale. As mentioned earlier, the Company is considering five additional offices.

### Labor Force

LVI has a flexible and cross-trained workforce of over 2,200 hourly, skilled laborers that have been cross-trained in the relevant abatement and demolition specialties. This labor force can be deployed rapidly to serve clients' needs anywhere in the United States. These laborers typically work for the Company between 35 and 45 weeks per year. Furthermore, the Company has access to an additional pool of approximately 5,000 skilled laborers as needed on short notice. Certain LVI branches utilize non-union, hourly field labor, while other branches utilize only union hourly employees or a combination of

5

CHS 000005

## LVI Services Inc.
### New York, New York

union and non-union employees. LVI's unionized hourly laborers are represented by various unions under 23 separate collective bargaining agreements. Also, the Company has an agreement with the Laborers' International Union of North America (LIUNA) which gives LVI access to LIUNA laborers trained in abatement and remediation, but does not require union laborers for every project. In addition, LVI non-union employees are offered free training at a LIUNA facility. LVI does not offer health benefits to its hourly workforce, although health benefits are available to union members through the union programs. All hourly employees are eligible for performance bonuses.

The mobility and rapid deployment of its labor force was evident in the emergency response services that the Company provided in the aftermath of the 2004 Florida hurricanes. Within days of the first hurricane, LVI was able to mobilize a large labor force. In total, the Company had 1,200 laborers that participated in the 2004 hurricane cleanup efforts. No other emergency response firm amassed as large a labor force as quickly as LVI. As a result of this outstanding performance, the Company attracted skilled laborers from several competitors and built meaningful relationships with new clients that are now generating additional revenue. The Company's response to the 2005 Gulf Coast hurricanes further cemented its outstanding reputation in rapid labor mobilization. Within days of Hurricane Katrina's landfall, more than 1,000 LVI workers were in Mississippi and Louisiana providing cleanup services.

In addition to its hourly labor force, LVI employs over 400 full-time professionals.

### Key Management

The current management team is led by Burton Fried who has been with the Company for 19 years. Mr. Fried has expressed his desire to separate from the day-to-day management of the Company and assume an "active chairman" role focused on growth. Mr. Fried has indicated that the entire LVI management team is supportive of an external candidate taking over the day-to-day CEO role. CHS has confirmed this sentiment in numerous meetings with management. The Company employs two COOs who oversee the 26 branch offices. Neither COO is interested in the CEO role, with both preferring field management roles.

| Key Management Personnel | | | |
|---|---|---|---|
| Name | Title | Industry Experience | Company Tenure |
| Burton T. Fried | President and CEO | 19 | 19 |
| Paul S. Cutrone | Vice President and CFO | 16 | 16 |
| John M. Leonard | Vice President and Co-COO | 18 | 18 |
| Mike D. Lane | Vice President and Co-COO | 20 | 6 |
| Joseph M. Annamunna | Treasurer | 17 | 17 |
| Gary Thibodeaux | Director of Health and Safety | 20 | 5 |
| Mark Canessa | Western United States and Pacific Regional Manager | 19 | 8 |
| David P. Pearson | Northeast Regional Manager | 17 | 15 |
| William F. Wallace, III | Southern Regional Manager | 20 | 8 |
| Thomas W. Gilmore | Vice President of Nuclear Decontamination and Decommissioning | 31 | 3 |
| Richard McManus | Vice President of Industrial Demolition | 30 | 1 |

6

CONFIDENTIAL

CHS 000006

LVI Services Inc.
New York, New York

Memorandum

| | |
|---|---|
| Date: September 12, 2005 |
| Stage of Deal: Pre-Bid |
| CHS Team: BPS, SRB, RGH, CJK, CDN |
| Mgmt Presentation: 8/14/05 |
| (BPS, SRB, EML, RGH, CDN) |
| Mgmt Mtg: 9/9/05 (BPS, RGH, CJK) |

## DUE DILIGENCE AND PROCESS UPDATE

The purpose of this memorandum is to provide an update on LVI Services, Inc. ("LVI" or the "Company"), and the CHS team's due diligence efforts to date.

On Wednesday, September 7th, we sent E&Y to the Company's New York headquarters to perform a two-day pre-transaction assessment of LVI's accounting policies, systems, controls, and the quality of the Company's earnings. E&Y worked with both the senior finance team from LVI (including the CFO) and the auditors from Deloitte & Touche.

On Thursday, September 8th, the Company provided an update on business related to Hurricane Katrina as well as other large projects yet to be awarded.

