# EXHIBIT F

| | |
|---|---|
| **From:** | Fried, Burton <bfried@lvi.com> |
| **Sent:** | Wednesday, September 22, 2010 4:00 PM |
| **To:** | Brian Simmons <BSimmons@chsonline.com> |
| **Cc:** | Robert Hogan <RHogan@chsonline.com> |
| **Subject:** | Scott State |

Brian: Spoke with Scott. He now has no concern about my support in his role as CEO. He does have a few remaining issues relating to the EBITDA language ("as adjusted") and other items which are not major. Recommend that you be personally on the call with Rob when he calls Scott this afternoon. Otherwise, at best discussions will be protracted without resolution with Scott or at worst he may end up totally frustrated and withdraw himself from further consideration.........Burt

Burton T. Fried
Chairman/CEO
LVI Services Inc.
877 Post Road East
Suite # 4
Westport, CT 06880
Phone: (203) 222-0584
Fax: (203) 222-2227
bfried@lviservices.com

CONFIDENTIAL

LVI 002635