# EXHIBIT G

| **From:** | Fried, Burton <bfried@lvi.com> |
| **Sent:** | Tuesday, September 21, 2010 6:57 PM |
| **To:** | Leonard, John <JohnLeonard@lviservices.com>; Cutrone, Paul <PCutrone@Notes.lvi.com> |
| **Subject:** | Scott State |

---

Scott accepted the offer of employment.

According to Brian, Scott wants to speak to me tomorrow to be assured that I will not get in his way to manage the business, align his team and be in charge. "If" that is the reason for Scott's call to me tomorrow will tell him that I will remain at LVI until he, the Board or I decide it's time to leave.  Hard to believe he would have that conversation with me. It would be a sign of insecurity. But, we will know tomorrow.

-----------------------

Burton T. Fried

Chairman/CEO

LVI Services Inc.

877 Post Road East

Suite # 4

Westport, CT 06880

Phone: (203) 222-0584

Fax: (203) 222-2227

bfried@lviservices.com

CONFIDENTIAL

LVI 000732