# EXHIBIT H

| | |
|---|---|
| **From:** | Simmons, Brian P. <BSimmons@chsonline.com> |
| **Sent:** | Thursday, September 23, 2010 2:15 PM |
| **To:** | Scott State Gmail <Scott.State@gmail.com> |
| **Cc:** | Hogan, Robert <Rhogan@chsonline.com>; Fried, Burton <BFried@Notes.lvi.com>; Lester, Laura <LLester@chsonline.com> |
| **Subject:** | Re: Updated Offer |

Great news. Welcome aboard. We will get all the logistics started.

---------------------------

Brian P. Simmons
Partner
Code Hennessy & Simmons LLC
10 South Wacker Drive STE 3175
Chicago, IL. 60606

This email may contain material that is confidential and/or privileged and is for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Scott State [mailto:scott.state@gmail.com]
**Sent:** Thursday, September 23, 2010 01:43 PM
**To:** Simmons, Brian P.
**Cc:** Hogan, Robert; BFried@lviservices.com <BFried@lviservices.com>; Lester, Laura
**Subject:** Re: Updated Offer

Brian

Thank you for your call and response to my concerns. The offer reflects the terms we had discussed on Tuesday and is acceptable to me. I attach a signed copy. Please obtain remaining signatures and return a fully executed copy at your convenience.

I would like to begin employment on Monday the 27th and will plan to be in the NY office at some point that week. If there is necessary paperwork needed to effect this start date please have someone contact me.

Thanks for your confidence in my ability to add value to LVI. I look forward to getting started on the rebuilding process of the business.

Best Regards,

Scott

On Thu, Sep 23, 2010 at 11:51 AM, Simmons, Brian P. <BSimmons@chsonline.com> wrote:

> Scott, I apologize for all the miscommunication. Things are moving very quickly - still no excuse. Thanks for the time on the phone this morning. Below are the equity terms of the deal that I agreed to several days ago, the deal that Apollo and Falcon have agreed to and is hopefully still acceptable to you. Please call me directly if you have any questions or concerns.
>
> - LVI would grant you options to acquire 3% of the equity at closing, all coming out of the 8% management option pool. The first 20% of these options vest upon grant and the next four tranches

CONFIDENTIAL

LVI 002444

of 20% each vest each year based on performance in 2011-2014.

- LVI would grant you options to acquire 2% of the equity in the form of "Incremental Incentive Equity." These options are granted at closing but do not vest until exit if TTM EBITDA at exit is at least $35 million.

- If the 2% Incremental Incentive Equity is triggered at exit, the Company would grant you an exit bonus that would cover 50% of the exercise price of all vested options (presumably 5% if you vest into both the 3% grant and the incremental 2%).

- As for your bonus for 2010, we would propose to award you a $100k bonus as a bonus for both 2010 and as a signing bonus. This is dependent upon your start date being on or before September 30, 2010 [Scott - is this date still practical? We want you ASAP but no problem pushing a bit given circumstances.]. To receive this bonus, you will need to be employed by the Company at the completion of the audit for 2010.

- We would also like to see you invest at least $100k into the Company by the completion of the audit for 2010. This may come from the 2010 bonus or from other funds.

- As Rob indicated, we will also create an additional 2% pool of Incremental Incentive Equity to be shared with other managers. These options will vest under the same circumstances as your Incremental Incentive Equity--an exit at or above $35 million of EBITDA. It is our assumption that you will recommend to the Board the appropriate recipients within six to twelve months of the start of your tenure at LVI.

I have attached a revised offer letter reflecting our conversation this morning. We have resolved all open issues with lenders and are moving forward to close the new investment and restructuring. With that behind us, we are ready to turn all our resources to supporting your efforts to grow the company. We look forward to working with you.

**Brian P. Simmons**
Managing Partner
Code Hennessy & Simmons LLC
10 South Wacker Drive, Suite 3175
Chicago, IL 60606
www.chsonline.com

312-876-1980 (phone)
312-876-3854 (fax)
bsimmons@chsonline.com

This email may contain material that is confidential and/or privileged and is for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

CONFIDENTIAL

LVI 002445