# EXHIBIT I

| | |
|---|---|
| **From:** | Scott State <scott.state@gmail.com> |
| **Sent:** | Friday, October 29, 2010 4:49 PM |
| **To:** | Brian Simmons <bsimmons@chsonline.com>; Rajay Bagaria <RBagaria@apolloic.com> |
| **Subject:** | One month review |

Brian / Rajay :

You both expressed an interest in getting a one month assessment of LVI. Provided below is a very brief report. I will have a substantial number of charts and discussion items that address where the business is at and the strategic focus next week. Some of the commentary below would probably be inflammatory in an open meeting.

Burt has inserted himself uninvited in several areas since the blow up earlier this week. Most troublesome is that he is just stepping all over our new General Counsel Greg DiCarlo which tends to marginalize Greg at a time when I need him to step up. I think we will need Burt to just pack up and go home or this is going to be a constant struggle. If he remains involved as a Board member I would like it to be just as a Director and not Chairman. He tends to throw the Chairman title around to get his way.

Scott


I have had the opportunity to meet most of the key management of the firm and make site visits to many of the offices. My general observation is that there are a number of good employees in the business that have suffered from a lack of leadership and any clear direction relative to stabilizing and growing the business. There is a pent up dissatisfaction with prior management approaches. I think this group will ultimately be very responsive to the changes we will employ that require team members to take ownership and responsibility for their actions in an open and honest process.

Past experience for the group has been largely driven by a setting of expectations that might not be consistent with reality and a totalitarian leadership approach that stymied any innovation or measured risk taking. This has led to a poorly conceived business development process with a low degree of accountability for actual performance but with many instances of "ass chewing" related to lack of success. Success has not been well defined or measured at the employee level nor has inadequate results been well addressed. There are many sacred cows and examples of a business approach that is dictated but what has been done for 20 plus years. The Company is very reactive versus proactive and lacks innovation and a clear strategy, relying more on tactical brute force in an attempt to succeed.

Management has not historically been measured by true performance but rather compliance which causes dissatisfaction at the management and worker level. This cycle needs to be broken and the staff must see an approach that will reward them for figuring out the best way to succeed and not punish an occasional mistake. We will embrace a "customer first" culture at the field level and empower operations management to manage, business development staff to win good business (or seek other employment), and get the corporate functions to view their role as support to the field.

CONFIDENTIAL

BAGARIA 000197

I have spent considerable time on beginning development of strategies for new revenue generation. We are close to locking in roughly $15MM of work in DC, are getting short listed on some bigger projects, and NorthStar has landed an $8MM+ response opportunity with Samsung. Timing has been fortunate on these opportunities as the business was in a bad decline. We will be rebuilding the business development function, terminating about one half of the national account managers and bringing in some new people and a new attitude. With these changes we should also be able to start positioning on significant new projects in 2011. I have put a challenge out to NorthStar management to greatly increase our market access. That business is growing over 100% per year and should do over $30MM in 2010 from $14MM in 2009 with no major natural disasters contributing to results. I think this business could be larger than the traditional LVI business in five years. We are also going to vertically integrate service offerings in some markets where we support general contractors on major renovation projects. We currently provide abatement and demo and then exit big projects. Follow on work doing "putback" is an area ripe for expansion. Services include re-insulation and millwright scopes. These services have been provided by small players that are under great pressure and dropping away due to liquidity and bonding issues. The GC's are looking for larger players that they know and trust to fill the gaps and we have a good opportunity to trade on the good LVI name to expand into these services with existing customers.

We also have some good opportunity to make moves on cost inefficiencies. Moving the corporate office in 2011 should cut about $500K / yr. Downsizing the satellite office in Westport to a minor footprint and reducing staff would save another $1MM plus per year. We also need to put some focus on the bonding line and the $10MM LC we have posted which I have discussed with Richard. All in, I would like to eliminate at least $2.0MM of cost that is providing no ROI in 2011.

CONFIDENTIAL