# EXHIBIT K

| | |
|---|---|
| **From:** | Fried, Burton <bfried@lvi.com> |
| **Sent:** | Sunday, October 3, 2010 7:58 PM |
| **To:** | State, Scott <SState@lviservices.com> |
| **Subject:** | Re: Chief Information Officer Position Spec |

Scott:

Appreciate your sharing with me the reasons you have suspended the search for a CIO. I initiated the recruitment. Believe it appropriate that you receive my views on all CEO transitional issues including a HR and CIO position before you reach a decision to suspend recruitment efforts that I initiated. It was not Paul's decision to recruit a CIO...it was mine and partially because he failed to upgrade the position held by our current IT Director notwithstanding complaints about his performance from me and other senior managers. Yet you talk to him and terminate the process I began without even listening to my views on the subject. An act incomprehensible to me.

Your decision without the benefit of all my views on Greg Meyer before reaching a decision on the replacement of Greg Meyer is an another example of a CEO transitional issue. We began the process
of replacing Greg's efforts with Scott LeBuy who has been writing LVI proposals for DOE work under the direction of Tom Gilmore. Scott is in the process of being replaced as PM on our Y12 project to handle this additional role; will cost us 40% less than Greg for these services; and his work product is excellent.

Bob McNamara sought my input during his CEO transition on all matters of historical significance. LVI benefited from our communications which in each instance resulted in Bob making the ultimate and final decision but after the benefit of my views based upon my LVI history as CEO.....Whether I agreed with it or not I supported all of his decisions. Bob valued my input and I expected the same working relationship with you.

Important to me that I understand your views and ask that you share them with me so I can understand your management philosophy and technique going forward.

Burt

---
Burton T. Fried
Chairman/CEO
LVI Services Inc.
877 Post Road East
Suite # 4
Westport, CT 06880
Phone: (203) 222-0584
Fax: (203) 222-2227
bfried@lviservices.com

---

**From:** Scott State [sstate@lviservices.com]
**Sent:** 10/03/2010 06:02 PM CST
**To:** Justin Cerilli <Justin.Cerilli@russellreynolds.com>
**Cc:** Burton Fried; Paul Cutrone; Shawn Banerji <Shawn.Banerji@russellreynolds.com>; Marcus Brauer <Marcus.Brauer@russellreynolds.com>
**Subject:** Re: Chief Information Officer Position Spec

Justin
Thanks for the email. I was in New York last week and had the opportunitiy to disucss this position with Paul. I will be evaluating the needs of the organization for the nextfew weeks and deciding on the

CONFIDENTIAL

LVI 002938

correct path forward. At this stage I would like to suspend any activty on a CIO search. I will advise you when we are prepared to discuss this further.
Thanks
Scott

On Sun, Oct 3, 2010 at 5:45 PM, Justin Cerilli <Justin.Cerilli@russellreynolds.com> wrote:
Hi Scott,
We are looking forward to working with you on the Chief Information Officer search. As requested from Burt, attached is the position specification for your review.
It would be great to get your insights on the role and your reaction to the position specification. Do you have availability this week to discuss? We can also discuss during our call on Thursday.
Regards,
Justin
Justin Cerilli
Russell Reynolds Associates
200 Park Avenue | 23rd floor | New York, NY 10166
P: 212-351-2519 | F: 212.351.2146 | www.russellreynolds.com
jcerilli@russellreynolds.com | http://www.russellreynolds.com/justin-cerilli

This e-mail may contain confidential information. If you are not the intended recipient, you should notify the sender and delete the e-mail and any attachments. All e-mails sent and received by members of Russell Reynolds Associates are scanned for viruses and may be monitored centrally.

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.