# EXHIBIT L

| | |
|---|---|
| **From:** | BFried@lviservices.com |
| **Sent:** | Wednesday, October 13, 2010 12:02 PM |
| **To:** | State, Scott <SState@lviservices.com> |
| **Cc:** | Leonard, John <JohnLeonard@lviservices.com> |
| **Subject:** | Re: Fw: November Meeting |

Tedd has not been involved with Vision and Squibb. His only involvement has been to coordinate with Rob Syms the development of a marketing plan for the Alliance at my request. All serious communications with and concerning Vision has been between Les Squibb and me. Guaranty that Tedd will not have "any take" on Vision vs Squibb because his only involvement has been to receive a few sound bites from John Bell who is the BDM for Samir Ayoub, Vision's principal owner. John L. has even less involvement..... limited to and ended after our visit with Squibb in London.

LVI paid its own air fares on the trip to London. Vision paid for our hotel room for two nights and one dinner. Trust that Squibb will pay for its own travel. Given the history further delay in meeting with Squibb will deconstruct our relationship and opportunities with Squibb. An Agenda can be developed in a day or two.

To refuse my advice, knowledge and input as architect of this relationship and Alliance Agreement and to terminate my continued involvement with Squibb will undermine the LVI/Squibb relationship that has been developing between Les and me........very sensitive since the damage caused by Bob McNamara. Also, very strange that you seek advice from Tedd but none from me. But, it's your decision.


Burton T. Fried
Chairman
LVI Services Inc.
877 Post Road East
Suite # 4
Westport, CT 06880
Phone: (203) 222-0584
Fax: (203) 222-2227
bfried@lviservices.com



| | |
|---|---|
| From: | Scott State <scott.state@gmail.com> |
| To: | BFried@lviservices.com |
| Cc: | "Leonard, John" <jleonard@lviservices.com> |
| Date: | 10/13/2010 10:21 AM |
| Subject: | Re: Fw: November Meeting |


No meeting scheduled. I want a better idea on the agenda before we burn a

CONFIDENTIAL

LVI 000451

bunch of time and money flying people to NY to meet them. John and I are
also trying to get Tedd to explain his take on Vision vs Squibb. Planning
a joint call from John and I to Squibb Friday morning when he and I are in
Denver office together.

On Wed, Oct 13, 2010 at 8:13 AM, <BFried@lviservices.com> wrote:
 Scott:

 Have you spoken with Les Squibb and scheduled the meeting?

 Burt

 Burton T. Fried
 Chairman
 LVI Services Inc.
 877 Post Road East
 Suite # 4
 Westport, CT 06880
 Phone: (203) 222-0584
 Fax: (203) 222-2227
 bfried@lviservices.com


From:      Scott State <scott.state@gmail.com>
To:        BFried@lviservices.com
Date:      10/13/2010 10:03 AM
Subject:   Re: Fw: November Meeting


Burt

Believe this is in order. The email from Squibb is from last week, Tedd
apparently just responded to it today with questions about BOEING. I will
ask Tedd to make sure he copies me on anything that is an issue.

Scott

2010/10/13 <BFried@lviservices.com>

 FYI.. See below. You were not copied. Appears that Squibb is getting
 anxious about the scheduling of a meeting in NYC with
 LVI.......According
 to Squibb and unknown to me, Bob McNamara cancelled a number of
 scheduled
 initial meetings. During the period of time when Bob was planning to
 leave
 LVI. When I tried to revive with Squibb after Bob's departure Squibb
 initially was not interested in doing so. Hence, this may be the reason
 for

CONFIDENTIAL

LVI 000452

their current concern.

