# EXHIBIT N

**From:** Hogan, Robert <rhogan@code, hennessy & simmons inc..com>
**Sent:** Tuesday, October 5, 2010 9:35 AM
**To:** 'Scott State' <sstate@lviservices.com>
**Subject:** RE: Transitional and Participation Matters

By the way, I am working on your employment agreement and I should have that to you in the next day or two. I don't want anything in here to be a surprise, so I wanted to run two issues by you-- (i) the severance, non-compete, and non-solicit, and (ii) the safety bonus.

In my experience at CHS, we have found common ground with CEO's on a severance package that matches the non-compete and non-solicit. We start the severance package at 12 months, but give the option to the Board/Company to add an additional 12 months. If an additional 12 months is added, the individual is paid for an additional 12 months and the non-compete and non-solicit are extended 12 months. I know you have had experience in this area, so I wanted to run it by you now to avoid any surprises when you get the document. Let me know what you think.

One other topic to highlight: the safety adjustment to the bonus. Rather than have the bonus adjustment be a cliff, where the bonus is adjusted 15% based on being minutely above or below the target, I thought it best to create a 10% "band" around the safety target. If you are at 95% to 105% of safety targets, there is no adjustment. If you are outside the band, there is an adjustment. I thought this was more reasonable, but I wanted to ask your opinion.

Let me know on these two points and I will get this document to you as soon as possible.

**Robert G. Hogan | Principal**
**CHS Capital LLC**
**10 South Wacker Drive, Suite 3175**
**Chicago, Illinois 60606**
**Phone 312.876.2679 | Fax 312.876.3854 | Cell 630.235.5338**
**rhogan@chsonline.com**

This email may contain material that is confidential and/or privileged and is for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** scott.state@gmail.com [mailto:scott.state@gmail.com] **On Behalf Of** Scott State
**Sent:** Tuesday, October 05, 2010 8:14 AM
**To:** Hogan, Robert
**Subject:** Fwd: Transitional and Participation Matters

Making progress with Burt.

Didn't you and/or Brian tell me that Burt was part time when Bob was around? I heard that from someone but apparently not the case. I will lay the ground work for an orderly transition with Burt and intend to have him available as needed for consultation or special assignments.

---------- Forwarded message ----------

CONFIDENTIAL                                                                                                                        LVIP 000668

From: <BFried@lviservices.com>
Date: Mon, Oct 4, 2010 at 3:01 PM
Subject: Transitional and Participation Matters
To: "Scott E. State" <sstate@lviservices.com>


Scott:

I have not been part time at LVI at anytime during the past 24 years. You said earlier that CHS told you I was working part time. Surprised at their comment and definitely not true.

But, I need to know what participation you would like from me going forward. Let's discuss by phone or in a meeting before the Board meeting next month.

Burt

----------------------------
Burton T. Fried
Chairman/CEO
LVI Services Inc.
877 Post Road East
Suite # 4
Westport, CT 06880
Phone: (203) 222-0584
Fax: (203) 222-2227
bfried@lviservices.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

CONFIDENTIAL