# EXHIBIT O

| | |
|---|---|
| From: | Fried, Burton <bfried@lvi.com> |
| Sent: | Thursday, October 14, 2010 10:01 AM |
| To: | State, Scott <SState@lviservices.com> |
| Subject: | RE: Schedule |

Okay. Expect it to end before 12 Noon (EDT).

Burton T. Fried
Chairman
LVI Services Inc.
877 Post Road East
Suite # 4
Westport, CT 06880
Phone: (203) 222-0584
Fax: (203) 222-2227
bfried@lviservices.com


From:  "State, Scott" <SState@lviservices.com>

To:  "Fried, Burton" <BFried@Notes.lvi.com>

Date:  10/14/2010 10:52 AM

Subject:   RE: Schedule


yes.  Can call you when your conf call wraps up if that works.

---

From: BFried@lviservices.com [BFried@lviservices.com]
Sent: Thursday, October 14, 2010 8:48 AM
To: sstate@
Subject: Schedule

You planned to speak with me today by phone and to meet with me at 1 PM on Tuesday.  Are both still on scheduled?

Have a 11 AM conference call today but otherwise available.

Burton T. Fried
Chairman
LVI Services Inc.
877 Post Road East
Suite # 4
Westport, CT 06880
Phone: (203) 222-0584
Fax: (203) 222-2227
bfried@lviservices.com

CONFIDENTIAL



LVI 001435