# EXHIBIT S

Case 3:11-cv-01855-JBA   Document 50-18   Filed 04/27/12   Page 1 of 3

**From:**     Fried, Burton <bfried@lvi.com>
**Sent:**     Thursday, October 28, 2010 5:26 AM
**To:**       Brian Simmons <BSimmons@chsonline.com>
**Subject:**  Chairman -Areas of Responsibilities
**Attach:**   CHAIRMAN.doc

---

Brian:   List I developed and delivered to Scott at our meeting on Tuesday 10/19 is attached...........Burt

<<...>>


Burton T. Fried
Chairman
LVI Services Inc.
877 Post Road East
Suite # 4
Westport, CT 06880
Phone: (203) 222-0584
Fax: (203) 222-2227
bfried@lviservices.com

CONFIDENTIAL

LVI 001424

## CHAIRMAN - AREAS OF RESPONSIBILITY

- Development and implementation of new business initiatives – Domestic and International – UK, Middle East, U.S., Latin America.......Squibb, Emcor Middle East, Harsco, LendLease
- Major Client /Major Project/Competitor Relationships – Turner, Tishman Construction, Yale, duel relationships with other LVI managers etc.
- LVI relationship manager with Surety (Arch) and Surety Agent (Ferrucci)
- Review all Requests for Bid Bond/Payment and Performance Bond Requests; Bonded Contracts and large Unbonded Contracts – Risk Assessment of scope, schedule, and difficulty.
- Select all outside counsel to represent LVI on legal matters.
- Manage at a senior level all LVI litigation and legal matters......contracts, corporate compliance ie: minutes, qualification to do business, corporate name changes, construction claims, collection matters, employment related claims and litigation, employment terminations, internal corporate investigations of violations of Business Code and Theft, regulatory compliance/environmental violation support, etc., supervise public agency/quasi-public agency review during prequalification process ie: NYS SCA, NYC Vendex Listings, Debarment etc.
- Resource to Greg DiCarlo for legal consultation on all unusual LVI legal matters or difficult project contract provisions.
- Resource for all historical LVI business, employee and legal matters.
- Review and approve of all LVI Offers of Employment.
- Negotiate all company acquisitions....both conventional and unconventional ie: Hudak.
- Monitor all employee air travel for compliance with LVI policies.
- Secure approvals from Surety of Bonding for Mentor/Protégé and Teaming Surety Bond Requirements.
- Review and approve all planned submissions of Prequalification submissions nationwide prepared at Westport office.
- Prepare, review and/or approve all LVI contracts and/or terms of agreements not in the ordinary course of business ie: non disclosure agreements, office/warehouse leases, mentor/protégé, teaming, alliance agreements, master service agreements.
- Prepare all LVI consulting agreements ie: sales, services etc.
- Coordinate all corporate public relations communications and website updates with LVI public relations firm.
- Daily review, selection and distribution of nationwide non-federal public bid opportunities.

10/19/10

CONFIDENTIAL