# EXHIBIT T

| | |
|---|---|
| **From:** | Simmons, Brian P. <bsimmons@code, hennessy & simmons inc..com> |
| **Sent:** | Tuesday, November 2, 2010 2:05 PM |
| **To:** | 'BFried@lviservices.com' |
| **Cc:** | Rajay Bagaria <RBagaria@apolloic.com>; John Schnabel <JSchnabel@falconinvestments.com>; Hogan, Robert <Rhogan@chsonline.com>; Hennessy, Daniel J. <djhennessy@chsonline.com>; Lester, Laura <LLester@chsonline.com>; jnsmith@sidley.com |
| **Bcc:** | Scott State <sstate@lviservices.com> |
| **Subject:** | RE: Chairman -Areas of Responsibilities |
| **Attach:** | CHAIRMAN.doc |

Burt - I have read this a couple of times and given it a fair amount of thought; I have also spoken briefly with Falcon and Apollo, I keep coming back to the same conclusion: Your list is much more expansive that what I envisioned for your duties as Chairman after we hired a new CEO. The outline you provided for Chairman's duties does not seem consistent with the sentiments you have expressed to me over several years regarding your intent when we hired Bob and now Scott to be CEO. I think everyone on the Board expected a typical transition of leadership and responsibility to Scott as he assumed the CEO position. He was not hired as COO with a reporting arrangement to you. I expect that we will discuss all this in person but felt I owed you a candid message as my thoughts on all this became clear to me.

I have had the opportunity to get a few updates from Scott on the CEO transition and his plans for moving LVI forward. It seems that he has settled in well and is making the rounds to all of the offices. It appears that your recommendation to hire Scott was spot on. I am of the opinion that we need to transition all of your day-to-day activities to Scott and other members of the management team. It is my hope that you continue as Chairman of the board in a non-executive capacity and act as on call resource for Scott. I think that everyone on the Board believes that for the long term success of the organization we need our managers to step up and take on added responsibility. I do not believe that there should be any required interaction by Scott's direct reports with you. If there are areas of the business or specific situations where Scot wants your direct involvement then that is fine with me - but it should be up to Scott. I do hope that you will continue to be involved on the Board. Your perspective and history with the company is of obvious value and I would prefer not to loose you as a resource.

We can discuss this in a closed session at the upcoming Board meeting if you wish. You should hear from everyone how they envision your role going forward. It is my objective to complete this transition of duties as soon as practical. I have told Scott this is my desire and he believes that the management team will embrace this decision. Scott has committed to work to create a seamless transition. I would like to replace your existing employment arrangement with a consulting agreement that compensates you for the services you will continue to provide and also as Chairman of the Board.

While I realize that this may not be the most desirable future role for you to have with LVI, I believe it is the most appropriate and in the best interests of the management team, company, and shareholders. Based on my discussions, I believe the Board feels that we need to empower the entire management group. While the team has relied on you for advice and counsel for many years, they must now take on true ownership of daily challenges, be asked to produce results on their own, and be evaluated based upon the outcome.

Please give me a call if you want to discuss and let me know if you desire a closed Board session on November 4th.

Brian


Brian P. Simmons | Managing Partner
CHS Capital LLC

10 South Wacker Drive, Suite 3175

Chicago, Illinois 60606

Phone 312.876.1980 | Fax 312.876.3854

Cell 312.804.0138

bsimmons@chsonline.com

www.chsonline.com

-----Original Message-----
From: BFried@lviservices.com [mailto:BFried@lviservices.com]
Sent: Thursday, October 28, 2010 5:26 AM
To: Simmons, Brian P.
Subject: Chairman -Areas of Responsibilities


Brian:   List I developed and delivered to Scott at our meeting on Tuesday
10/19 is attached...........Burt

(See attached file: CHAIRMAN.doc)

Burton T. Fried
Chairman
LVI Services Inc.
877 Post Road East
Suite # 4
Westport, CT 06880
Phone: (203) 222-0584
Fax: (203) 222-2227
bfried@lviservices.com
Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

CONFIDENTIAL

BSIMMONS 000028

## CHAIRMAN - AREAS OF RESPONSIBILITY

- Development and implementation of new business initiatives – Domestic and International – UK, Middle East, U.S., Latin America.......Squibb, Emcor Middle East, Harsco, LendLease
- Major Client /Major Project/Competitor Relationships – Turner, Tishman Construction, Yale, duel relationships with other LVI managers etc.
- LVI relationship manager with Surety (Arch) and Surety Agent (Ferrucci)
- Review all Requests for Bid Bond/Payment and Performance Bond Requests; Bonded Contracts and large Unbonded Contracts – Risk Assessment of scope, schedule, and difficulty.
- Select all outside counsel to represent LVI on legal matters.
- Manage at a senior level all LVI litigation and legal matters......contracts, corporate compliance ie: minutes, qualification to do business, corporate name changes, construction claims, collection matters, employment related claims and litigation, employment terminations, internal corporate investigations of violations of Business Code and Theft, regulatory compliance/environmental violation support, etc., supervise public agency/quasi-public agency review during prequalification process ie: NYS SCA, NYC Vendex Listings, Debarment etc.
- Resource to Greg DiCarlo for legal consultation on all unusual LVI legal matters or difficult project contract provisions.
- Resource for all historical LVI business, employee and legal matters.
- Review and approve of all LVI Offers of Employment.
- Negotiate all company acquisitions....both conventional and unconventional ie: Hudak.
- Monitor all employee air travel for compliance with LVI policies.
- Secure approvals from Surety of Bonding for Mentor/Protégé and Teaming Surety Bond Requirements.
- Review and approve all planned submissions of Prequalification submissions nationwide prepared at Westport office.
- Prepare, review and/or approve all LVI contracts and/or terms of agreements not in the ordinary course of business ie: non disclosure agreements, office/warehouse leases, mentor/protégé, teaming, alliance agreements, master service agreements.
- Prepare all LVI consulting agreements ie: sales, services etc.
- Coordinate all corporate public relations communications and website updates with LVI public relations firm.
- Daily review, selection and distribution of nationwide non-federal public bid opportunities.

10/19/10

CONFIDENTIAL                                                                                           BSIMMONS 000029