# EXHIBIT U

| | |
|---|---|
| **From:** | Burton Fried |
| **Sent:** | Friday, June 23, 2006 10:22 AM |
| **To:** | Simmons, Brian P. <BSimmons@chsonline.com> |
| **Subject:** | RE: McNamara Release |
| **Attach:** | McNamara Announcement (5).doc |

I may look 67......but I am really a young 66.


Burton T. Fried
President
LVI Services Inc.
80 Broad Street
3rd Floor
New York, NY 10004
Phone: (212) 951-3661
Fax: (212) 951-8920
bfried@lviservices.com


"Simmons, Brian P." <BSimmons@chsonline.com>
06/23/2006 09:57 AM

To: <bfried@lviservices.com>
cc: "Brown, Steven R." <SBrown@chsonline.com>, "Hogan, Robert" <Rhogan@chsonline.com>
Subject: RE: McNamara Release

See my comments. Use as you wish. FYI, I didn't realize you were only 66 - I thought it was 67. Had I known we would not have allowed you to "retire".

-----Original Message-----
From: bfried@lviservices.com [mailto:bfried@lviservices.com]
Sent: Thursday, June 22, 2006 2:15 PM
To: Simmons, Brian P.
Cc: Brown, Steven R.; Hogan, Robert
Subject: McNamara Release


Attached is a Press Release drafted to announce Bob McNamara joining LVI as it's President and CEO. Please advise if okay with you. I will then deliver it to Bob for his approval.


Burton T. Fried

CONFIDENTIAL

LVI 001928

President
LVI Services Inc.
80 Broad Street
3rd Floor
New York, NY 10004
Phone: (212) 951-3661
Fax: (212) 951-8920
bfried@lviservices.com

_____(See attached file: McNamara Announcement (5).doc)

---

Scanned by IBM Email Security Management Services powered by MessageLabs. For more information please visit http://www.ers.ibm.com

---

Scanned by IBM Email Security Management Services powered by MessageLabs. For more information please visit http://www.ers.ibm.com

---

CONFIDENTIAL

LVI 001929