# EXHIBIT V

| | |
|---|---|
| **From:** | Burton Fried |
| **Sent:** | Thursday, June 30, 2005 6:57 AM |
| **To:** | Mike D Lane |
| **Subject:** | Re: LUT 1 |

With you on vacation how can an old man like me sleep. Have a wonderful time with your family and try not to think about me.

---------------------------
Sent from my BlackBerry Wireless Handheld

> From: Mike D Lane
> Sent: 06/30/2005 06:34 AM
> To: Burton Fried/New York/Lviservices@Lviservices
> Subject: Re: LUT 1
>
> You up early this morning. A man of your age needs his sleep. Getting ready to leave for New Mexico call me if you need anything.
>
> Mike D. Lane
> Chief Operating Officer
> LVI Services Inc.
> 12720 South Highway 475
> Ocala, FL 34480
> Phone:   (352) 307-5800
> Cell:    (352) 572-8789
> Fax:     (212) 951-8928

CONFIDENTIAL

LVI 001898