# EXHIBIT W

| | |
|---|---|
| From: | Simmons, Brian P. <BSimmons@chsonline.com> |
| Sent: | Wednesday, November 10, 2010 3:27 PM |
| To: | State, Scott <SState@lviservices.com>; 'RBagaria@apolloic.com' |
| Subject: | Re: Business Opportunities |

I spoke to Schnabel yesterday. We are all on the same page. He was going to follow up and get back to me. I will let you know as soon as I hear anything and we will go from there.

Brian P. Simmons
Managing Partner
CHS | Capital LLC
10 South Wacker Drive
STE 3175
Chicago, IL. 60606
312.876.1980

This email may contain material that is confidential and/or privileged and is for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** State, Scott [mailto:SState@lviservices.com]
**Sent:** Wednesday, November 10, 2010 02:08 PM
**To:** Simmons, Brian P.; RBagaria@apolloic.com <RBagaria@apolloic.com>
**Subject:** FW: Business Opportunities

Any movement? Just got email below, all opportunities either in negotiation, not a good fit, or we are going with someone other than Bovis based on conclusion they can't win.

**From:** Fried, Burton
**Sent:** Wednesday, November 10, 2010 12:51 PM
**To:** Leonard, John; State, Scott
**Subject:** Business Opportunities

You have not been utilizing me for the past several weeks to secure work for LVI through my relationships which have been developed over many years. One of my roles during my career at LVI has been to help secure business. Whether it's a $3 million Change Order from Balfour Beatty or helping to be offered and to secure the $27 million Madison Square Garden project with Turner even though we were not the low bidder. Following are multi-million project opportunities that you have not or will not use me as a complement to your efforts and thereby fail to increase the opportunity for project awards for LVI.

- Bid for the Jet Blue project with Turner. Negotiation was between Peter D., our NJ branch manager, and a buyer at Turner. No help was requested of me. If it was, I would be speaking with Vince Massucci, who is head of purchasing at Turner with whom I have a relationship to advocate our position and bid. Since the project has been bid it may be too late.
- Bid to Bovis next week to demo Macy's at at the King of Prussia Mall. Who at LVI has a closer relationship with Bob McNamara (who told me about the project many weeks ago) and is the ultimate decision maker?
- Delta Terminal at JFK - Significant demo work (over $70 million) in a number of projects to be bid and awarded within the next few months. Expect the CM contract will be awarded shortly. I enjoy a very close relationship with the decision maker of the company that expects the award.

Account management relationships differentiates us from others. Without that LVI is just another commodity where price decides a win or loss. Everyone has names in their rolodex. But, who has the relationship with the decision maker with the best chance of securing the award for LVI?

If you know about the next item better to learn about it twice than not at all. Louisiana State University Medical Center in New Orleans plans to demo two square blocks for new construction. The total project cost which includes new construction will be $1 billion and it is fully funded. Glenn Smith could be a geat deal of help in securing the demo project for LVI.

I am relegated to writing you for reasons that are obvious.

Burt

Burton T. Fried
Chairman
LVI Services Inc.
877 Post Road East
Suite # 4
Westport, CT 06880
Phone: (203) 222-0584
Fax: (203) 222-2227
bfried@lviservices.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individ

CONFIDENTIAL

LVI 000499