# EXHIBIT X

Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    No. 10 Civ. 9308(JSR)
 5    ------------------------------------x
 6    BURTON T. FRIED,
 7                          Plaintiff,
 8        - against -
 9    LVI SERVICES, INC., LVI PARENT CORP., CODE
10    HENNESSY SIMMONS, LLC d/b/a CHS PRIVATE
11    EQUITY V LP; APOLLO INVESTMENT CORP.,
12    SCOTT E. STATE, in his official and
13    individual capacities; BRIAN SIMMONS, in
14    his official and individual capacities;
15    RAJAY BAGARIA, in his official and
16    individual capacities; GERALD J. GIRARDI,
17    in his official and individual capacities,
18                          Defendants.
19    ------------------------------------x
20                          May 25, 2011
                            11:10 a.m.
21
22
23
24
25
```

Page 2

VIDEOTAPE DEPOSITION of BRIAN SIMMONS, taken by the Plaintiff, pursuant to Notice, held at the offices of Thompson Wigdor & Gilly, LLP, 85 Fifth Avenue, New York, New York, before Debbie Zaromatidis, a Shorthand Reporter and Notary Public of the State of New York.

```
                                                      Page 89
 1                    SIMMONS
 2   your attention to Plaintiff's Exhibit 4.        12:47:07
 3       A.    Okay.                                 12:47:09
 4       Q.    Did you ever have any                 12:47:14
 5   conversations with Mr. State about the          12:47:15
 6   content of this e-mail?                         12:47:17
 7       A.    Specifically about the content        12:47:21
 8   of this e-mail, I don't remember.               12:47:22
 9       Q.    Did you ever have any                 12:47:24
10   conversations with Mr. State about Mr.          12:47:25
11   Fried's -- about Mr. Fried?                     12:47:26
12       A.    Yes.                                  12:47:29
13       Q.    And did you have a conversation       12:47:29
14   with Mr. State about Burt Fried -- about        12:47:36
15   their ability to work with each other?          12:47:42
16       A.    Yes.                                  12:47:43
17       Q.    Okay. And can you tell me about       12:47:44
18   those discussions?                              12:47:46
19       A.    Mr. State expressed his -- his        12:47:47
20   concern regarding Mr. Fried's actions           12:47:52
21   interfering with his role as chief              12:47:57
22   executive officer.                              12:47:59
23       Q.    And what actions were those?          12:48:01
24       A.    Retaining or attempting to            12:48:03
25   retain decision-making authority for            12:48:09
```

```
                                                    Page 90
 1                SIMMONS
 2   various aspects of company business and        12:48:12
 3   conducting discussions with employees that     12:48:17
 4   either countermanded or confused the           12:48:22
 5   direction and decisions which Mr. State        12:48:28
 6   wished to implement.                           12:48:31
 7        Q.    Now, can you give me an example     12:48:32
 8   of instances that Mr. Fried attempted to       12:48:40
 9   retain decision making authority?              12:48:43
10        A.    In general, Mr. State was not       12:48:45
11   specific, and the details were not             12:48:55
12   relevant to the decisions we had to make       12:48:56
13   as a board of directors.  The issue was        12:49:00
14   that Mr. State needed to be in a position      12:49:02
15   to organize the affairs of the company and     12:49:05
16   the management team in the way he chose        12:49:07
17   and that Mr. Fried was interfering with        12:49:12
18   that function.  It didn't really matter        12:49:14
19   all that much on -- on what basis he was       12:49:16
20   interfering.                                   12:49:20
21        Q.    It didn't matter to you?            12:49:20
22        A.    It didn't matter to the board.      12:49:22
23   What matters is that Mr. State be in a         12:49:24
24   position to lead the company                   12:49:26
25   unambiguously.                                 12:49:30
```

```
                                                    Page 91
 1                   SIMMONS
 2        Q.    And can you give me an example       12:49:31
 3   of discussions Mr. Fried had with any           12:49:32
 4   employees that countermanded Mr. State's        12:49:35
 5   directions?                                     12:49:37
 6        A.    You would have to ask Mr. State.     12:49:38
 7   He would be a much better source of those       12:49:42
 8   details.  I am unable to --                     12:49:44
 9        Q.    Did you have a discussion with       12:49:46
10   him about this?                                 12:49:48
11        A.    We had nonspecific discussions       12:49:48
12   about -- about Mr. Fried interfering in         12:49:50
13   Mr. State's activities as chief executive       12:49:51
14   officer.                                        12:49:55
15        Q.    And did you ever have a              12:49:55
16   discussion with Mr. Fried about these           12:49:56
17   issues?                                         12:49:58
18        A.    Yes.                                 12:49:58
19        Q.    How many times?                      12:49:59
20        A.    I don't recall but at least          12:49:59
21   once.                                           12:50:03
22        Q.    When?                                12:50:03
23        A.    I don't recall, but it would         12:50:04
24   have been between the time Mr. State            12:50:06
25   joined the company and the final board          12:50:08
```

