# EXHIBIT AA

| | |
|---|---|
| **From:** | State, Scott <SState@lviservices.com> |
| **Sent:** | Tuesday, November 30, 2010 3:22 PM |
| **To:** | Leonard, John <JohnLeonard@lviservices.com> |
| **Subject:** | Fw: Burt Fried's Resignation of Officer/Director Positions |
| **Attach:** | Document.pdf |

Fyi.

Sent via BlackBerry from T-Mobile

---

**From:** "DiCarlo, Gregory" <GDiCarlo@lviservices.com>
**Date:** Tue, 30 Nov 2010 19:57:36 +0000
**To:** Smith, Jeffrey N.<jnsmith@sidley.com>; State, Scott<SState@lviservices.com>
**Subject:** Burt Fried's Resignation of Officer/Director Positions

Jeffrey and Scott - Burt just handed me the attached resignation from all officer/director positions for all LVI entities, FYI.

Greg

Gregory G. DiCarlo
General Counsel
LVI Services Inc.
877 Post Road East, Suite 4
Westport, CT 06880
Tel: (203) 222-0584, Ext. 662
E-Fax (Preferred): (203) 823-4578
Fax: (203) 222-0574
gdicarlo@lviservices.com

CONFIDENTIAL

LVI 001029

November 30, 2010

To: The Board of Directors of LVI Parent Corp., LVI Services Inc. and all of it's Subsidiaries and Affiliated Companies

Effective immediately, because of the termination of my employment as Chairman of LVI Services Inc., I hereby resign all of my positions as Director and/or Officer of LVI Parent Corp., LVI Services Inc. and all of it's subsidiaries and affiliated companies.

Dated: November 30, 2010

_____
Burton T. Fried

CONFIDENTIAL

LVI 001030