# EXHIBIT EE

Case 1:10-cv-09308-JSR Document 52 Filed 10/27/11 Page 1 of 2
Case 3:11-cv-01853-JBA Document 30 Filed 04/27/12 Page 2 of 3

Rakoff, J

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BURTON T. FRIED,

                Plaintiff,

                v.

LVI SERVICES, INC.; LVI PARENT CORP.,
CODE HENNESSY SIMMONS LLC d/b/a CHS
PRIVATE EQUITY V LP; APOLLO
INVESTMENT CORP.; SCOTT E. STATE, in his
official and individual capacities; BRIAN
SIMMONS, in his official and individual capacities;
RAJAY BAGARIA, in his official and individual
capacities; GERALD J. GIRARDI, in his official
and individual capacities,

                Defendants.
-----------------------------------------------------------X

No. 10 Civ. 9308 (JSR)

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/11

       IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between Plaintiff, Burton T. Fried, and Defendants LVI Services, Inc. and LVI Parent Corp. ("Defendants"), that, pursuant to Fed. R. Civ. P. 41(a), the remaining cause of action in Plaintiff's amended complaint asserting a claim for retaliation under the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 *et seq.*, relating solely to the termination of his daughter, Shari L. Dembin, is voluntarily dismissed with prejudice and without costs or fees to either party.

Dated: New York, New York
October 19, 2011

| THOMPSON WIGDOR LLP | SIDLEY AUSTIN LLP |
|---|---|
| By: /s/ Shaffin A. Datoo<br>Shaffin A. Datoo<br>85 Fifth Avenue<br>New York, New York 10003<br>(212) 257-6800<br>sdatoo@thompsonwigdor.com | By: /s/ Michael D. Mann<br>Michael D. Mann<br>787 Seventh Avenue<br>New York, New York 10019<br>(212) 839-5837<br>mdmann@sidley.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED.

_____
Hon. Jed S. Rakoff, U.S.D.J.

10-26-11