# EXHIBIT GG

STAYED, APPEAL, ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:10-cv-09308-JSR

Fried v. LVi Services, Inc. et al  
Assigned to: Judge Jed S. Rakoff  
Related Case: 1:11-cv-01888-JSR  
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 12/13/2010  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Diversity

**Plaintiff**

**Burton T. Fried**     represented by     **Douglas Holden Wigdor**  
Thompson Wigdor & Gilly LLP  
85 Fifth Avenue  
New York, NY 10003  
212-239-9292  
Fax: 212-239-9001  
Email: dwigdor@thompsonwigdor.com  
*ATTORNEY TO BE NOTICED*

**Matthew David Gorman**  
Thompson Wigdor & Gilly LLP  
85 Fifth Avenue  
New York, NY 10003  
(212) 257-6800  
Fax: (212) 257-6845  
Email: mgorman@thompsonwigdor.com  
*ATTORNEY TO BE NOTICED*

**Scott Browning Gilly**  
Thompson Wigdor and Gilly  
85 Fifth Avenue  
New York, NY 10003  
(212) 257-6800  
Fax: (212) 257-6804  
Email: sgilly@twglaw.com  
*ATTORNEY TO BE NOTICED*

**Shaffin Abdul Datoo**  
Thompson Wigdor & Gilly LLP  
85 Fifth Avenue  
New York, NY 10003  
(212) 257-6800  
Fax: (212) 257-6845  
Email: sdatoo@thompsonwigdor.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LVI Services, Inc.**  
*TERMINATED: 10/27/2011*  
also known as  
LVi Services, Inc.  
*TERMINATED: 10/27/2011*

represented by **Carol Ann Sterling**  
Sidley Austin LLP (NY)  
787 Seventh Avenue  
New York, NY 10019  
(212)-839-5400  
Fax: (212)-839-5599  
Email: csterling@sidley.com  
*LEAD ATTORNEY*

**Joanne Seltzer**  
Sidley Austin LLP (NY)  
787 Seventh Avenue  
New York, NY 10019  
(212) 839-5985  
Fax: (212) 839-5599  
Email: jseltzer@sidley.com  
*LEAD ATTORNEY*

**Nicholas Hall De Baun**  
Sidley Austin LLP (NY)  
787 Seventh Avenue  
New York, NY 10019  
(212) 839-5527  
Fax: (212) 839-5599  
Email: ndebaun@sidley.com  
*LEAD ATTORNEY*

**Michael D. Mann**  
Sidley Austin LLP (NY)  
787 Seventh Avenue  
New York, NY 10019  
(212)-839-5837  
Fax: (212)-839-5599  
Email: mdmann@sidley.com

**Defendant**

**LVI Parent Corp.**  
*TERMINATED: 10/27/2011*

represented by **Carol Ann Sterling**  
(See above for address)  
*LEAD ATTORNEY*

**Joanne Seltzer**  
(See above for address)  
*LEAD ATTORNEY*

**Nicholas Hall De Baun**  
(See above for address)

*LEAD ATTORNEY*

**Michael D. Mann**
(See above for address)

**Defendant**

**Code Hennessy Simmons LLC**
*doing business as*
CHS Private Equity V LP

represented by **Carol Ann Sterling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanne Seltzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Hall De Baun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Mann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Apollo Investment Corp.**

represented by **Andrew James Ehrlich**
Paul, Weiss, Rifkind, Wharton &
Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3166
Fax: 212.373-0166
Email: aehrlich@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brad Scott Karp**
Paul, Weiss, Rifkind, Wharton &
Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
212-373-2384
Fax: 212-373-2384
Email: bkarp@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tobias James Stern**
Paul, Weiss, Rifkind, Wharton &

                                                              Garrison LLP (NY)
                                                              1285 Avenue of the Americas
                                                              New York, NY 10019
                                                              (212)-373-3709
                                                              Fax: (212)-492-0709
                                                              Email: tstern@paulweiss.com
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Scott E. State**                                         represented by   **Carol Ann Sterling**
*in his official capacity*                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Joanne Seltzer**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Nicholas Hall De Baun**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Michael D. Mann**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Scott E. State**                                         represented by   **Carol Ann Sterling**
*in his individual capacity*                                           (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Joanne Seltzer**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Nicholas Hall De Baun**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Michael D. Mann**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Brian Simmons**                                      represented by   **Carol Ann Sterling**

| | | |
|---|---|---|
| *in his official capacity* | | (See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Joanne Seltzer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Nicholas Hall De Baun**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael D. Mann**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Brian Simmons**<br>*in his individual capacity* | represented by | **Carol Ann Sterling**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Joanne Seltzer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Nicholas Hall De Baun**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael D. Mann**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Rajay Bagaria**<br>*in his official capacity* | represented by | **Carol Ann Sterling**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Joanne Seltzer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Nicholas Hall De Baun** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Mann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rajay Bagaria**
*in his individual capacity*

represented by **Carol Ann Sterling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanne Seltzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Hall De Baun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Mann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gerald J. Girardi**
*in his official capacity*

