# EXHIBIT HH

| | |
|---|---|
| **From:** | Hogan, Robert <rhogan@code, hennessy & simmons inc..com> |
| **Sent:** | Sunday, September 19, 2010 9:25 PM |
| **To:** | Simmons, Brian P. <BSimmons@chsonline.com> |
| **Subject:** | Fw: Offer |

---

-------------------------

Robert Hogan
Principal
Code Hennessy and Simmons LLC
10 South Wacker Drive Suite 3175
Chicago, IL 60606
312.876.2679 (work)
312.876.3854 (fax)
630.235.5338 (cell)

This email may contain material that is confidential and/or privileged and is for the sole use of the intended recipient.
Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are
not the intended recipient, please contact the sender and delete all copies.

**From**: Scott State [mailto:scott.state@gmail.com]
**Sent**: Sunday, September 19, 2010 08:47 PM
**To**: Hogan, Robert
**Subject**: Re: Offer

Rob
□
I offer the following proposal for modified terms to the offer of employment:
□
**Salary / Bonus**
□
The salary of $400K is fine, bonus should be set with a 120% of plan threshold to achieve 100% bonus.□ I
would like a simple set of objectives for 2010 tied to a □signing□ bonus payable at year-end.
□
**Safety Incentive**
□
Concept is fine.□ Targets for 2011 need to be based on improvement from current performance.□ After 2011
the targets can be as stated in the original offer.
□
**Equity / Options**
□
I am not comfortable making an investment in the business at this point.□ In our discussion on Tuesday□you
had indicated that August performance appeared to be such that TTM EBITDA would bounce back towards
$18MM.□ On Friday it seems that may have been revised down to a roughly $300K improvement in August
2010 vs. 2009 EBITDA.□ The August 2009 performance was about $840K so a $300K improvement on that
would still be very low.□ I think the business continues to be under pressure and determination of FMV is
difficult.
□
I would like to have a meaningful share of the upside created in the business.□ For me, that amounts to roughly
5% of the gain in value.□ We went over a concept that would provide a transaction bonus on sale that would
reflect a drop in option strike price from the current value which is based on implied equity value.□ I think the

CONFIDENTIAL

LVIP 000171

approach is simple and meets my desire to have the ability to get my starting equity value to be reflective of what may be FMV at this point. □ I would like to make this simple and fair to all parties and would prefer to have just a typical option award mechanism as opposed to the multiple option / equity purchase provisions in the current offer.

□

**Other**

□

I believe that all other provisions of the offer are acceptable.

□

In addition to coming to terms on the financial parameters I would like to also get fully satisfied that the operational objectives of the business can be optimized. □ My view of LVI is that the business needs to be brought back to life and then some serious repositioning must take place. □ The old markets and ways of doing business will not put the Company where it needs to be a few years from now. □ We will need to make changes to the operating culture, find new markets, and develop a franchise that has attractive prospects if we are to exit this with a good outcome.

□

To be successful and move beyond what □has been□ to what □can be□ starts with leadership and a single vision. □ I have expressed my concern about having that singular focus and avoiding confusion within the team about who is in charge. □ I need to get to a meeting of the minds with Burt before making the leap on this opportunity. □ Burt has told me he plans to continue part-time with LVI pursuing opportunities in Dubai on over-water oil platform remediation. □ He is also actively pursuing hiring a CIO for the Company. □ These are two plans I would not anticipate pursuing upon joining the team as being unrealistic and unnecessary respectively. □ I would like Burt□s commitment not to challenge those decisions if they are made as this would likely result in an immediate division in the management team. □

□

In the best-case scenario Burt will decide to retire at some date certain from LVI upon a new CEO being named and offer to support the business under a consulting agreement in any way the new CEO sees fit. □ Several members of the senior team have told me that Burt will never retire because he has no other interests and nothing else to do. □ That is not a healthy situation for Burt or LVI. □ If Burt wants to keep his oar in the water due to the additional $4MM owed under the working capital adjustment from the prior deal then it will complicate matters.

□

I am optimistic that this is a business that can be positioned for long-term success. □ I am also willing to do the heavy lifting to achieve that goal. □ However, I prefer to enter into this commitment with a clear vision of goals and leadership. □ Upon agreement on the business terms of the offer I would like to have a meeting with Burt to establish our working relationship and then move to a conclusion.

□

I look forward to our upcoming discussion.

□

Best Regards,

□

Scott

On Fri, Sep 17, 2010 at 3:36 PM, Hogan, Robert <Rhogan@chsonline.com> wrote:
   Haven't gotten final August numbers, but they expect to beat last year's EBITDA by at least $300k.
   □

Robert Hogan
Principal
Code Hennessy & Simmons LLC
10 S. Wacker Drive, Suite 3175
Chicago, IL □ 60606
(p) 312-876-2679
(f)□ 312-876-3854

CONFIDENTIAL

LVIP 000172

☐
☐

**From:** Scott State [mailto:scott.state@gmail.com]
**Sent:** Friday, September 17, 2010 4:33 PM
**To:** Hogan, Robert
**Subject:** Re: Offer

Rob
☐
Will get something off this weekend.
☐
Have you received the August #'s yet?
☐
Scott

On Fri, Sep 17, 2010 at 1:35 PM, Hogan, Robert <Rhogan@chsonline.com> wrote:
  Scott,
  ☐
  I received your message.☐ I am confident we can come to an agreement on a compensation
  package for you that works for everyone and has you excited about leading☐LVI.
  ☐
  With that in mind, I think it will work best if you provide a specific counterproposal☐on the key
  topics.☐
  ☐
  We want to☐reach agreement with you as soon as possible.☐ If we have the proposal from you
  this weekend, we can get on the phone with you this weekend or early Monday and hammer out
  a solution.☐☐
  ☐
  We look forward to hearing from you.
  ☐
  Have a good weekend.
  ☐
  Rob☐☐
  ☐

  _____

  Robert Hogan
  Principal
  Code Hennessy & Simmons LLC
  10 S. Wacker Drive, Suite 3175
  Chicago, IL ☐ 60606
  (p) 312-876-2679
  (f)☐ 312-876-3854
  ☐
  ☐

CONFIDENTIAL