# EXHIBIT JJ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BURTON T. FRIED,

        Plaintiff,

  v.

LVI SERVICES, INC.; LVI PARENT CORP.,
CODE HENNESSY SIMMONS LLC d/b/a CHS
PRIVATE EQUITY V LP; APOLLO
INVESTMENT CORP.; SCOTT E. STATE, in his
official and individual capacities; BRIAN
SIMMONS, in his official and individual capacities;
RAJAY BAGARIA, in his official and individual
capacities; GERALD J. GIRARDI, in his official
and individual capacities,

        Defendants.
------------------------------------------------------------x

Civil Action No. 10 Civ. 9308 (JSR)

**NOTICE OF APPEAL**

[U.S. DISTRICT COURT FILED NOV 14 2011 S.D. OF N.Y. stamp]

  Notice is hereby given that Plaintiff Burton T. Fried hereby appeals to the United States Court of Appeals for the Second Circuit from an Order entered on September 2, 2011 granting Defendants' motion for summary judgment in part and denying it in part, and from an Opinion and Order entered on October 4, 2011 granting Defendants' motion for summary judgment in part and denying it in part, that were made final by the Order entered on October 27, 2011 which dismissed Plaintiff's sole remaining claim with prejudice.

  Pursuant to Local Civil Rule 83.8 the names of the parties and the names and addresses of their respective attorneys of record are as follows:

| Counsel for Plaintiff Burton T. Fried: | Counsel for All Defendants: |
|---|---|
| THOMPSON WIGDOR LLP<br>Douglas H. Wigdor, Esq.<br>Shaffin A. Datoo, Esq.<br>85 Fifth Avenue<br>New York, NY 10003 | SIDLEY AUSTIN LLP<br>Joanne Seltzer, Esq.<br>Michael D. Mann, Esq.<br>787 Seventh Avenue<br>New York, NY 10019 |

1

Dated:   New York, New York
            November 14, 2011

Respectfully submitted,

THOMPSON WIGDOR LLP

By: _____
Douglas H. Wigdor
Shaffin A. Datoo

85 Fifth Avenue
New York, NY 10003
(212) 257-6800
(212) 257-6845

*Counsel for Plaintiff Burton T. Fried*

2