# EXHIBIT KK

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 1st day of March, two thousand and twelve.

BURTON T. FRIED,

   *Plaintiff-Appellant,*

**ORDER**

Docket No.: 11-4791

v.

LVI SERVICES, INC., *ET AL.*,

   *Defendants-Appellees.*

Appellees have filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting May 28, 2012 as the brief filing date. The date selected falls on a public holiday. Therefore,

IT IS HEREBY ORDERED that Appellees' brief must be filed on or before May 29, 2012.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

