# EXHIBIT J

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

No. 10 Civ. 9308(JSR)

----------------------------------------x

BURTON T. FRIED,

                              Plaintiff,

           - against -

LVI SERVICES, INC., LVI PARENT CORP., CODE

HENNESSY SIMMONS, LLC d/b/a CHS PRIVATE

EQUITY V LP; APOLLO INVESTMENT CORP.,

SCOTT E. STATE, in his official and

individual capacities; BRIAN SIMMONS, in

his official and individual capacities;

RAJAY BAGARIA, in his official and

individual capacities; GERALD J. GIRARDI,

in his official and individual capacities,

                              Defendants.

----------------------------------------x

                              May 26, 2011

                              10:03 a.m.

Page 2

1

2

3

4          VIDEOTAPE DEPOSITION of SCOTT

5     STATE, taken by the Plaintiff, pursuant to

6     Notice, held at the offices of Thompson

7     Wigdor & Gilly, LLP, 85 Fifth Avenue, New

8     York, New York, before Debbie Zaromatidis,

9     a Shorthand Reporter and Notary Public of

10    the State of New York.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 213

1              STATE

2    Squibb.  There were I believe -- I know we    03:08:47

3    were involved in the acquisition of some      03:08:56

4    assets from a company in Washington, D.C.     03:08:59

5    We were negotiating contract terms with       03:09:03

6    that particular company for a project at a    03:09:06

7    federal building in Washington, D.C.          03:09:09

8    I -- you're asking about specifics of six     03:09:15

9    months ago.  I -- I can't off the top of      03:09:23

10   my head tell you what those were.             03:09:26

11       Q.    And these two things that Mr.       03:09:28

12   Fried was working on, were these two          03:09:35

13   things that were not transitioned to you?     03:09:38

14       A.    They were things that I felt        03:09:40

15   like probably should have been quickly        03:09:43

16   transitioned.  They weren't complex           03:09:45

17   matters, but there was a resistance to        03:09:47

18   moving them over I guess.                      03:09:51

19       Q.    A resistance from whom?             03:09:53

20       A.    From Burt.                           03:09:56

21       Q.    And what gave you that              03:09:57

22   impression?                                    03:09:58

23       A.    Because they weren't just           03:09:58

24   transitioned to me.                            03:10:00

25       Q.    Were there a lot of things that     03:10:01

Page 214

```
  1                    STATE
  2  needed to be transitioned to you?          03:10:02
  3      A.    There were I think at lot --     03:10:04
  4      Q.    Were there a lot of items that   03:10:06
  5  needed to be transitioned to you?          03:10:07
  6      A.    Not particularly, no.            03:10:09
  7      Q.    Okay.  And why do you feel these 03:10:10
  8  weren't transitioned to you?               03:10:17
  9      A.    I don't know.                    03:10:18
 10      Q.    In the next sentence you wrote   03:10:19
 11  "Like most of my discussions with Burt on  03:10:31
 12  his continuing role, he agreed."           03:10:34
 13            What did Mr. Fried agree with?   03:10:35
 14      A.    I think there was a general      03:10:37
 15  agreement every time we spoke that the     03:10:38
 16  day-to-day operations will be transferred  03:10:40
 17  to you, but subsequent to that I think     03:10:42
 18  somewhere in here I say -- then I got this  03:10:48
 19  list, and there is all these duties that   03:10:50
 20  didn't make any sense to me.               03:10:53
 21      Q.    Let's -- let's go to that list.  03:10:55
 22      A.    This is the October 14th version 03:11:09
 23  or the October 19 version?                 03:11:11
 24      Q.    This is the October 14 version.  03:11:26
 25            (Plaintiff's Exhibit 30 marked   03:11:29
```

