## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Shari L. Dembin and Burton T. Fried,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No.: 3:11-CV-01855-JBA |
| v. | : | |
| | : | |
| **LVI Services Inc., LVI Parent Corp., and** | : | |
| **Scott E. State,** | : | |
| | : | May 7, 2012 |
| Defendants. | : | |
| | : | |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME RE SUMMARY JUDGMENT BRIEFING

Pursuant to D. Conn. L. Civ. R. 7(b), defendants, LVI Services Inc., LVI Parent Corp., and Scott E. State, respectfully request a fourteen (14) day extension of time, up to and including May 31, 2012 for the plaintiff Burton T. Fried to file his Opposition to the Defendants' Motion for Summary Judgment ("Opposition") and a fourteen (14) day extension of time, up to and including June 15, 2012, for the defendants to file their Reply to the plaintiff's Opposition ("Reply").

In support of their Motion for Extension of Time, defendants' counsel submits the following:

1. Defendants' current lead counsel, Michael Mann of Sidley Austin LLP, will be filing a withdrawal as counsel for the defendants today.  Joanne Seltzer, currently of Jackson Lewis LLP, is filing an Appearance in this matter today, along with another lawyer from her firm.  ·

2. The defendants' Motion for Summary Judgment was filed on April 26, 2012.  In the absence of this extension, the plaintiff's Opposition is due on May 17, 2012 and the defendants' Reply is due on June 1, 2012 – three (3) days after the defendants'

Second Circuit appellate brief is due in the matter of *Burton T. Fried v. LVI Services, Inc., et al.*, 10-cv-09308 (S.D.N.Y.) (Rakoff, J.) which is currently pending on appeal and which involves the same parties and same New York counsel.

3. Plaintiff's counsel has indicated that he does not oppose this Motion for Extension of Time. In fact, the new briefing schedule provides both parties the same limited two-week extension for their respective briefs.

4. This is defendants' first Motion for Extension of Time relating to the summary judgment briefing schedule.

5. Based upon the foregoing, there is good cause for granting this short extension of time.

**LVI SERVICES INC., LVI PARENT CORP., and SCOTT E. STATE,**

/s/ Deborah DeHart Cannavino
Deborah DeHart Cannavino, CT08144
Matthew K. Curtin, CT27765
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street, Suite 300
New Haven, CT 06510
Telephone: 203.974.8700
Fax:    203.974.8799
DCannavino@littler.com

Their Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Deborah DeHart Cannavino
Deborah DeHart Cannavino, CT08144
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street, Suite 300
New Haven, CT 06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
DCannavino@littler.com

Firmwide:111312640.1 069969.1001

4820-8736-9999, v. 1

3.