UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Shari L. Dembin and Burton T. Fried,** | : |
| Plaintiffs, | : |
| | : Civil Action No.: 3:11-CV-01855-JBA |
| v. | : |
| **LVI Services Inc., LVI Parent Corp., and Scott E. State,** | : |
| | : May 11, 2012 |
| Defendants. | : |

## DEFENDANTS' MOTION TO APPEAR

Pursuant to D. Conn. L. Civ. R. 82(d), defendants, LVI Services Inc., LVI Parent Corp., and Scott E. State, respectfully request that Attorney Joanne Seltzer be allowed to re-Appear in this matter. In support of their Motion, undersigned counsel for defendants submits the following:

1. Defendants' counsel filed a filed a Motion to Appear Pro Hac Vice for Joanne Seltzer on December 29, 2011, and the Court granted the Motion on December 30, 2011. Attorney Seltzer filed an Appearance on January 4, 2012.

2. At that time, Attorney Seltzer was an attorney with the law firm of Sidley Austin LLP.

3. Thereafter, Attorney Seltzer moved to Jackson Lewis LLP and withdrew her Appearance in this matter. The Court granted her motion for withdrawal on January 23, 2012.

4. Now, defendants seek to have Attorney Seltzer re-Appear in this matter as counsel for the defendants.

WHEREFORE, the defendants respectfully request that the Motion to Appear be granted and Attorney Seltzer be allowed to file an Appearance in this matter.

LVI SERVICES INC., LVI PARENT CORP., and SCOTT E. STATE,

/s/ Deborah DeHart Cannavino
Deborah DeHart Cannavino, CT08144
Matthew K. Curtin, CT27765
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street, Suite 300
New Haven, CT 06510
Telephone: 203.974.8700
Fax:   203.974.8799
DCannavino@littler.com

Their Attorney

3.

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

/s/ Deborah DeHart Cannavino
Deborah DeHart Cannavino, CT08144