UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHARI L. DEMBIN and BURTON T. FRIED | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. 3:11-CV-01855 (JBA) |
| | : | |
| v. | : | May 31, 2012 |
| | : | |
| LVI SERVICES INC., LVI PARENT CORP., | : | |
| and SCOTT E. STATE, | : | |
| | : | |
| Defendants. | : | |

## DECLARATION OF SHAFFIN A. DATOO

I, Shaffin A. Datoo, pursuant to 28 U.S.C. §1746, declare and state as follows:

1.      I am an associate attorney with the law firm of Thompson Wigdor LLP, attorneys for Plaintiff Burton T. Fried in the above-captioned matter.  I have personal knowledge of the facts set forth herein and submit this declaration in opposition to Defendants' motion for summary judgment.

2.      A true and accurate copy of the Complaint in the above-referenced matter, dated November 30, 2011, is attached hereto as Exhibit 1.

3.      A true and accurate copy of the Answer in the above-referenced matter, dated February 16, 2011, is attached hereto as Exhibit 2.

4.      A true and accurate copy of relevant portions of the deposition transcript of Rajay Bagaria, dated June 23, 2011 is attached hereto as Exhibit 3.

5.      A true and accurate copy of relevant portions of the deposition transcript of Paul Cutrone, dated June 1, 2011, is attached hereto as Exhibit 4.

6.      A true and accurate copy of relevant portions of the deposition transcript of

Gerald Girardi, dated May 23, 2011, is attached hereto as Exhibit 5.

      7.     A true and accurate copy of relevant portions of the deposition transcript of Greg DiCarlo, dated June 2, 2011, is attached hereto as Exhibit 6.

      8.     A true and accurate copy of relevant portions of the deposition transcript of John Leonard, dated June 3, 2011, is attached hereto as Exhibit 7.

      9.     A true and accurate copy of relevant portions of the deposition transcript of John Schnabel, dated June 1, 2011 is attached hereto as Exhibit 8.

      10.     A true and accurate copy of an email, dated November 5, 2010, from Scott State to David S. Hicks is attached hereto as Exhibit 9.

      11.     A true and accurate copy of relevant redacted portions of the Human Resources "The Bible" is attached hereto as Exhibit 10.

      12.     A true and accurate copy of the deposition transcript of Scott State, dated May 26, 2011, is attached hereto as Exhibit 11.

      13.     A true and accurate copy of the deposition transcript of Burton T. Fried, dated May 20, 2011, is attached hereto as Exhibit 12.

      14.     A true and accurate copy of an agreement between Burton T. Fried and LVI Services, Inc., dated November 16, 2005, is attached hereto as Exhibit 13.

      15.     A true and accurate copy of a document entitled, "LVI Services Names Robert A. McNamara as President and CEO," dated July 13, 2006, is attached hereto as Exhibit 14.

      16.     A true and accurate copy of the Declaration of Burton T. Fried, dated June 20, 2011, is attached hereto as Exhibit 15.

      17.     A true and accurate copy of an email from Brian Simmons to Burt Fried, dated May 12, 2010 at 5:05pm, is attached hereto as Exhibit 16.

18.     A true and accurate copy of a document entitled, "AIC Memorandum," dated June 11, 2010, is attached hereto as Exhibit 17.

19.     A true and accurate copy of an email exchange between Scott State and Robert Hogan, dated September 14, 2010, is attached hereto as Exhibit 18.

20.     A true and accurate copy of an email exchange between Scott State and Robert Hogan, dated September 19, 2010, is attached hereto as Exhibit 19.

21.     A true and accurate copy of a document entitled, "LVI Services Names Scott E. State as President and CEO," dated September 27, 2010, is attached hereto as Exhibit 20.

22.     A true and accurate copy of an email from Scott State to Brian Simmons, dated October 19, 2010, is attached hereto as Exhibit 21.

23.     A true and accurate copy of a document entitled, "Minutes of a Meeting of the Boards of Directors of LVI Parent Corp.," is attached hereto as Exhibit 22.

24.     A true and accurate copy of relevant portions of the deposition transcript of Jeffrey Smith, dated June 8, 2011, is attached hereto as Exhibit 23.

25.     A true and accurate copy of the letter sent from Douglas H. Wigdor to Scott State, dated November 15, 2010, is attached hereto as Exhibit 24.

