# Exhibit 9

| | |
|---|---|
| **From:** | State, Scott <state, scott@lvi.com> |
| **Sent:** | Friday, November 5, 2010 3:53 PM |
| **To:** | David S. Hicks <David.S.Hicks@us.mwhglobal.com> |
| **Subject:** | RE: How did your LVI board meeting go? |

Generally as expected and full endorsement by the Board of my Agenda.  In a battle with founder about his need to retire but Board gets it and is working to exit him with some respect.  All in all, on course I described to you.

**From:** David S. Hicks [David.S.Hicks@us.mwhglobal.com]
**Sent:** Friday, November 05, 2010 2:11 PM
**To:** State, Scott
**Subject:** How did your LVI board meeting go?

Scott –

At your convenience, please let me know if the board meeting went the way you expected.

Thanks,

Dave

CONFIDENTIAL

LVI 003203