On Friday, September 9th, Brian, Rob, and Colton flew to Mobile, Alabama to meet with four members of the company's senior management team, including the two co-COOs and two regional managers. The purpose of the meeting was to (i) assess generally the strengths and weaknesses of the management team (keeping in mind that CEO Burton Fried hopes to transition to an active Chairman role), (ii) receive an update on the Company's business in the Gulf Coast region, and (iii) gain a better understanding of the health and growth potential for the company's non-emergency base business.

What follows is a summary of findings for each of the above developments:

### Accounting Diligence

Overall, E&Y reported positive findings. The Company's financial reporting capabilities were more than adequate to meet E&Y's various information requests, the CFO and his team seemed highly competent, and E&Y ultimately reported back to CHS with historical EBITDA estimates greater than what the Company reported for both the 2004 fiscal year and the TTM period through July of 2005. The attached Exhibit A provides an assessment of storm and non-storm financial results for 2004, the TTM period, and 2005.

### Mobile Meeting

The visit to Mobile was successful. The two co-COOs seem to be highly capable and motivated operations professionals. They exhibited a determined approach to landing new business and driving their branch offices to improved financial performance, and a sound understanding of strategy execution and value creation. They repeatedly highlighted their "lessons learned" from the 2004 hurricanes and their determination to eliminate the missteps taken in 2004. We also confirmed that retiring CEO Burton Fried is much less involved in day-to-day operational and marketing aspects of the business than previously thought. The management team also recognizes the need to bring in an outside CEO, and expressed a strong interest in participating in finding the leader who can take them to $1 billion in sales.

Highlights from our meeting in Mobile included the following:

### Gulf Coast Katrina Update

- Seven days after arriving in the area, 1,000 EEs are currently working for LVI in emergency Katrina-related projects. About 200 of these employees came off of other LVI jobs, and the balance of 800 were brought in as additions, with the vast majority of this group having done a previous "tour" with the owner. Prior to Katrina, about 2,500 were working on LVI jobs across the country.

- All emergency response work is billed as time and material. Within the first week of hurricane relief, the Company was billing at a rate of at least $500,000 per day, with approximately 75% of the work being done in Mississippi right now. The Company is expecting to be at a billing rate of $1.0 mm per day shortly. They are currently working 6 days a week.

- LVI is having no trouble finding laborers to enhance their labor force. They have developed a strong database of previous employees who are interested in being "re-engaged" by LVI, and they have strong connections into key labor pools in Florida and Texas. Their only current difficulty in surging to handle the workload is housing limitations. They are working to build a camp to house many of their employees.

- So far they are not using union labor but are constantly under pressure from organized labor reps (and may decide to use union labor on a major project like the Superdome for strategic, political, and labor relations reasons).

- LVI management walked through the Superdome Friday with elected city officials (no other parties were invited). Whether the Superdome is renovated or demolished, the work load is immense, with a significant amount of asbestos

1

CHS 000007

## LVI Services Inc.
### New York, New York

throughout. If the Superdome is demolished, the work would involve an estimated 1,000 men for a 90 day period. This project would be in the $75 - 95mm revenue range. The Plaza Tower is another project in the $40-50mm range that they are expecting to be awarded shortly. **In total, management estimates Katrina will generate $75mm of revenue in fiscal 2005 and up to $200mm in 2006. In comparison, the CHS base case model expected to earn $173 million in hurricane revenue over the 5-year projected period.**

- Biometric time clocks were being tested on site on Friday with a plan to go live on Monday, significantly enhancing the ability to manage new employees and employee time and attendance..

- The team also talked extensively about a 3-day offsite meeting that was held last year to generate a list of lessons learned from the 2004 hurricanes. This list identified over 100 key items (many communication related), which were enumerated and then addressed. As a result, they appear to have appropriately addressed challenges with communications (new mobile command center) and food and supplies (7 loaded semi-trailers were delivering all needed equipment and supplies to the Company's staging area east of New Orleans within days of the disaster). Importantly, one key lesson learned involved the need to limit the impact on other offices to enable them to continue the base business. This was accomplished by tapping less than 10% of the existing workforce to respond to the hurricane.

- They are working in close collaboration with CMB, a drying and dehumidification business, whereby CMB or LVI will sell their services individually, but relying on each other for their respective capabilities. We learned that HG is in the late stages of acquiring this business. Management discussed the need to develop this capability quickly in-house as another service offering.

- The sales team has been instructed to turn down any work that is not at least 100 people per day. As a company policy, LVI will only work for 24 hours without a signed contract.

Asbestos Business Outlook

- Management agrees that this business should represent a decreasing share of overall revenue, but they are very content to build share in the industry. They expect $130mm of asbestos work annually for the next ten years, and they believe they will generate well in excess of $130 million in 2005.