Burton T. Fried
Chairman
LVI Services Inc.
877 Post Road East
Suite # 4
Westport, CT 06880
Phone: (203) 222-0584
Fax: (203) 222-2227
bfried@lviservices.com


----- Forwarded by Burton Fried/New York/Lviservices on 10/13/2010 09:32 AM -----


From:    Tedd Southern/Philadelphia/Lviservices
To:      Robert Syms <robert@pgcspartnership.com>
Cc:      "BFried@lviservices.com" <BFried@lviservices.com>, 'Les Squibb'
         <les@squibbdemolition.co.uk>
Date:    10/13/2010 09:02 AM
Subject: RE: November Meeting


Robert, good morning. I am continuing to work on the issues we had discuss
and was interested to know if you have made any progress on the same. Also
I realized you had requested some pre-qualification information from LVI
for the Boeing opportunity. I don't think I have seen any messages from you
regarding the type of information you require. If I have missed the request
can you please forward it to me once again.
Look forward to your reply

Tedd Southern
Vice President - Power Services Sector
LVI Environmental Services Inc.
1408 Juniper Street
Pottstown, Pa 19464
Cell Phone 610-310-1608
E-mail Address tsouthern@lviservices.com

LVI Services offer turnkey environmental contracting solutions including
Complete and Partial Facility Decommissioning and Demolition - Catastrophic
and Disaster Response - Asbestos and Lead Abatement -- Mold, Biological and
Chemical Decontamination - Fire and Water Restoration - Infection Control
for Healthcare - Nationwide 24-hour Emergency Response - Contact us

CONFIDENTIAL

LVI 000453

about
pre-registered RAPID RESPONSE


From:   Robert Syms <robert@pgcspartnership.com>

To:     "'TSouthern@lviservices.com'" <TSouthern@lviservices.com>

Cc:     "BFried@lviservices.com" <BFried@lviservices.com>, 'Les Squibb'
        <les@squibbdemolition.co.uk>

Date:   10/08/2010 08:08 AM

Subject: RE: November Meeting


Good Morning Tedd

Further to my e-mail earlier in the week regarding our meeting in November.
I would be much obliged if you could confirm, as soon as possible, whether
or not 22nd and 23rd November is convenient for you and your team. My aim
is to travel with the senior management of Squibb Demolition and to this
end I need to co-ordinate their diaries to ensure their attendance. To
clarify, those attending from our side are as follows:

Les Squibb - Chairman
Leslie Squibb - Managing Director
John Symons - Financial Director
Robert Syms - International Development Director

I look forward to hearing from you in due course.

Thanks and regards

Robert Syms B.Eng(Hons), MSc, FRSA
Managing Director



Tel:    0844 915 5000
Mob:    07912 733085
Email:  robert@pgcspartnership.com
Web:    www.pgcspartnership.co.uk/

CONFIDENTIAL                                                                    LVI 000454

PLEASE NOTE THAT FROM 25th JANUARY OUR NEW ADDRESS IS:
62a RIVER ROAD
BARKING,
ESSEX.
IG11 0DS

This email, its content and any files transmitted with it are intended solely for the addressee(s) and may be legally privileged and/or confidential.
Access by any other party is unauthorised without the express written permission of the sender. If you are not an addressee, you must not disclose, copy, circulate or in another way.
If you have received this email in error, please destroy it and contact the
sender via e-mail return. This email has been prepared using information believed by the author to be reliable and accurate.
PGCS Partnership makes no warranty as to accuracy or completeness.
It is the recipient's responsibility to ensure that this e-mail and any attachments are free of viruses. PGCS Partnership takes no responsibility
for any computer virus that might be transferred by way of this e-mail.
◻ Please consider your environmental responsibility - think before you print!

-----Original Message-----
From: Robert Syms
Sent: 06 October 2010 14:12
To: 'TSouthern@lviservices.com'
Subject: RE: October meeting

Hi Tedd

Les Squibb recently spoke to Burt regarding an opportunity with Boeing in
the US. Burt was happy for Squibb to lead the pre-qualification process but
in order for us to fully complete the required information we will need information about LVI. To this end can you please let me have the name of
the person we should liaise with to obtain such information.