```
                                                    Page 92
 1                    SIMMONS
 2   meeting Mr. Fried attended.                    12:50:09
 3        Q.    And what did you and Mr. Fried      12:50:11
 4   discuss?                                       12:50:12
 5        A.    I told Mr. Fried that his           12:50:13
 6   interference with Mr. State's activities       12:50:15
 7   as chief executive officer had to be           12:50:19
 8   resolved and whether the board would be        12:50:20
 9   authorized to make a choice between Mr.        12:50:23
10   Fried and Mr. State, and I told Mr. Fried      12:50:25
11   unambiguously that the board would support     12:50:27
12   Mr. State.                                     12:50:30
13        Q.    And did you ever ask Mr. Fried      12:50:31
14   if anything Mr. State was saying was true?     12:50:32
15        A.    I don't recall.                     12:50:34
16        Q.    So you just took Mr. State's        12:50:37
17   word for it?                                   12:50:39
18             MS. SELTZER:    Objection.           12:50:41
19        A.    Mr. Fried never expressed           12:50:41
20   any -- any concern that Mr. State's            12:50:43
21   statements were inaccurate.  They simply       12:50:46
22   had a disagreement over how the company        12:50:53
23   should be managed.                             12:50:55
24        Q.    How do you know that?               12:50:57
25        A.    Because Mr. Fried told me so,       12:50:58
```

Page 107

| | | |
|---|---|---|
| 1 | SIMMONS | |
| 2 | inflammatory.  So in my estimation that | 01:05:24 |
| 3 | qualifies as an outburst. | 01:05:26 |
| 4 | Q.   Now, did anyone else say | 01:05:27 |
| 5 | anything about Mr. Fried's job duties or | 01:05:29 |
| 6 | his role at LVI at this meeting in Mr. | 01:05:31 |
| 7 | Fried -- Mr. State's presence? | 01:05:38 |
| 8 | MS. SELTZER:   In Mr. State's or | 01:05:41 |
| 9 | Mr. Fried's? | 01:05:42 |
| 10 | MR. DATOO:   Both. | 01:05:44 |
| 11 | A.   I don't remember who was in the | 01:05:44 |
| 12 | -- which one of them was in the room when | 01:05:46 |
| 13 | these conversations took place. | 01:05:49 |
| 14 | Q.   Now, you mentioned that after | 01:05:50 |
| 15 | Mr. Fried spoke the board then had a | 01:05:51 |
| 16 | discussion, correct? | 01:05:56 |
| 17 | A.   Correct. | 01:05:56 |
| 18 | Q.   And what was discussed? | 01:05:57 |
| 19 | A.   Mr. Fried's outburst and the | 01:05:59 |
| 20 | appropriate response was discussed. | 01:06:01 |
| 21 | Q.   And what response was discussed? | 01:06:04 |
| 22 | A.   I think there was a general | 01:06:06 |
| 23 | acknowledgement among all board members | 01:06:11 |
| 24 | that it would be very difficult to | 01:06:14 |
| 25 | reconcile these two individuals given | 01:06:16 |

```
                                              Page 108
 1              SIMMONS
 2  their significant difference of opinion       01:06:20
 3  over the appropriate roles for the            01:06:23
 4  chairman of the board and the chief           01:06:25
 5  executive officer.  We discussed ways in      01:06:28
 6  which we might try to deescalate this         01:06:32
 7  conflict and avoid putting the board in a     01:06:37
 8  situation of having to choose one or the      01:06:39
 9  other of these two executives to leave the    01:06:42
10  company.                                      01:06:44
11      Q.     And what did -- was there a        01:06:45
12  census at the end of the meeting?             01:06:51
13      A.     Regarding what?                    01:06:54
14      Q.     Regarding what to do with Mr.      01:06:55
15  Fried, how -- how to resolve everything       01:06:57
16  you've just mentioned.                        01:07:00
17      A.     Yes.                               01:07:01
18      Q.     And what was that?                 01:07:01
19      A.     The consensus was that Mr.         01:07:02
20  Schnabel would reach out to Mr. Fried and     01:07:06
21  try and determine whether these issues        01:07:09
22  could be mediated and whether a solution      01:07:13
23  acceptable to Mr. State and                   01:07:16
24  Mr. -- acceptable to Mr. State and to the     01:07:20
25  board could be reached, and that if -- if     01:07:22
```