represented by **Carol Ann Sterling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanne Seltzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Hall De Baun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Mann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gerald J. Girardi**

represented by **Carol Ann Sterling**

*in his individual capacity*                          (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanne Seltzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Hall De Baun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Mann**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2010 | 1 | COMPLAINT against Apollo Investment Corp., Rajay Bagaria(in his individual capacity), Rajay Bagaria(in his official capacity), Code Hennessy Simmons LLC, Gerald J. Girardi(in his official capacity), Gerald J. Girardi(in his individual capacity), LVI Parent Corp., LVi Services, Inc., Brian Simmons (in his official capacity), Brian Simmons(in his individual capacity), Scott E. State(in his official capacity), Scott E. State (in his individual capacity). (Filing Fee $ 350.00, Receipt Number 923487)Document filed by Burton T. Fried. (mro) (rdz). (Entered: 12/14/2010) |
| 12/13/2010 | | SUMMONS ISSUED as to Apollo Investment Corp., Rajay Bagaria(in his individual capacity), Rajay Bagaria(in his official capacity), Code Hennessy Simmons LLC, Gerald J. Girardi(in his official capacity), Gerald J. Girardi(in his individual capacity), LVI Parent Corp., LVi Services, Inc., Brian Simmons (in his official capacity), Brian Simmons(in his individual capacity), Scott E. State(in his official capacity), Scott E. State (in his individual capacity). (mro) (Entered: 12/14/2010) |
| 12/13/2010 | | Magistrate Judge James C. Francis IV is so designated. (mro) (Entered: 12/14/2010) |
| 12/13/2010 | | Case Designated ECF. (mro) (Entered: 12/14/2010) |
| 12/15/2010 | 2 | AFFIDAVIT OF SERVICE. Apollo Investment Corp. served on 12/15/2010, answer due 1/5/2011; Rajay Bagaria(in his individual capacity) served on 12/15/2010, answer due 1/5/2011; Rajay Bagaria(in his official capacity) served on 12/15/2010, answer due 1/5/2011; Code Hennessy Simmons LLC served on 12/15/2010, answer due 1/5/2011; Gerald J. Girardi(in his official capacity) served on 12/15/2010, answer due 1/5/2011; Gerald J. Girardi(in his individual capacity) served on 12/15/2010, answer due 1/5/2011; LVI Parent Corp. served on 12/15/2010, answer due 1/5/2011; LVI Services, Inc. served on 12/15/2010, answer due 1/5/2011; Brian Simmons(in his official capacity) |

| | | |
|---|---|---|
| | | served on 12/15/2010, answer due 1/5/2011; Brian Simmons(in his individual capacity) served on 12/15/2010, answer due 1/5/2011; Scott E. State(in his official capacity) served on 12/15/2010, answer due 1/5/2011; Scott E. State (in his individual capacity) served on 12/15/2010, answer due 1/5/2011. Service was accepted by Joanne Seltzer, Esq.. Service was made by Mail. Document filed by Burton T. Fried. (Gilly, Scott) (Entered: 12/15/2010) |
| 01/03/2011 | 3 | NOTICE OF APPEARANCE by Joanne Seltzer on behalf of Rajay Bagaria(in his individual capacity), Rajay Bagaria(in his official capacity), Code Hennessy Simmons LLC, Gerald J. Girardi(in his official capacity), Gerald J. Girardi(in his individual capacity), LVI Parent Corp., LVI Services, Inc., Brian Simmons(in his official capacity), Brian Simmons(in his individual capacity), Scott E. State(in his official capacity), Scott E. State (in his individual capacity) (Seltzer, Joanne) (Entered: 01/03/2011) |
| 01/03/2011 | 4 | NOTICE OF APPEARANCE by Carol Ann Sterling on behalf of Rajay Bagaria(in his individual capacity), Rajay Bagaria(in his official capacity), Code Hennessy Simmons LLC, Gerald J. Girardi(in his official capacity), Gerald J. Girardi(in his individual capacity), LVI Parent Corp., LVI Services, Inc., Brian Simmons(in his official capacity), Brian Simmons(in his individual capacity), Scott E. State(in his official capacity), Scott E. State (in his individual capacity) (Sterling, Carol Ann) (Entered: 01/03/2011) |
| 01/04/2011 | 5 | NOTICE OF APPEARANCE by Nicholas Hall De Baun on behalf of Rajay Bagaria(in his individual capacity), Rajay Bagaria(in his official capacity), Code Hennessy Simmons LLC, Gerald J. Girardi(in his official capacity), Gerald J. Girardi(in his individual capacity), LVI Parent Corp., LVI Services, Inc., Brian Simmons(in his official capacity), Brian Simmons(in his individual capacity), Scott E. State(in his official capacity), Scott E. State (in his individual capacity) (De Baun, Nicholas) (Entered: 01/04/2011) |
| 01/05/2011 | 6 | NOTICE OF APPEARANCE by Brad Scott Karp on behalf of Apollo Investment Corp. (Karp, Brad) (Entered: 01/05/2011) |
| 01/05/2011 | 7 | NOTICE OF APPEARANCE by Andrew James Ehrlich on behalf of Apollo Investment Corp. (Ehrlich, Andrew) (Entered: 01/05/2011) |
| 01/10/2011 | 8 | STIPULATION AND ORDER: It is hereby stipulated, consented to and agreed by and between counsel for plaintiff and counsel for defendant Apollo Investment Corp. that the deadline for Apollo to file a responsive pleading be enlarged from January 24, 2011. (Signed by Judge Jed S. Rakoff on 1/7/2011) (js) (Entered: 01/10/2011) |
| 01/10/2011 | 9 | STIPULATION AND ORDER TO EXTEND TIME TO ANSWER: It is hereby stipulated and agreed by and between counsel for plaintiff and defendants that the deadline to file Defendants' Answer be enlarged from January 5, 2011 to January 24, 2011. So Ordered (Signed by Judge Jed S. Rakoff on 1/7/2011) (js) (Entered: 01/10/2011) |
| 01/20/2011 | 10 | NOTICE OF COURT CONFERENCE(ORDER FOR INITIAL PRETRIAL CONFERENCE): Initial Conference set for 1/28/2011 at 11:00 AM in Courtroom 14B, 500 Pearl Street, New York, NY 10007 before Judge Jed S. Rakoff. (Signed by Judge Jed S. Rakoff on 1/20/11) (db) (Entered: 01/21/2011) |