Page 215

1            STATE

2    for identification.)                03:11:31

3            (Document handed to witness.)   03:11:31

4    Q.    Mr. State, you have a document    03:11:32

5    in front of you marked as Plaintiff's   03:11:34

6    Exhibit 30.                             03:11:36

7            Please review the document and  03:11:36

8    let me know if you have seen it before. 03:11:37

9    A.    I believe I have seen this, yes.  03:11:39

10   Q.    Okay.  Is this the list that you  03:11:41

11   were referring to in Plaintiff's Exhibit 03:11:43

12   29?                                     03:11:45

13   A.    I think so, yes.  Yes.           03:11:45

14   Q.    Did you ask Mr. Fried to provide  03:11:47

15   you with this list?                     03:11:48

16   A.    I don't believe I did.           03:11:49

17   Q.    Okay.  So he did it of his own    03:11:51

18   accord?                                 03:11:53

19   A.    I believe so.                     03:11:54

20   Q.    Do you know why he did that?      03:11:55

21   A.    I think it was in anticipation    03:11:57

22   of this meeting we were going to have on 03:12:04

23   the 19th.  He prepared an agenda for that 03:12:06

24   meeting as well, which I don't believe I 03:12:09

25   got in advance, but I think I got it at  03:12:10

Page 216

```
 1                  STATE
 2  that meeting.                    03:12:14
 3      Q.   Well, with respect to the --  03:12:15
 4  these duties that you referred to,  03:12:18
 5  what -- what was your reaction when you  03:12:22
 6  saw this document?                03:12:24
 7      A.   I was frankly pretty surprised  03:12:25
 8  that -- I was surprised.          03:12:32
 9      Q.   Why were you surprised?   03:12:34
10      A.   That is a pretty extensive list  03:12:35
11  of things that are mostly operational in  03:12:37
12  nature that surprised me.         03:12:41
13      Q.   Why exactly did it surprise you,  03:12:44
14  the fact that they are operational in  03:12:48
15  nature?                           03:12:50
16      A.   Because my expectation from the  03:12:51
17  prior discussion I had had about duties  03:12:56
18  and the discussion I had had no more than  03:12:59
19  two hours prior to this was that all  03:13:03
20  operational things would -- day-to-day  03:13:05
21  activities would come to me, and there is  03:13:08
22  many things in here that are day-to-day  03:13:10
23  activities.                       03:13:12
24      Q.   And were these things that  03:13:13
25  Mr. Fried was holding on to or that he was  03:13:16
```

```
 1               STATE
 2   transitioning to you?                  03:13:19
 3       A.    No, these are all things that he   03:13:20
 4   anticipated holding on to.             03:13:22
 5       Q.    Okay.  And which one -- did you    03:13:24
 6   consider all of these duties day to day?   03:13:32
 7       A.    No.  There was -- let me look.     03:13:32
 8             (Pause.)                     03:13:47
 9       Q.    You can number the points to       03:13:48
10   make it easier.                        03:13:50
11       A.    No.  There is just one point in    03:13:51
12   here that I considered to be truly      03:13:53
13   relevant to what I had hoped to have Burt   03:13:55
14   really help me with, and that was being a   03:13:58
15   resource for all of the historical LVI   03:14:00
16   business, employee and legal matters, and   03:14:04
17   there were many of those, and he was an    03:14:07
18   absolute resource for all of them,      03:14:09
19   and -- and that is what I really needed    03:14:12
20   help with.                             03:14:14
21       Q.    And are there -- why would you     03:14:16
22   consider the remainder of these duties   03:14:21
23   day-to-day duties that he would transition   03:14:24
24   to you?                                03:14:26
25       A.    Because everything in here is a    03:14:27
```

Page 218

```
 1                     STATE
 2    staff level function that as the CEO I        03:14:29
 3    would determine who did all of these          03:14:34
 4    things.  These are all operating              03:14:37
 5    day-to-day things that companies do, and      03:14:38
 6    the CEO of the company should have the        03:14:42
 7    discretion to decide how they get done.       03:14:45
 8        Q.    And was there a problem if Mr.      03:14:47
 9    Fried performed these duties?                 03:14:50
10          MS. SELTZER:   Objection to the         03:14:55
11    form, but you can answer.                     03:14:56
12        A.    I don't -- I wouldn't say there     03:14:57
13    was a problem with anybody doing these        03:15:01
14    duties.  It is just my decision to decide     03:15:02
15    who does them.                                03:15:05
16        Q.    And is there -- was there           03:15:09
17    anything preventing you from having Mr.       03:15:10
18    Fried do these duties?                        03:15:12
19        A.    No, I just made a decision that     03:15:14
20    I thought that it would fit better to have    03:15:16
21    these things assigned, and I told Mr.         03:15:18
22    Fried that.                                   03:15:22
23        Q.    Why is that?                        03:15:22
24        A.    Because they fit in typical         03:15:23
25    staff level functions in the company, and     03:15:26
```