26.     A true and accurate copy of Gerald Girardi's handwritten notes dated November 16 are attached hereto as Exhibit 25.

27.     A true and accurate copy of an email from Brian Simmons to Burt Fried, dated November 16, 2010, with attachments, is attached hereto as Exhibit 26.

28.     A true and accurate copy of Scott E. State's Objections and Answers to Plaintiff's First Set of Interrogatories, dated March 24, 2011, is attached hereto as Exhibit 27.

29.     A true and accurate copy of Brian Simmons' Objections and Answers to

Plaintiff's First Set of Interrogatories, dated March 24, 2011, is attached hereto as Exhibit 28.

30.    A true and accurate copy of Gerald Girardi's Revised Objections and Answers to Plaintiff's First Set of Interrogatories, dated March 24, 2011, is attached hereto as Exhibit 29.

31.    A true and accurate copy of Rajay Bagaria's Revised Objections and Answers to Plaintiff's First Set of Interrogatories, dated March 24, 2011, is attached hereto as Exhibit 30.

32.    A true and accurate copy of a letter from Burton T. Fried to the Board of Directors of LVI Parent Corp., et al., dated November 30, 2010, is attached hereto as Exhibit 31.

33.    A true and correct copy of the Order, dated September 1, 2011 and entered on September 2, 2011, of the Honorable Jed S. Rakoff is attached hereto as Exhibit 32.

34.    A true and accurate copy of relevant portions of the deposition transcript of Brian Simmons, dated May 25, 2011, is attached hereto as Exhibit 33.

35.    A true and accurate copy of an email from Scott State to Brian Simmons and Robert Hogan, dated October 14, 2010, is attached hereto as Exhibit 34.

36.    A true and accurate copy the Opinion and Order, dated October 3, 2011 and entered on October 4, 2011, of the Honorable Jed S. Rakoff, is attached hereto as Exhibit 35.

37.    A true and accurate copy of an email from John Leonard to Scott State, with attachments, dated October 14, 2010, is attached hereto as Exhibit 36.

38.    A true and accurate copy of an email from Burt Fried to Brian Simmons and Robert Hogan, dated September 22, 2010, is attached hereto as Exhibit 37.

39.    A true and accurate copy of an email from Burt Fried to John Leonard and Paul Cutrone, dated September 23, 2010, is attached hereto as Exhibit 38.

40.    A true and accurate copy of the Amended Complaint, filed in the United States District Court for the Southern District of New York, dated February 3, 2011, is attached hereto

as Exhibit 39.

41.    A true and accurate copy of the Stipulation of Dismissal With Prejudice, dated October 19, 2011, is attached hereto as Exhibit 40.

42.    A true and accurate copy of the Affidavit of Illegal Discriminatory Practice, filed with the Connecticut Commission on Human Rights and Opportunities on May 16, 2011, is attached hereto as Exhibit 41.

43.    A true and accurate copy of the Connecticut Commission on Human Rights and Opportunities' Release of Jurisdiction, dated October 17, 2011, is attached hereto Exhibit 42.

44.    A true and accurate copy of page 16 from the Memorandum of Law in Support of Defendants' Motion for Summary Judgment, filed in the United States District Court for the Southern District of New York on June 10, 2011, is attached hereto as Exhibit 43.

45.    A true and accurate copy of the Notice of Appeal, dated November 14, 2011, is attached hereto as Exhibit 44.

46.    A true and accurate copy of the Brief of The Equal Opportunity Commission as Amicus Curiae in Support of Plaintiff/Appellant and in Favor of Reversal, filed in the United States Court of Appeals for the Second Circuit on March 5, 2012 dated March 5, 2012, is attached hereto as Exhibit 45.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 31, 2012
       New York, New York

                                                    _____
                                                    Shaffin A. Datoo

## <u>CERTIFICATE OF SERVICE</u>

I, hereby certify that on May 31, 2012 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Courts CM/ECF system.

Dated:  May 31, 2012
        New York, New York

/s/ Shaffin A. Datoo
Shaffin A. Datoo (*Pro Hac Vice*)

85 Fifth Avenue
New York, NY 10003
Telephone:    (212) 257-6800
Facsimile:    (212) 257-6845
sdatoo@thompsonwigdor.com