### Business Update from CEO

CEO Burton Fried provided the following update on LVI's response to Hurricane Katrina and LVI's competitive position in key contracts.

### 1. HURRICANE KATRINA RESPONSE

It has been one week since LVI first responded to Hurricane Katrina. LVI's Emergency Response Command Center in Gulfport, MS is fully functional with telephone, fax and computer access through our mobile satellite communications system. This has permitted on-site coordination of LVI activities. Biometric clocks, which are being loaded with the names of local LVI workers, are functioning and should be operational at our Command Center for use with our next pay period which begins on Monday, September 12.

Total labor being utilized by LVI in MS and LA is now approaching 1,000. Work consists of disaster cleanup services (debris removal, drying and dehumidification, interior demolition and mold remediation) in various buildings, including one or more casinos, high-rise office buildings and hospitals. We expect work at hotels and other high-rise office building structures to begin as soon as the water recedes in New Orleans. The amount of work currently appears limitless and may extend for years. It will be months before a full assessment of the work required in all buildings is completed.

LVI is performing work for local clients and national accounts such as Equity Office, JC Penney, Hard Rock Casino and MedAssets. Negotiations are in progress with other LVI accounts such as Hyatt and Hilton Hotels as well as with the Newhouse Family, a potential new client that owns the New Orleans Times Picayune.

Revenues and earnings in the last four months of 2005 from Hurricane Katrina are projected to exceed those realized in the last 4 ½ months of 2004 from the four Florida hurricanes. The duration of the work from Hurricane Katrina is expected to extend for years at high levels of revenue and earnings. LVI's next goal is to bring its labor force in MS and LA up to 2,000 workers. The work will be available but we need the support infrastructure in place before we secure the additional business. We are currently negotiating the lease of a 37,000 square foot facility in New Orleans for the permanent Branch Office of LVI to service LA, MS and AL which will be large enough to accommodate a full inventory of demolition equipment. We have also begun the process of recruiting a permanent staff for that office. Last night we hired an

2

CONFIDENTIAL

LVI Services Inc.
New York, New York

operational staff from a competitor of LVI in TX to supplement our forces in MS and to initially work from our new NO Branch Office before moving them back to TX.

2. STATUS OF RECENT LARGE PROJECT WINS

Deutsche Bank Building (NYC) – We have been informally advised that LVI will be awarded both the structural demolition and the remediation of the building for our bid price of $55 million. LVI's proposal will be presented to the Board of the Lower Manhattan Development Corporation today. If awarded, LVI would subcontract the structural demolition to another firm with which LVI has done business for years, and we will receive a surety bond from the subcontractor for its performance of the demolition. Arch Surety has agreed to provide LVI with a Payment and Performance Bond for the project. The project is scheduled to begin within 60 days and would be completed within 18 months.

Mosaic Building (Dallas) – We have been informed that LVI won the bid, and we are awaiting formal award by the City of Dallas for this $12 million project consisting of remediation and soft demolition. The project is expected to be awarded within 60 days and would be completed within one year.

Hall of Justice (Los Angeles) – Remediation and soft demolition work awarded to TEG/LVI for $9 million. We expect work to commence next month (October) and be completed within six months.

3. STATUS OF OUTSTANDING BIDS / PENDING NEGOTIATED PROJECTS

Utopia Studios (Connecticut) – We have been advised that this remediation and structural demolition project will occur. In addition, developer has acquired 6,000 acres in the area for development which will require remediation and demolition of several former paper mills. Total project value is projected to exceed $20 million with a start date in the first quarter of 2006. This project will be negotiated with the developer. We expect an award in the first quarter of 2006. The schedule for completion of the Utopia Studios project will be one year and the additional work is not clearly defined at this time.

Four Government Projects (D.C.) – LVI has bid on and is awaiting the award announcement of up to 4 remediation and soft demolition projects by general contractors in Washington, DC that total approximately $15 million in revenues. All of these projects have a one year schedule for completion.

Hotel San Diego – LVI was prequalified to bid this project by the GSA for the remediation and demolition of the structure. Price bid was $4 million, and subsequent to the bid submission, LVI was interviewed for the project by GSA. We are awaiting a decision on the project award.

The Farley Main Post Office Building (NYC) – This project is to commence in the last quarter of 2005. The Main Post Office Building will be the subject of a major renovation to become the new Pennsylvania Station. It will entail remediation, soft demolition and structural demolition. The scope of work that would be provided by LVI is estimated at $75 million. Preliminary discussions about the work have begun between LVI and Vornado, the developer. This should be considered a large bid opportunity that may be negotiated before award.