Many thanks

Robert Syms B.Eng(Hons), MSc, FRSA
Managing Director


Tel:     0844 915 5000
Mob:    07912 733085
Email:     robert@pgcspartnership.com
Web:     www.pgcspartnership.co.uk/

CONFIDENTIAL                                                                 LVI 000455

PLEASE NOTE THAT FROM 25th JANUARY OUR NEW ADDRESS IS:
62a RIVER ROAD
BARKING,
ESSEX.
IG11 0DS

This email, its content and any files transmitted with it are intended
solely for the addressee(s) and may be legally privileged and/or
confidential.
Access by any other party is unauthorised without the express written
permission of the sender. If you are not an addressee, you must not
disclose, copy, circulate or in another way.
If you have received this email in error, please destroy it and contact
the
sender via e-mail return. This email has been prepared using information
believed by the author to be reliable and accurate.
PGCS Partnership makes no warranty as to accuracy or completeness.
It is the recipient's responsibility to ensure that this e-mail and any
attachments are free of viruses. PGCS Partnership takes no
responsibility
for any computer virus that might be transferred by way of this e-mail.
☐ Please consider your environmental responsibility - think before you
print!

-----Original Message-----
From: TSouthern@lviservices.com [mailto:TSouthern@lviservices.com]
Sent: 05 October 2010 02:37
To: robert@pgcspartnership.comamcgahan
Cc: SState@lviservices.com
Subject: October meeting


Folks,
I have informed our Senior Management of the scheduled dates of October
18,
and 19 for our meeting in Westport Connecticut, and the consensus is
that
this date is not accommodating for most due to corporate obligations. I
suggest that at this juncture , mid November might be the best
timeframe.
We will keep in touch as to the more appropriate date for the meeting. I
would however, like to continue the effort in developing the strategies
we
have discuss during the conference call today. Those ideas would include
key selling points for the team, target markets, service line
identification and a list of clients for examination as common clients.
Thanks for everyone's understanding and we will remain in close
communication.

Tedd Southern
Vice President - Power Services Sector
LVI Environmental Services Inc.
1408 Juniper Street

CONFIDENTIAL

LVI 000456

Pottstown, Pa 19464
Cell Phone 610-310-1608
E-mail Address tsouthern@lviservices.com

LVI Services offer turnkey environmental contracting solutions including
Complete and Partial Facility Decommissioning and Demolition - Catastrophic
and Disaster Response - Asbestos and Lead Abatement -- Mold, Biological and
Chemical Decontamination - Fire and Water Restoration - Infection Control
for Healthcare - Nationwide 24-hour Emergency Response - Contact us about
pre-registered RAPID RESPONSE

Confidentiality Note: This e-mail, and any attachment to it, contains
privileged and confidential information intended only for the use of the
individual(s) or entity named on the e-mail. If the reader of this
e-mail
is not the intended recipient, or the employee or agent responsible for
delivering it to the intended recipient, you are hereby notified that
reading it is strictly prohibited. If you have received this e-mail in
error, please immediately return it to the sender and delete it from
your
system. Thank you.


Confidentiality Note: This e-mail, and any attachment to it, contains
privileged and confidential information intended only for the use of the
individual(s) or entity named on the e-mail. If the reader of this
e-mail
is not the intended recipient, or the employee or agent responsible for
delivering it to the intended recipient, you are hereby notified that
reading it is strictly prohibited. If you have received this e-mail in
error, please immediately return it to the sender and delete it from
your
system. Thank you.


Confidentiality Note: This e-mail, and any attachment to it, contains
privileged and confidential information intended only for the use of the
individual(s) or entity named on the e-mail. If the reader of this e-mail
is not the intended recipient, or the employee or agent responsible for
delivering it to the intended recipient, you are hereby notified that
reading it is strictly prohibited. If you have received this e-mail in
error, please immediately return it to the sender and delete it from your
system. Thank you.

CONFIDENTIAL

LVI 000457