```
                                              Page 109
 1              SIMMONS
 2   not there was a general consensus that the    01:07:26
 3   board would back Mr. State as chief           01:07:29
 4   executive officer of the company.             01:07:32
 5        Q.   And during this discussion, what    01:07:35
 6   did Mr. Bagaria say?                          01:07:37
 7        A.   I don't recall.  You would have     01:07:38
 8   to ask Mr. Bagaria.                           01:07:40
 9        Q.   Well, he doesn't recall either,     01:07:41
10   so I am asking you.                           01:07:43
11        A.   I don't recall.                     01:07:44
12        Q.   And what did Mr. Girardi say at     01:07:45
13   this meeting?                                 01:07:48
14        A.   I don't recall.                     01:07:49
15        Q.   How about Mr. Schnabel?             01:07:49
16        A.   Mr. Schnabel expressed              01:07:51
17   some -- some almost sadness that it had       01:07:58
18   come to this, and he acknowledged that he     01:08:01
19   had -- he had misunderstood Burt's            01:08:03
20   perspectives on these issues, and that he     01:08:08
21   was far more inclined to agree with Mr.       01:08:10
22   State.                                        01:08:15
23        Q.   What did Mr. Fiorucci say at        01:08:17
24   this meeting?                                 01:08:21
25        A.   Mr. Fiorucci expressed disbelief    01:08:21
```

```
                                              Page 122
 1              SIMMONS
 2   employees?                              02:21:22
 3         MS. SELTZER:  I object to the     02:21:25
 4   form.                                   02:21:26
 5     A.    What about issues with          02:21:26
 6   employees?                              02:21:28
 7     Q.    Do you think it is appropriate  02:21:28
 8   -- for any issues discussed about       02:21:29
 9   employees at board meetings, do you think 02:21:31
10   it is okay for that to be shared with   02:21:33
11   people outside of LVI?                  02:21:35
12     A.    In some case yes.  In some cases 02:21:37
13   no.  You would have to provide specific 02:21:39
14   examples.                               02:21:41
15     Q.    Okay.                           02:21:41
16         MR. DATOO:  That is 21.           02:22:01
17         (Plaintiff's Exhibit 21 marked    02:22:04
18   for identification.)                    02:22:05
19         (Document handed to witness.)     02:22:06
20     Q.    Mr. Simmons, you have in front  02:22:11
21   of you a document marked as Plaintiff's 02:22:13
22   Exhibit 21.  Please take a look at the  02:22:15
23   document and let me know if you've seen it 02:22:17
24   before.                                 02:22:19
25         (Pause.)                          02:22:20
```

```
                                                    Page 123
 1                    SIMMONS
 2       A.    I don't recall the e-mail, but          02:22:56
 3  obviously I am a sender in part of the             02:22:58
 4  e-mail chain.                                      02:23:00
 5       Q.    Okay.  Can you flip to the              02:23:00
 6  second page of the document, and near the          02:23:03
 7  upper half there is an e-mail from you to          02:23:07
 8  Mr. State dated November 12, 2010.                 02:23:10
 9             Do you see that?                        02:23:14
10       A.    I do.                                   02:23:14
11       Q.    And you wrote in the second             02:23:15
12  sentence -- sorry, in the first sentence           02:23:18
13  "John is on the same page as we are."              02:23:21
14             Who are you referring to?               02:23:24
15       A.    You mean who is John?                   02:23:25
16       Q.    Who is John?                            02:23:27
17       A.    John would have been John               02:23:28
18  Schnabel.                                          02:23:29
19       Q.    And when you say "we," who are          02:23:30
20  you referring to?                                  02:23:32
21       A.    That would have been Scott and          02:23:32
22  me.                                                02:23:34
23       Q.    Okay.  And the next sentence            02:23:34
24  says, "I spoke to him last night."                 02:23:36
25  Does -- is that referring to a                     02:23:40
```