| 01/21/2011 | 11 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Document filed by Code Hennessy Simmons LLC.(Sterling, Carol Ann) (Entered: 01/21/2011) |
|---|---|---|
| 01/21/2011 | 12 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by LVI Parent Corp..(Sterling, Carol Ann) (Entered: 01/21/2011) |
| 01/21/2011 | 13 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Document filed by LVI Services, Inc..(Sterling, Carol Ann) (Entered: 01/21/2011) |
| 01/21/2011 | 14 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Apollo Investment Corp..(Ehrlich, Andrew) (Entered: 01/21/2011) |
| 01/21/2011 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 1/21/2011. (jpo) (Entered: 01/31/2011) |
| 01/27/2011 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 1/27/2011. (lnl) (Entered: 02/07/2011) |
| 01/28/2011 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 1/28/2011. (mbe) (Entered: 03/10/2011) |
| 02/01/2011 | 15 | STIPULATION AND ORDER. IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED by and between counsel for Plaintiff Burton T. Fried and counsel for Defendants that the deadline for Defendants to move, answer or otherwise respond be enlarged from January 24, 2011 to January 28, 2011. All Defendants answer due 1/28/2011. (Motions due by 1/28/2011.) (Signed by Judge Jed S. Rakoff on 1/31/2011) (rjm) (Entered: 02/01/2011) |
| 02/02/2011 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Initial Pretrial Conference held on 2/2/2011. Argument set for 3/11/2011 at 02:00 PM before Judge Jed S. Rakoff.). (mro) (Entered: 02/04/2011) |
| 02/03/2011 | 16 | AMENDED COMPLAINT amending 1 Complaint against Apollo Investment Corp., Rajay Bagaria(in his individual capacity), Rajay Bagaria(in his official capacity), Code Hennessy Simmons LLC, Gerald J. Girardi(in his official capacity), Gerald J. Girardi(in his individual capacity), LVI Parent Corp., LVI Services, Inc., Brian Simmons(in his official capacity), Brian Simmons(in his individual capacity), Scott E. State(in his official capacity), Scott E. State (in his individual capacity) with JURY DEMAND.Document filed by Burton T. Fried. Related document: 1 Complaint filed by Burton T. Fried.(mbe) (Entered: 02/04/2011) |
| 02/07/2011 | 17 | CIVIL CASE MANAGEMENT PLAN: Joinder of additional parties must be accomplished by 2/3/11. Amended pleadings may be filed without leave of Court until 2/3/11. First request for production of documents, if any, must be served by 2/15/2011. Interrogatories pursuant to Rule 33.3(a) of the Local Civil Rules of the Southern District of New York must be served by 2/15/11. Every party-proponent of a claim (including any counterclaim, cross-claim, or third-party claim) that intends to offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by |