Page 261

STATE

| | | |
|---|---|---|
| 1 | | |
| 2 | which -- it had -- there were many items | 03:53:54 |
| 3 | on the agenda. | 03:54:00 |
| 4 | Q. Was every topic on the agenda | 03:54:02 |
| 5 | covered? | 03:54:05 |
| 6 | A. I believe -- I believe we did | 03:54:06 |
| 7 | cover every topic because there were | 03:54:08 |
| 8 | topics -- I'm trying to think. There were | 03:54:09 |
| 9 | topics related to a CIO search that had | 03:54:12 |
| 10 | been initiated that I decided not to | 03:54:15 |
| 11 | conduct or to continue. There was a topic | 03:54:17 |
| 12 | related to a VP of HR search that | 03:54:20 |
| 13 | was -- had been initiated that I decided I | 03:54:24 |
| 14 | didn't want to continue that I was putting | 03:54:25 |
| 15 | on hold. There was the office issue. | 03:54:28 |
| 16 | What else did we talk about. I -- there | 03:54:33 |
| 17 | was a lot of items on the agenda. | 03:54:36 |
| 18 | Q. Okay. Now, during that | 03:54:38 |
| 19 | discussion, that meeting, did you make any | 03:54:40 |
| 20 | comments regarding Mr. Fried's age? | 03:54:42 |
| 21 | A. I made one comment where I | 03:54:44 |
| 22 | said -- when Burt and I were talking about | 03:54:47 |
| 23 | the duties that he had or desired to have. | 03:54:49 |
| 24 | At one point I said, Burt, you told me | 03:54:54 |
| 25 | you're 71 years old, and you don't want to | 03:54:57 |

Page 262

1                    STATE
2    be doing this any more.  I don't          03:55:00
3    understand.  And he kind of chuckled and   03:55:02
4    corrected me and said I am only 70, and I  03:55:05
5    said oh.  Okay.  Sorry.  But that was the  03:55:08
6    only item that came up like that at all.   03:55:12
7         Q.    Why did his age even come up?   03:55:16
8         A.    Because he had told me not more 03:55:18
9    than two or three weeks before when I      03:55:21
10   discussed with him on the phone prior to   03:55:24
11   taking the job that the duties he liked to 03:55:26
12   have would be strategic support and, you   03:55:29
13   know, these few items and -- and that      03:55:33
14   he -- he was 70 -- well apparently he told 03:55:35
15   me he was 70.  I thought he had said 71,   03:55:38
16   and he didn't want to be doing this any    03:55:41
17   more, and that is -- you know, that is why 03:55:43
18   he wanted to essentially back away, and    03:55:45
19   that is what I understood.                 03:55:47
20        Q.    Is that what he was talking      03:55:48
21   about at this meeting, backing away from   03:55:50
22   the duties?                                03:55:52
23        A.    At what meeting?                03:55:53
24        Q.    At the October 19 meeting.      03:55:53
25        A.    No, he was talking about that   03:55:55