Blockbox (Seattle) – We expect the remediation and soft demolition of this project to be awarded to LVI by the Hines Organization, a long term client of LVI. This multi-year, high-rise project will represent revenues for LVI of between $15 million and $20 million. The first phase of this three-year project is expected to begin in the first quarter of 2006.

4. STATUS OF OTHER LARGE NEAR-TERM PROJECT OPPORTUNITIES

IBM Building (Chicago) – The first phase of about 20 floors of this 50-story building will be bid before the end of this month. LVI will price the asbestos removal, soft demolition and the re-fireproofing of the building. The work in the entire building will be phased over two years with a project cost for the entire building of about $30 million.

Chicago Post Office – Preliminary discussions with LVI have begun on the planned renovation of this 4-million-square-foot facility. Scope of work includes remediation, soft and structural demolition with an estimated cost of $150 million. This project will be bid though the opportunity to negotiate exists. It will be a multi-year project that will be bid sometime in 2006.

3

CONFIDENTIAL

CHS 000009

LVI Services Inc.
New York, New York

<u>Byberry State Hospital (Philadelphia)</u> – Project for the remediation and structural demolition of the buildings on this site will be bid this month. The estimated project value is $10 million. The project is expected to start in the last quarter of 2005 and be completed within a year.

<u>Developers Diversified (Ukiah, CA)</u> – The remediation and structural demolition of this $5 million project is awaiting local governmental approvals for items requested by the new owner. This is a low rise structure formerly utilized by International Paper. The project would be completed within one year.

<u>International Paper (Oakland)</u> – IP is a long-term client of Iconco Demolition Services. Iconco/LVI will be bidding on a $4 million to $5 million project within the next few weeks. This project will be bid shortly and should commence in the last quarter of 2005 and be completed within a year.

<u>Conclusion</u>

The CHS team remains excited about this investment opportunity, and we are working to submit a bid today at ▮▮▮▮▮▮▮▮.

4

CONFIDENTIAL

CHS 000010

**LVI Services - *Exhibit A: E&Y Due Diligence***

($ in '000s)

| Sales | Consolidated | Base Business | Storm |
|---|---|---|---|
| FY 2004 | 263,469 | 199,614 | 63,855 |
| TTM - July'05 | 308,822 | 236,174 | 72,648 |
| YTD'04 (Jul) | 112,163 | 112,163 | 0 |
| YTD'05 (Jul) | 157,516 | 148,723 | 8,793 |
| FY 2005 (1) | 349,537 | 265,744 | 83,793 |
| CHS FY'05 (Valuation Basis) | 300,171 | 263,802 | 36,370 |

| E&Y Adjusted EBITDA | | | |
|---|---|---|---|
| FY 2004 | 33,200 | 15,751 | 17,449 |
| *as % of sales* | *12.6%* | *7.9%* | *27.3%* |
| TTM - July'05 | 39,918 | 17,571 | 22,347 |
| *as % of sales* | *12.9%* | *7.4%* | *30.8%* |
| YTD'04 (Jul) | 9,664 | 9,664 | 0 |
| *as % of sales* | *8.6%* | *8.6%* | *na* |
| YTD'05 (Jul) | 16,382 | 11,484 | 4,898 |
| *as % of sales* | *10.4%* | *7.7%* | *55.7%* |
| FY 2005 (1) | 47,812 | 20,489 | 27,323 |
| *as % of sales* | *13.7%* | *7.7%* | *32.6%* |
| CHS FY'05 (Valuation Basis) | 33,626 | 22,821 | 10,805 |
| *as % of sales* | *11.2%* | *8.7%* | *29.7%* |

*(1) FY 2005 utilizes actual results through July and LVI's bank plan through the remainder of the year, with the exception of an additional $50 million in revenues associated with Katrina. Through July, the Company has exceeded its bank plan revenue by 17.8%, with demolition 55% ahead of plan and asbestos abatement 8% ahead of plan.*

**FY 2005 Storm**

| Storm Sales: | | |
|---|---|---|
| 1H 2005 Actual | | 8,793 |
| 2H 2005 Sales Original Forecast | | 25,000 |
| Additional Sales from Katrina | | 50,000 |
| Total Storm Sales | | 83,793 |

| Storm EBITDA: | Margins: | |
|---|---|---|
| 1H 2005 Actual | | 4,898 |
| 2H 2005 Original Forecast | 29.7% | 7,425 |
| Katrina | 30.0% | 15,000 |
| Total Storm EBITDA | | 27,323 |

**Forecast - 1 Storm**

| Sales | 18,162 |
|---|---|
| EBITDA | 5,587 |
| *as % of sales* | *30.8%* |

CONFIDENTIAL