```
1                  SIMMONS
2   conversation had you with John Schnabel?      02:23:41
3       A.   It seems to suggest I spoke to       02:23:43
4   John Schnabel the night before the e-mail     02:23:45
5   was written, yes.                             02:23:47
6       Q.   Okay.  And do you recall what        02:23:48
7   you discussed with Mr. Schnabel?              02:23:50
8       A.   I don't.                             02:23:51
9       Q.   If you look at the first page at    02:23:51
10  the top, you wrote:  "John seems pragmatic    02:24:08
11  and aligned with our opinion."                02:24:11
12           Is that that Mr. Schnabel you        02:24:14
13  are referring to in that first sentence?      02:24:15
14      A.   I believe so, yes.                   02:24:17
15      Q.   What did you mean by "John           02:24:18
16  seems" -- by writing "John seems pragmatic    02:24:21
17  and aligned with our opinion"?                02:24:24
18      A.   I was confirming to Scott that       02:24:27
19  John was resigned to the likely               02:24:33
20  eventuality that no -- no mediation was       02:24:35
21  going to prove successful between Burt and    02:24:40
22  Scott, and that John was taking a             02:24:43
23  professional approach as a director of the    02:24:46
24  company and understood the decisions that     02:24:48
25  had to be made and implications for the       02:24:51
```

Page 125

| | | |
|---|---|---|
| 1 | SIMMONS | |
| 2 | company. | 02:24:54 |
| 3 | Q.    And you wrote in the last | 02:24:54 |
| 4 | sentence of that e-mail "Remember, Burt | 02:24:57 |
| 5 | has made a ton of money for these guys | 02:25:00 |
| 6 | over the years." | 02:25:02 |
| 7 | What did you mean by that? | 02:25:03 |
| 8 | A.    Well, Burt has had a variety of | 02:25:04 |
| 9 | business relationships with Falcon, the | 02:25:07 |
| 10 | details of which are not known to me, but | 02:25:10 |
| 11 | I do know that they had been successful | 02:25:13 |
| 12 | investors either alongside him or in | 02:25:17 |
| 13 | companies in which he has played some | 02:25:20 |
| 14 | management role, and -- and I know that | 02:25:22 |
| 15 | they have been pleased with the investment | 02:25:24 |
| 16 | results.  That of course was not the case | 02:25:26 |
| 17 | with us or with our group where well over | 02:25:29 |
| 18 | a 150 million dollars was lost during the | 02:25:33 |
| 19 | period of time we were working with Burt. | 02:25:36 |
| 20 | (Document handed to witness.) | 02:26:00 |
| 21 | Q.    Mr. Simmons, you have in front | 02:26:00 |
| 22 | of you a document previously identified as | 02:26:01 |
| 23 | Plaintiff's Exhibit 8. | 02:26:03 |
| 24 | Can you review the document and | 02:26:05 |
| 25 | let me know if you've seen it before? | 02:26:06 |

Page 149

SIMMONS

1
2  work; is that correct?                              02:49:56
3      A.    The details are outlined in the           02:49:57
4  letter.                                             02:50:00
5      Q.    I am not concerned about the              02:50:00
6  letter right now.  I am asking you.                 02:50:01
7      A.    Well, the letter says that we             02:50:04
8  wanted Burt to remain as non-executive              02:50:05
9  chairman, that we wanted to pay him an              02:50:08
10 annual retainer of 150,000 dollars plus             02:50:10
11 250 dollars per hour for each hour spent            02:50:12
12 in -- on LVI issues.  In addition we                02:50:15
13 agreed to reimburse him for business                02:50:21
14 expenses and -- and, you know, and other            02:50:23
15 normal -- executive office, whatever.               02:50:27
16     Q.    So is your knowledge of any               02:50:30
17 compensation arrangement limited to the             02:50:33
18 letter?                                             02:50:35
19     A.    Any compensation arrangement              02:50:37
20 relating to what?                                   02:50:38
21     Q.    To Mr. Fried being able to --             02:50:39
22     A.    This was the compensation                 02:50:41
23 arrangement under which Mr. Fried was able          02:50:42
24 to re -- remain at the company.  Had he             02:50:44
25 worked -- had he worked full time, he               02:50:47

```
                                              Page 150

 1                SIMMONS
 2   would have earned the same amount of           02:50:49
 3   money.                                         02:50:50
 4       Q.    Okay.                                02:50:50
 5       A.    2000 hours at 250 dollars an         02:50:52
 6   hour is 500,000 dollars plus 150 is 650.       02:50:54
 7   That was the same salary he was being paid     02:51:00
 8   in his role as chairman of the board.          02:51:02
 9       Q.    And what types of job                02:51:04
10   duties -- what type of work would Mr.          02:51:06
11   Fried be doing?                                02:51:08
12       A.    Whatever was requested by Mr.        02:51:12
13   State.  In addition, the board asked Mr.       02:51:14
14   Fried to serve as chair of the board's         02:51:17
15   audit committee.                               02:51:19
16            (Document handed to witness.)         02:51:20
17       Q.    Okay.  Mr. Simmons, you have in      02:51:20
18   front of you a document previously             02:51:23
19   identified as Plaintiff's Exhibit 12.          02:51:28
20       A.    Right.                               02:51:29
21       Q.    And do you -- can you take a         02:51:30
22   moment to look at the document and let me      02:51:32
23   know if you've seen it before?                 02:51:34
24       A.    Yes.  I've seen it before.           02:51:35
25       Q.    Okay.  And does this                 02:51:37
```