| | | |
|---|---|---|
| | | 4/8/2011. Every party-opponent of such claim that intends to offer expert testimony in opposition to such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by 4/22/11. All depositions (including any expert depositions, see item 3 above) must be completed by 5/27/11. Requests to Admit, if any, must be served by 4/29/11. All discovery is to be completed by 6/3/11. Post-discovery summary judgment motions in the form prescribed by the Court's Individual Rules of Practice may be brought on without further consultation with the Court provided that a Notice of any such motion, in the form specified in the Court's Individual Rules of Practice, is filed no later than one week following the close-or-discovery date and provided that the moving papers are served by 6/10/11, answering papers by 6/20/11, and reply papers by 6/27/11. A final pre-trial conference, as well as oral argument on any post-discovery summary judgment motions, shall be held on 7/6/11 at 4 pm. SO ORDERED. Deposition due by 5/27/2011. Discovery due by 6/3/2011. Final Pretrial Conference set for 7/6/2011 at 04:00 PM before Judge Jed S. Rakoff. (Signed by Judge Jed S. Rakoff on 2/2/2011) (lnl) (Entered: 02/07/2011) |
| 02/08/2011 | 18 | NOTICE OF APPEARANCE by Tobias James Stern on behalf of Apollo Investment Corp. (Stern, Tobias) (Entered: 02/08/2011) |
| 02/14/2011 | 19 | MOTION to Dismiss ; *Notice Of Motion for Partial Dismissal of The Amended Complaint*. Document filed by Rajay Bagaria(in his individual capacity), Rajay Bagaria(in his official capacity), Code Hennessy Simmons LLC, Gerald J. Girardi(in his official capacity), Gerald J. Girardi(in his individual capacity), LVI Parent Corp., LVI Services, Inc., Brian Simmons(in his official capacity), Brian Simmons(in his individual capacity), Scott E. State(in his official capacity), Scott E. State (in his individual capacity).(Seltzer, Joanne) (Entered: 02/14/2011) |
| 02/14/2011 | 20 | MEMORANDUM OF LAW in Support re: 19 MOTION to Dismiss ; *Notice Of Motion for Partial Dismissal of The Amended Complaint*.. Document filed by Rajay Bagaria(in his individual capacity), Rajay Bagaria(in his official capacity), Code Hennessy Simmons LLC, Gerald J. Girardi(in his official capacity), Gerald J. Girardi(in his individual capacity), LVI Parent Corp., LVI Services, Inc., Brian Simmons(in his official capacity), Brian Simmons(in his individual capacity), Scott E. State(in his official capacity), Scott E. State (in his individual capacity). (Seltzer, Joanne) (Entered: 02/14/2011) |
| 02/14/2011 | 21 | AFFIRMATION of Joanne Seltzer in Support re: 19 MOTION to Dismiss ; *Notice Of Motion for Partial Dismissal of The Amended Complaint*.. Document filed by Rajay Bagaria(in his individual capacity), Rajay Bagaria(in his official capacity), Code Hennessy Simmons LLC, Gerald J. Girardi(in his official capacity), Gerald J. Girardi(in his individual capacity), LVI Parent Corp., LVI Services, Inc., Brian Simmons(in his official capacity), Brian Simmons(in his individual capacity), Scott E. State(in his official capacity), Scott E. State (in his individual capacity). (Attachments: # 1 Exhibit Exhibit A to Seltzer Affirmation, # 2 Exhibit B to Seltzer Affirmation)(Seltzer, Joanne) (Entered: 02/14/2011) |
| 02/14/2011 | 22 | MOTION to Dismiss *the Complaint*. Document filed by Apollo Investment Corp..(Karp, Brad) (Entered: 02/14/2011) |

| 02/14/2011 | 23 | MEMORANDUM OF LAW in Support re: 22 MOTION to Dismiss *the Complaint*.. Document filed by Apollo Investment Corp.. (Karp, Brad) (Entered: 02/14/2011) |
|---|---|---|
| 02/25/2011 | 24 | NOTICE OF APPEARANCE by Michael D. Mann on behalf of Rajay Bagaria (in his individual capacity), Rajay Bagaria(in his official capacity), Code Hennessy Simmons LLC, Gerald J. Girardi(in his official capacity), Gerald J. Girardi(in his individual capacity), LVI Parent Corp., LVI Services, Inc., Brian Simmons(in his official capacity), Brian Simmons(in his individual capacity), Scott E. State(in his official capacity), Scott E. State (in his individual capacity) (Mann, Michael) (Entered: 02/25/2011) |
| 02/25/2011 | 25 | MEMORANDUM OF LAW in Opposition re: 19 MOTION to Dismiss ; *Notice Of Motion for Partial Dismissal of The Amended Complaint*.. Document filed by Burton T. Fried. (Wigdor, Douglas) (Entered: 02/25/2011) |
| 02/25/2011 | 26 | MEMORANDUM OF LAW in Opposition re: 22 MOTION to Dismiss *the Complaint*.. Document filed by Burton T. Fried. (Wigdor, Douglas) (Entered: 02/25/2011) |
| 03/04/2011 | 27 | REPLY MEMORANDUM OF LAW in Support re: 22 MOTION to Dismiss *the Complaint*.. Document filed by Apollo Investment Corp.. (Karp, Brad) (Entered: 03/04/2011) |
| 03/04/2011 | 28 | REPLY MEMORANDUM OF LAW in Support re: 19 MOTION to Dismiss ; *Notice Of Motion for Partial Dismissal of The Amended Complaint*.. Document filed by Rajay Bagaria(in his individual capacity), Rajay Bagaria(in his official capacity), Code Hennessy Simmons LLC, Gerald J. Girardi(in his official capacity), Gerald J. Girardi(in his individual capacity), LVI Parent Corp., LVI Services, Inc., Brian Simmons(in his official capacity), Brian Simmons(in his individual capacity), Scott E. State(in his official capacity), Scott E. State (in his individual capacity). (Seltzer, Joanne) (Entered: 03/04/2011) |
| 03/11/2011 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Oral Argument held on 3/11/2011 re: 19 MOTION to Dismiss; Notice Of Motion for Partial Dismissal of The Amended Complaint. filed by Scott E. State, Rajay Bagaria, Brian Simmons, LVI Parent Corp., Code Hennessy Simmons LLC, LVI Services, Inc., Gerald J. Girardi, LVi Services, Inc.. (mbe) (Entered: 03/14/2011) |
| 03/18/2011 | 29 | PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Jed S. Rakoff on 3/17/2011) (js) (Entered: 03/18/2011) |
| 03/24/2011 | 31 | TRANSCRIPT of proceedings held on 3/11/2011 before Judge Jed S. Rakoff. (ab) (Entered: 04/06/2011) |
| 04/04/2011 | 30 | ORDER: After careful consideration and for reasons that will be explained in a forthcoming written opinion, the Court hereby grants both motions in their entirety, with prejudice. The Clerk of the Court is directed to close item numbers 19 and 22 on the docket of this case. SO ORDERED. (Signed by Judge Jed S. Rakoff on 4/1/2011) (lnl) (Entered: 04/04/2011) |