Page 263

1              STATE

2    when I spoke to him on the phone prior to      03:55:57

3    joining the company.                           03:56:00

4         Q.    But at the actual meeting why       03:56:01

5    did his age come up?                           03:56:03

6         A.    Oh, I don't know.   I -- there      03:56:05

7    was kind of banter going back and forth.       03:56:07

8         Q.    What was the banter?                03:56:09

9         A.    I don't -- I don't think there      03:56:11

10   was anything serious about it.                 03:56:12

11        Q.    Well, apparently Mr. Fried          03:56:13

12   thinks so.  But what was the banter?           03:56:16

13        A.    I think it was about the            03:56:19

14   specific duties that he thought he should      03:56:21

15   have and that I thought a number of them       03:56:23

16   were staff level types of duties.   I          03:56:28

17   believe that we had options to do a lot of     03:56:31

18   those things and that, you                     03:56:36

19   know -- that -- I didn't see why he as         03:56:38

20   chairman of the company would want to do       03:56:40

21   any of those things.  It just -- it            03:56:42

22   literally did not make sense to me, and I      03:56:45

23   told him that, and his retort to me was,       03:56:48

24   look, it doesn't matter who you give these     03:56:51

25   to.  I am the best there is at all of          03:56:54

Page 264

```
 1                    STATE
 2   these things, and you would be              03:56:56
 3   shortsighted to have anyone else do these   03:56:57
 4   things.  That is what was said.             03:57:00
 5        Q.    So in connection with his job    03:57:02
 6   duties, you made a comment about his age?    03:57:04
 7        A.    No.                              03:57:08
 8        Q.    So then when did this age        03:57:08
 9   comment come up during this conversation?   03:57:12
10        A.    It came up as we were talking    03:57:14
11   about -- back and forth about discussions   03:57:16
12   that we had associated with what he wanted  03:57:17
13   to do, my hiring into the company, and I    03:57:21
14   simply repeated to him this is what you     03:57:24
15   said to me.  I didn't say it to him.  I     03:57:26
16   said this is what you said to me.           03:57:29
17        Q.    And what -- do you remember      03:57:31
18   exactly what you said about Mr. Fried's     03:57:32
19   age?                                        03:57:34
20        A.    What I said was:  Burt, you told 03:57:35
21   me you're 71 years old, and you don't want  03:57:37
22   to be doing this, meaning this kind of      03:57:40
23   stuff any more.  I don't understand this    03:57:42
24   list.                                       03:57:45
25        Q.    And then what did Mr. --         03:57:46
```

Page 265

STATE

1

2    A.    And he had said -- and he          03:57:48

3    laughed and said, look, I am only 70.  And   03:57:50

4    that is the end of it.  It wasn't a stare    03:57:53

5    down.  There was nothing.  It was just       03:57:58

6    passed along.                                03:58:00

7        Q.    Was that the end of the meeting?   03:58:01

8        A.    You know, there was probably an    03:58:03

9    hour plus of additional discussion at the    03:58:05

10   meeting.  This discussion of duties was      03:58:08

11   item one on the list.                        03:58:09

12       Q.    Did you ask Mr. Fried at this      03:58:11

13   meeting how long he expected work for?       03:58:13

14       A.    No, I don't think I did.           03:58:16

15       Q.    And did you ask Mr. Fried at       03:58:17

16   this meeting what if he got hit by a bus?    03:58:19

17       A.    I -- I don't recall asking him     03:58:22

18   that.                                        03:58:24

19       Q.    Now, after this meeting, did you   03:58:25

20   send an e-mail to Mr. Simmons and Mr.        03:58:30

21   Hogan?                                       03:58:32

22       A.    I may have.                        03:58:33

23            MR. DATOO:    I think it            03:58:39

24   is -- why don't we take a break.             03:58:41

25            THE VIDEOGRAPHER:    Going off      03:58:42

Page 371

```
1                    STATE
2            MS. SELTZER:    That is what I      06:02:03
3   meant.  Yes.                                 06:02:03
4       A.    I -- as I recall, I received       06:02:05
5   this, and this -- this letter came into      06:02:07
6   the New York office, and I recall an         06:02:09
7   exchange back and forth that my assistant    06:02:14
8   in New York indicated a letter had come in   06:02:17
9   for me, and I think I asked her who it was    06:02:19
10  from, and she said who it was from,          06:02:24
11  and --                                       06:02:27
12      Q.    Mr. State, I don't mean to cut      06:02:28
13  you off.                                     06:02:30
14      A.    Yes.                                06:02:30
15      Q.    I just want to try to get           06:02:31
16  everyone out of here, but after you          06:02:32
17  received this letter did you have any         06:02:34
18  conversations about it?                       06:02:35
19      A.    I am trying to piece it together   06:02:36
20  in my mind for you.                          06:02:37
21      Q.    Okay.                               06:02:39
22      A.    So I know there was a back and     06:02:39
23  forth, and then eventually that was -- I     06:02:41
24  think this was delivered on the 15th,        06:02:44
25  which you could probably attest to.  It is   06:02:47
```