| 04/18/2011 | 32 | ANSWER to Amended Complaint. Document filed by Rajay Bagaria(in his individual capacity), Rajay Bagaria(in his official capacity), Gerald J. Girardi (in his official capacity), Gerald J. Girardi(in his individual capacity), LVI Parent Corp., LVI Services, Inc., Brian Simmons(in his official capacity), Brian Simmons(in his individual capacity), Scott E. State(in his official capacity), Scott E. State (in his individual capacity).(Mann, Michael) (Entered: 04/18/2011) |
|---|---|---|
| 04/19/2011 | 33 | ORDER OF AUTOMATIC REFERRAL TO MEDIATION (See M-10-468 Order filed July 15, 2010) Mediator to be Assigned by 4/29/2011. Mediator Expertise Request due by 4/25/2011. (Signed by Judge Loretta A. Preska on 01/03/11) (ms) (Entered: 04/19/2011) |
| 04/19/2011 | 34 | NOTICE OF APPEARANCE by Shaffin Abdul Datoo on behalf of Burton T. Fried (Datoo, Shaffin) (Entered: 04/19/2011) |
| 04/22/2011 | | MEDIATOR EXPERTISE REQUEST Mediator to be Assigned by 5/2/2011. (O'Malley, George) (Entered: 04/22/2011) |
| 05/23/2011 | 35 | MEMORANDUM: For the foregoing reasons, the Court affirms its April 1, 2011 bottom-line Order in all respects. (Signed by Judge Jed S. Rakoff on 5/23/2011) (jfe) (Entered: 05/24/2011) |
| 05/31/2011 | 36 | NOTICE OF APPEARANCE by Matthew David Gorman on behalf of Burton T. Fried (Gorman, Matthew) (Entered: 05/31/2011) |
| 06/10/2011 | 37 | MOTION for Summary Judgment. Document filed by Rajay Bagaria(in his individual capacity), Rajay Bagaria(in his official capacity), Gerald J. Girardi (in his official capacity), Gerald J. Girardi(in his individual capacity), LVI Parent Corp., LVI Services, Inc., Brian Simmons(in his official capacity), Brian Simmons(in his individual capacity), Scott E. State(in his official capacity), Scott E. State (in his individual capacity).(Seltzer, Joanne) (Entered: 06/10/2011) |
| 06/10/2011 | 38 | MEMORANDUM OF LAW in Support re: 37 MOTION for Summary Judgment.. Document filed by Rajay Bagaria(in his individual capacity), Rajay Bagaria(in his official capacity), Gerald J. Girardi(in his official capacity), Gerald J. Girardi(in his individual capacity), LVI Parent Corp., LVI Services, Inc., Brian Simmons(in his official capacity), Brian Simmons(in his individual capacity), Scott E. State(in his official capacity), Scott E. State (in his individual capacity). (Seltzer, Joanne) (Entered: 06/10/2011) |
| 06/10/2011 | 39 | AFFIRMATION of Joanne Seltzer in Support re: 37 MOTION for Summary Judgment.. Document filed by Rajay Bagaria(in his individual capacity), Rajay Bagaria(in his official capacity), Gerald J. Girardi(in his official capacity), Gerald J. Girardi(in his individual capacity), LVI Parent Corp., LVI Services, Inc., Brian Simmons(in his official capacity), Brian Simmons(in his individual capacity), Scott E. State(in his official capacity), Scott E. State (in his individual capacity). (Attachments: # 1 Exhibit Exhibits A - H, # 2 Exhibit Exhibits I - Y, # 3 Exhibit Exhibits Z - GG)(Seltzer, Joanne) (Entered: 06/10/2011) |
| 06/10/2011 | 40 | RULE 56.1 STATEMENT. Document filed by Rajay Bagaria(in his individual |