Page 372

STATE

1
2      dated the 15th.  On the 16th I spoke to          06:02:49
3      Paul Cutrone, and I was traveling, and he        06:02:52
4      said there is this letter from a firm, and       06:02:56
5      I said go ahead and open it because it was       06:03:00
6      addressed as confidential -- yes,                06:03:02
7      confidential.  And so I got it on the            06:03:05
8      16th, and I believe I forwarded it to            06:03:09
9      Simmons and Bagaria, and I -- it seems           06:03:12
10     like I had a conversation from an airport.       06:03:15
11     I think it was San Francisco with one or         06:03:19
12     both of those gentlemen that I received          06:03:22
13     this letter, and I was forwarding it to          06:03:24
14     them.                                            06:03:26
15         Q.    And what did you discuss with          06:03:26
16     these gentlemen?                                 06:03:30
17         A.    I -- I don't -- I think they           06:03:31
18     just said we got this letter, and, you           06:03:36
19     know, we will have to see what to do with        06:03:38
20     it.  I don't recall even reading this            06:03:40
21     letter until I was able to open it,              06:03:42
22     download it and review it.                       06:03:45
23         Q.    Did you have multiple                  06:03:46
24     conversations with Bagaria or Simmons?           06:03:48
25         A.    I don't think so.  It was -- it        06:03:54

Page 373

1                    STATE

2    would have been primarily with Simmons.        06:03:58

3    Simmons had been directed I believe by the     06:04:00

4    group to kind of represent Apollo and Code     06:04:04

5    in this.                                        06:04:08

6        Q.    And did you say that you had         06:04:08

7    this conversation on the 16th of November?     06:04:10

8        A.    Yes, I believe it was on the         06:04:13

9    16th.  If you notice I -- I got this at 3      06:04:15

10   in the afternoon, which would have been on     06:04:20

11   the west coast I think, and -- or I sent       06:04:22

12   it at 3 in the afternoon, so it would have     06:04:26

13   been late afternoon, and -- and then a         06:04:29

14   discussion would have taken place I am         06:04:33

15   sure after that.                               06:04:34

16       Q.    Okay.  Now, did there come a         06:04:35

17   time when Mr. Fried was notified that he       06:04:37

18   was being terminated as an employee?           06:04:40

19       A.    Yes, I believe so.                    06:04:42

20       Q.    Do you recall when that was?          06:04:46

21       A.    No.                                    06:04:48

22       Q.    Handing you a document that has       06:04:50

23   been previously marked as Plaintiff's          06:05:04

24   Exhibit 11, take a look at the document        06:05:06

25   and let me know if you've seen it before.      06:05:08

Page 374

1          STATE

2          (Document handed to witness.)        06:05:08

3          (Pause.)                             06:05:11

4     A.    I -- I am familiar with the text    06:05:19

5     of this.  I think I may have seen a draft.  06:05:21

6     I don't know if I saw that letter.        06:05:23

7     Q.    Okay.  Do you know when this         06:05:25

8     letter was sent to Mr. Fried?             06:05:26

9     A.    I am assuming the 16th of           06:05:28

10    November, but I'm not certain about that.  06:05:31

11    Q.    And do you know if this was          06:05:32

12    before or after you had that conversation  06:05:34

13    with Mr. Bagaria or Mr. Simmons?          06:05:36

14    A.    I -- I believe this letter was      06:05:41

15    drafted on the 14th or 15th.  I couldn't  06:05:43

16    know when it went out on the 16th.  I -- I  06:05:48

17    didn't send it, so I don't know.          06:05:50

18    Q.    And when was it decided that Mr.     06:05:52

19    Fried's employment would terminate?       06:05:54

20    A.    You have to ask Simmons.            06:05:56

21    I -- that was not a decision I was        06:06:02

22    directly involved with.                    06:06:04

23    Q.    You didn't make the decision to     06:06:05

24    terminate Mr. Freed?                       06:06:07

25    A.    No.                                 06:06:08