| | | |
|---|---|---|
| | | capacity), Rajay Bagaria(in his official capacity), Gerald J. Girardi(in his official capacity), Gerald J. Girardi(in his individual capacity), LVI Parent Corp., LVI Services, Inc., Brian Simmons(in his official capacity), Brian Simmons(in his individual capacity), Scott E. State(in his official capacity), Scott E. State (in his individual capacity). (Seltzer, Joanne) (Entered: 06/10/2011) |
| 06/16/2011 | | NOTICE OF MEDIATOR ASSIGNMENT - Notice of assignment of mediator. Mediator Schedule due by 7/18/2011.(ms) (Entered: 06/16/2011) |
| 06/20/2011 | 41 | COUNTER STATEMENT TO 40 Rule 56.1 Statement,. Document filed by Burton T. Fried. (Datoo, Shaffin) (Entered: 06/20/2011) |
| 06/20/2011 | 42 | MEMORANDUM OF LAW in Opposition re: 37 MOTION for Summary Judgment.. Document filed by Burton T. Fried. (Datoo, Shaffin) (Entered: 06/20/2011) |
| 06/20/2011 | 43 | DECLARATION of Shaffin A. Datoo in Opposition re: 37 MOTION for Summary Judgment.. Document filed by Burton T. Fried. (Attachments: # 1 Exhibit 1 through 2, # 2 Exhibit 3 through 4, # 3 Exhibit 5 through 6, # 4 Exhibit 7 through 10, # 5 Exhibit 11 through 20, # 6 Exhibit 21 through 30, # 7 Exhibit 31 through 38)(Datoo, Shaffin) (Entered: 06/20/2011) |
| 06/22/2011 | 44 | ORDER: For the reasons set forth herein, the parties requested that the Court waive the mediation requirement. In light of the fact that the parties have already attempted to resolve this dispute through mediation in a related matter, the Court hereby grants the request. (Signed by Judge Jed S. Rakoff on 6/21/2011) (ab) (Entered: 06/22/2011) |
| 06/27/2011 | 45 | REPLY MEMORANDUM OF LAW in Support re: 37 MOTION for Summary Judgment.. Document filed by Rajay Bagaria(in his individual capacity), Rajay Bagaria(in his official capacity), Gerald J. Girardi(in his official capacity), Gerald J. Girardi(in his individual capacity), LVI Parent Corp., LVI Services, Inc., Brian Simmons(in his official capacity), Brian Simmons(in his individual capacity), Scott E. State(in his official capacity), Scott E. State (in his individual capacity). (Seltzer, Joanne) (Entered: 06/27/2011) |
| 06/27/2011 | 46 | REPLY AFFIRMATION of Joanne Seltzer in Support re: 37 MOTION for Summary Judgment.. Document filed by Rajay Bagaria(in his individual capacity), Rajay Bagaria(in his official capacity), Gerald J. Girardi(in his official capacity), Gerald J. Girardi(in his individual capacity), LVI Parent Corp., LVI Services, Inc., Brian Simmons(in his official capacity), Brian Simmons(in his individual capacity), Scott E. State(in his official capacity), Scott E. State (in his individual capacity). (Attachments: # 1 Exhibit A-B) (Seltzer, Joanne) (Entered: 06/27/2011) |
| 07/06/2011 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Oral Argument held on 7/6/2011 re: 37 MOTION for Summary Judgment. filed by Scott E. State, Gerald J. Girardi, Rajay Bagaria, Brian Simmons, LVI Services, Inc., LVI Parent Corp., LVi Services, Inc.. (mbe) (Entered: 07/13/2011) |
| 07/18/2011 | 47 | TRANSCRIPT of Proceedings re: Motion held on 7/6/2011 before Judge Jed |

| | | S. Rakoff. Court Reporter/Transcriber: Jerry Harrison, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/11/2011. Redacted Transcript Deadline set for 8/22/2011. Release of Transcript Restriction set for 10/20/2011.(McGuirk, Kelly) (Entered: 07/18/2011) |
|---|---|---|
| 07/18/2011 | 48 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Motion proceeding held on 7/6/11 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 07/18/2011) |
| 09/02/2011 | 49 | ORDER, granting 37 Motion for Summary Judgment. All remaining defendants in this case have moved for summary judgment with respect to all remaining claims. After careful consideration, this Court hereby grants summary judgment dismissing all remaining claims, with the exception of plaintiff's claim of retaliation to the extent, and only to the extent, that it is based on the termination of plaintiff's daughter, Shari Dembin (which is also the subject of a related action. An opinion setting forth the reasons for these determinations will issue in due course, following which counsel in this and the related action should jointly call Chambers to schedule appropriate trial(s) in the remaining actions. In the meantime, all further proceedings in this case (but not in the related case) are hereby stayed. (Signed by Judge Jed S. Rakoff on 9/1/2011) (pl) Modified on 9/2/2011 (pl). (Entered: 09/02/2011) |
| 10/04/2011 | 50 | OPINION AND ORDER:#100875 Accordingly, the Court concludes the NYCHRL is inapplicable to the instant case, and hereby grants defendants' summary judgment with respect to all of plaintiff's claims brought pursuant to the NYCHRL. In sum, the Court hereby grants summary judgment to the defendants' on all of plaintiff's claims with the exception of the prong of plaintiff's claim of retaliation under the ADEA relating to the firing of plaintiff's daughter. The parties are instructed to convene a joint conference call with Chambers on October 11, 2011 at 2:00 P.M. to schedule a trial on the remaining claim. The Clerk of the Court is directed to close item number 37 on the docket of this case. (Telephone Conference set for 10/11/2011 at 02:00 PM before Judge Jed S. Rakoff.) (Signed by Judge Jed S. Rakoff on 10/3/2011) (js) Modified on 10/6/2011 (jab). (Entered: 10/04/2011) |
| 10/11/2011 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 10/11/2011. (lmb) (Entered: 10/19/2011) |
| 10/19/2011 | 51 | DOCUMENT REFERRED TO JUDGE FOR APPROVAL - STIPULATION OF VOLUNTARY DISMISSAL It is hereby stipulated and agreed by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendant(s) All Defendants and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Document filed by Burton T. Fried. (Datoo, Shaffin) Modified on 10/20/2011 (dt). (Entered: 10/19/2011) |

| | | |
|---|---|---|
| 10/20/2011 | | ***NOTE TO ATTORNEY - DOCUMENT REFERRED TO JUDGE FOR APPROVAL. Note to Attorney Shaffin Datoo Document 51 Stipulation of Voluntary Dismissal, was referred to Judge Jed S. Rakoff for approval. (dt) (Entered: 10/20/2011) |
| 10/27/2011 | 52 | STIPULATION OF DISMISSAL WITH PREJUDICE: It is hereby stipulated and agreed by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice against the defendants LVI Parent Corp. and LVI Services, Inc. and without costs to either party pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. (Signed by Judge Jed S. Rakoff on 10/26/2011) (ab) (Entered: 10/27/2011) |
| 11/14/2011 | 53 | NOTICE OF APPEAL from 50 Opinion & Order, 52 Stipulation and Order of Voluntary Dismissal,. Document filed by Burton T. Fried. Filing fee $ 455.00, receipt number 465401021765. (nd) (Entered: 11/14/2011) |
| 11/14/2011 | | Transmission of Notice of Appeal to the District Judge re: 53 Notice of Appeal. (nd) (Entered: 11/14/2011) |
| 11/14/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 53 Notice of Appeal. (nd) (Entered: 11/14/2011) |
| 11/14/2011 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 42 Memorandum of Law in Opposition to Motion filed by Burton T. Fried, 13 Rule 7.1 Corporate Disclosure Statement filed by LVI Services, Inc., LVi Services, Inc., 32 Answer to Amended Complaint, filed by Scott E. State, Gerald J. Girardi, Rajay Bagaria, Brian Simmons, LVI Services, Inc., LVI Parent Corp., LVi Services, Inc., 28 Reply Memorandum of Law in Support of Motion,, filed by Scott E. State, Rajay Bagaria, Brian Simmons, LVI Parent Corp., Code Hennessy Simmons LLC, LVI Services, Inc., Gerald J. Girardi, LVi Services, Inc., 26 Memorandum of Law in Opposition to Motion filed by Burton T. Fried, 34 Notice of Appearance filed by Burton T. Fried, 14 Rule 7.1 Corporate Disclosure Statement filed by Apollo Investment Corp., 53 Notice of Appeal filed by Burton T. Fried, 46 Reply Affirmation in Support of Motion,, filed by Scott E. State, Rajay Bagaria, Brian Simmons, LVI Parent Corp., Gerald J. Girardi, LVI Services, Inc., LVi Services, Inc., 45 Reply Memorandum of Law in Support of Motion, filed by Scott E. State, Rajay Bagaria, Brian Simmons, LVI Parent Corp., Gerald J. Girardi, LVI Services, Inc., LVi Services, Inc., 33 Order of Automatic Referral to Mediation, 18 Notice of Appearance filed by Apollo Investment Corp., 8 Stipulation and Order, Set Deadlines/Hearings,, 40 Rule 56.1 Statement, filed by Scott E. State, Rajay Bagaria, Brian Simmons, LVI Parent Corp., Gerald J. Girardi, LVI Services, Inc., LVi Services, Inc., 29 Protective Order, 43 Declaration in Opposition to Motion, filed by Burton T. Fried, 15 Stipulation and Order, Set Deadlines/Hearings,, 51 Stipulation of Voluntary Dismissal, filed by Burton T. Fried, 11 Rule 7.1 Corporate Disclosure Statement filed by Code Hennessy Simmons LLC, 23 Memorandum of Law in Support of Motion filed by Apollo Investment Corp., 12 Rule 7.1 Corporate Disclosure Statement filed by LVI Parent Corp., 24 Notice of Appearance, filed by Scott E. State, Rajay Bagaria, Brian Simmons, LVI Parent Corp., Code Hennessy Simmons LLC, Gerald J. Girardi, LVI Services, Inc., LVi Services, Inc., 6 Notice of Appearance filed by Apollo |

| | | Investment Corp., <u>35</u> Order, <u>49</u> Order on Motion for Summary Judgment,,, <u>21</u> Affirmation in Support of Motion,, filed by Scott E. State, Rajay Bagaria, Brian Simmons, LVI Parent Corp., Code Hennessy Simmons LLC, Gerald J. Girardi, LVI Services, Inc., LVi Services, Inc., <u>47</u> Transcript,, <u>9</u> Stipulation and Order, Set Deadlines/Hearings,, <u>5</u> Notice of Appearance, filed by Scott E. State, Rajay Bagaria, Brian Simmons, LVI Parent Corp., Code Hennessy Simmons LLC, Gerald J. Girardi, LVI Services, Inc., LVi Services, Inc., <u>50</u> Order, Set Hearings,,,,,,, <u>2</u> Affidavit of Service Complaints,,,, filed by Burton T. Fried, <u>36</u> Notice of Appearance filed by Burton T. Fried, <u>20</u> Memorandum of Law in Support of Motion,, filed by Scott E. State, Rajay Bagaria, Brian Simmons, LVI Parent Corp., Code Hennessy Simmons LLC, Gerald J. Girardi, LVI Services, Inc., LVi Services, Inc., <u>30</u> Order on Motion to Dismiss,,, <u>41</u> Counter Statement to Rule 56.1 filed by Burton T. Fried, <u>22</u> MOTION to Dismiss *the Complaint*. filed by Apollo Investment Corp., <u>3</u> Notice of Appearance, filed by Scott E. State, Rajay Bagaria, Brian Simmons, LVI Parent Corp., Code Hennessy Simmons LLC, Gerald J. Girardi, LVI Services, Inc., LVi Services, Inc., <u>19</u> MOTION to Dismiss *; Notice Of Motion for Partial Dismissal of The Amended Complaint*. filed by Scott E. State, Rajay Bagaria, Brian Simmons, LVI Parent Corp., Code Hennessy Simmons LLC, Gerald J. Girardi, LVI Services, Inc., LVi Services, Inc., <u>48</u> Notice of Filing Transcript, <u>39</u> Affirmation in Support of Motion,, filed by Scott E. State, Rajay Bagaria, Brian Simmons, LVI Parent Corp., Gerald J. Girardi, LVI Services, Inc., LVi Services, Inc., <u>10</u> Order for Initial Pretrial Conference, <u>52</u> Stipulation and Order of Voluntary Dismissal, <u>1</u> Complaint,, filed by Burton T. Fried, <u>17</u> Case Management Plan,,,,,,, <u>27</u> Reply Memorandum of Law in Support of Motion filed by Apollo Investment Corp., <u>7</u> Notice of Appearance filed by Apollo Investment Corp., <u>44</u> Order Withdrawing Case from Mediation, <u>37</u> MOTION for Summary Judgment. filed by Scott E. State, Rajay Bagaria, Brian Simmons, LVI Parent Corp., Gerald J. Girardi, LVI Services, Inc., LVi Services, Inc., <u>4</u> Notice of Appearance, filed by Scott E. State, Rajay Bagaria, Brian Simmons, LVI Parent Corp., Code Hennessy Simmons LLC, Gerald J. Girardi, LVI Services, Inc., LVi Services, Inc., <u>25</u> Memorandum of Law in Opposition to Motion filed by Burton T. Fried, <u>38</u> Memorandum of Law in Support of Motion, filed by Scott E. State, Rajay Bagaria, Brian Simmons, LVI Parent Corp., Gerald J. Girardi, LVI Services, Inc., LVi Services, Inc., <u>16</u> Amended Complaint,, filed by Burton T. Fried were transmitted to the U.S. Court of Appeals. (nd) (Entered: 11/14/2011) |
| 01/17/2012 | <u>54</u> | TRANSCRIPT of Proceedings re: MOTION held on 7/6/2011 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Jerry Harrison, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/10/2012. Redacted Transcript Deadline set for 2/21/2012. Release of Transcript Restriction set for 4/19/2012.(McGuirk, Kelly) (Entered: 01/17/2012) |
| 01/17/2012 | <u>55</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a MOTION proceeding held on 7/6/11 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to |

| | | |
|---|---|---|
| | | Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 01/17/2012) |
| 01/18/2012 | 56 | MOTION for Joanne Seltzer to Withdraw as Attorney. Document filed by Rajay Bagaria(in his individual capacity), Rajay Bagaria(in his official capacity), Code Hennessy Simmons LLC, Gerald J. Girardi(in his official capacity), Gerald J. Girardi(in his individual capacity), Brian Simmons(in his official capacity), Brian Simmons(in his individual capacity), Scott E. State(in his official capacity), Scott E. State (in his individual capacity).(Seltzer, Joanne) (Entered: 01/18/2012) |
| 01/18/2012 | 57 | MOTION for Joanne Seltzer to Withdraw as Attorney. Document filed by LVI Parent Corp., LVI Services, Inc..(Seltzer, Joanne) (Entered: 01/18/2012) |