# Exhibit 10

# HUMAN RESOURCES
## "THE BIBLE"
### PERSONAL & CONFIDENTIAL
August, 2010

BF_0241

NEW YORK (301)
LVI SERVICES INC.
80 BROAD STREET, 3TH FLOOR
NEW YORK, NY 10004

| EMPLOYEE NAME | EMP # | TITLE | SALARY | DATE OF HIRE | DATE OF RE-HIRE | DATE OF BIRTH | SEX | SS# | AUTO ALLOW. | MEDICAL S/F | DENTAL S/F | 401(K)% | 401(K2)% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alvarado, Christian A | 3000228 | Director of IT | REDACTED | 04/28/08 | | 09/04/78 | M | REDACTED | $0.00 | Waived | Waived | 4 | Decline |
| Annarumma, Joseph M | 3000020 | Treasurer & Secretary | | 07/25/88 | | 05/23/63 | M | | $0.00 | F | F | 6 | 4 |
| Balseng, Mark P | 3000217 | Staff Accountant | | 10/15/07 | | 10/08/73 | M | | $0.00 | Waived | Waived | 8 | Decline |
| Beltz, Eileen A | 3000165 | Junior Accountant | | 04/24/06 | | 01/06/68 | F | | $0.00 | S | S | 8 | Decline |
| Bonilla, Mercedes | 3000063 | Accounts Payable Clerk | | 05/30/98 | | 12/01/69 | F | | $0.00 | F | F | | Decline |
| Braun, Kristen J | 3000246 | Marketing Assistant/Proposal Coordinator | | 11/04/09 | | 09/25/79 | F | | $0.00 | S | S | | Decline |
| Catton, Paul | 3000023 | Manager of Accounting & Financial Reporting | | 09/16/80 | | 07/09/57 | M | | $0.00 | F | F | 16 | 4 |
| Cramer, Peggy J | 3000183 | Marketing Coordinator | | 10/23/06 | | 07/07/44 | F | | $0.00 | Waived | Waived | | Decline |
| Cullen, Thomas R | 3000024 | Associate Counsel | | 06/17/09 | | 07/14/75 | M | | $0.00 | F | F | | Decline |
| Cutrone, Paul | 3000024 | VP/Chief Financial Officer | | 02/13/89 | | 09/06/61 | M | | $0.00 | F | F | 4 | Decline |
| Dembch, Shari | 3000041 | Insurance/Bonding Administrator | | 04/22/96 | | 12/16/73 | F | | $0.00 | F | F | 4 | Decline |
| Dicarlo, Gregory | 3000137 | Associate Counsel | | 05/02/05 | | 04/26/66 | M | | $0.00 | F | F | 4 | Decline |
| Florin, Bradley J | 3000237 | Controller | | 03/16/09 | | 08/16/72 | M | | $0.00 | F | F | | Decline |
| Fried, Burton | 3000026 | Chairman | | 01/01/88 | | 02/25/40 | M | | $0.00 | F | F | | Decline |
| Gil, Rayna | 3000099 | HR Administrative Assistant | | 03/08/99 | | 11/17/79 | F | | $0.00 | F | F | | Decline |
| Gioe, Evan B | 3000351 | System Engineer | | 08/01/10 | | 01/19/84 | M | | $0.00 | S | S | | . |
| Harrell, Kalimah S | 3000212 | Payroll Clerk | | 08/13/07 | | 12/27/63 | F | | $0.00 | Waived | Waived | 3 | Decline |
| Hashmi, Yoiaine | 3000117 | Junior Accountant | | 12/29/03 | | 02/13/81 | F | | $0.00 | Waived | Waived | 8 | Decline |
| Isenhour, Joshua S | 3000245 | Marketing Coordinator | | 06/20/05 | | 12/01/83 | M | | $0.00 | F | F | | Decline |
| Juran, Marcy L | 3000207 | Marketing Coordinator | | 06/01/07 | 10/19/09 | 04/16/61 | F | | $0.00 | S | S | Decline | Decline |
| Keifer, Robin W | 3000179 | Receptionist/Administrative Assistant | | 09/18/06 | | 05/12/54 | F | | $0.00 | F | F | Decline | Decline |
| Lackner, Robert W | 3000235 | Senior Network Engineer | | 03/05/09 | | 02/10/73 | M | | $0.00 | S | S | . | Decline |
| Lee, Victor | 3000127 | Network Administrator | | 05/10/04 | | 05/17/80 | M | | $0.00 | Waived | Waived | 6 | Decline |
| Leonard, Ann | 3000348 | Group Administrator | | 09/16/98 | 12/26/07 | 08/07/61 | F | | $0.00 | Waived | Waived | | Decline |
| Major, Catherine F | 3000125 | Cash Management Assistant | | 04/05/04 | | 03/03/74 | F | | $0.00 | S | S | 6 | Decline |
| Maldonado, Natalie M | 3000129 | Jr. Project Accountant | | 05/21/04 | | 12/06/85 | F | | $0.00 | S | S | 3 | Decline |
| Mastropierro, Michael A | 3000161 | Accounts Payable Clerk | | 10/17/05 | | 06/04/72 | M | | $0.00 | S | S | 2 | Decline |
| Matte, Kendra | 3000102 | Claims Administrator | | 01/17/00 | | 07/03/72 | F | | $0.00 | F | F | 2 | Decline |
| McCormick, Lorraine | 3000108 | W/C Claims Manager | | 03/10/03 | | 04/07/49 | F | | $0.00 | Waived | Waived | Decline | Decline |
| McKoy, Tiesa | 3000168 | HR Administrative Assistant | | 10/30/00 | | 01/31/72 | F | | $0.00 | Waived | Waived | Decline | Decline |
| Medina, Alison | 3000161 | Accounts Payable Clerk | | 02/14/06 | 09/10/08 | 09/21/85 | F | | $0.00 | F | F | 5 | Decline |
| Nagy, Jean S | 3000240 | Paralegal | | 08/16/09 | | 02/25/63 | F | | $0.00 | F | F | Decline | Decline |
| Olivera, Lydia M | 3000073 | Payroll Supervisor | | 12/03/98 | | 10/28/60 | F | | $0.00 | F | F | 4 | Decline |
| Prescod II, Wayne | 3000111 | Sales Tax Administrator | | 09/15/03 | | 09/23/81 | M | | $0.00 | F | F | 4 | Decline |
| Presa, Leonard | 3000032 | Group Controller | | 10/23/89 | | 10/18/66 | M | | $0.00 | Waived | Waived | 4 | Decline |
| Rapuzzi, Jr. Frank X | 3000077 | Group Controller | | 02/08/99 | | 11/16/70 | M | | $0.00 | F | F | | Decline |
| Rodriguez, Elizabeth | 3000073 | Assistant Payroll Supervisor | | 03/05/99 | | 11/11/70 | F | | $0.00 | F | F | Decline | Decline |
| Rosing, Larry | 3000033 | Tax Manager | | 06/22/92 | 07/02/07 | 04/25/57 | M | | $0.00 | F | F | 4 | Decline |
| Samuel, Gayle | 3000157 | Administrative Assistant | | 01/09/06 | | 05/14/61 | F | | $0.00 | S | S | 3 | Decline |
| Silver, Greg | 3000035 | Accounts Payable Supervisor | | 09/18/08 | | 10/06/59 | M | | $0.00 | Waived | Waived | 15 | 2 |
| Bookram, Kamal | 3000036 | VP Payroll/System Manager | | 02/18/89 | | 09/18/57 | M | | $0.00 | S | S | 4 | 4 |
| Walter-Peyrefitte, Dana | 3000237 | Payroll Manager | | 04/17/89 | | 06/26/64 | F | | $0.00 | F | F | Decline | Decline |
| Wilson, Malinda K | 3000227 | Licensing Coordinator | | 05/01/03 | | 10/27/60 | F | | $0.00 | S | S | Decline | Decline |
| Wright, Jovaughn M | 3000162 | Administrative Assistant | | 10/23/06 | | 08/10/84 | F | | $0.00 | Waived | Waived | Decline | Decline |

TOTAL: TOTAL: $0.00

#1 SEXRED 040/010

**NEW YORK (301)**
LVI SERVICES INC.
80 BROAD STREET, 5TH FLOOR
NEW YORK, NY 10004

| EMPLOYEE NAME | EMP # | TITLE | SALARY | DATE OF HIRE | DATE OF RE-HIRE | DATE OF BIRTH | SEX | SS# | AUTO ALLOW | MEDICAL S/F | DENTAL S/F | 401(K)% | 401(K2)% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alello, Frank | 3000198 | VP/Regional Manager | REDACTED | 03/01/91 | | 05/21/65 | M | REDACTED | $700.00 | F | F | Decline | Decline |
| Anderson, Terence W | 3000352 | Regional Manager | | 09/21/10 | | 10/27/51 | M | | $750.00 | F | F | 2 | Decline |
| Bojorquez, Gustavo | 3000234 | Regional Manager FireProofing | | 12/12/97 | | 09/27/45 | M | | $0.00 | S | S | Decline | Decline |
| Canessa, Mark | 3000204 | Sr. Vice President of Sales | | 07/06/92 | | 07/09/62 | M | | $1,200.00 | F | F | Decline | Decline |
| Damelio, Matthew J | 3000080 | National Business Development Manager | | 07/20/98 | | 06/26/71 | M | | $500.00 | S | S | 4 | Decline |
| Gilmore, Thomas W | 3000100 | VP/Business Development Sector Manager | | 03/05/02 | | 11/15/53 | M | | $700.00 | F | F | . | 3 |
| LaFever II, Charles R | 3000241 | National Account Manager | | 06/28/09 | | 01/05/70 | M | | $0.00 | F | F | Decline | Decline |
| Leonard, John | 3000191 | Chief Operating Officer | | 08/31/87 | | 09/15/64 | M | | $750.00 | F | F | . | Decline |
| Messineo, Brian K | 3000244 | National Account Manager | | 07/21/09 | 10/19/09 | 05/07/66 | M | | $700.00 | F | F | 4 | Decline |
| Mooney, James | 3000195 | Vice President | | 11/16/87 | 01/18/06 | 08/24/61 | M | | $700.00 | F | F | . | Decline |
| Narcots, Ronald | 3000016 | National Business Development Manager | | 05/31/88 | | 06/20/58 | M | | $500.00 | F | F | Decline | Decline |
| Pearson, David | 3000189 | Regional Manager | | 12/15/88 | | 08/25/58 | M | | $750.00 | F | F | Decline | Decline |
| Pechon, Christopher | 3000350 | Senior Project Manager/Estimator | | 01/15/90 | 12/05/97 | 10/28/50 | M | | $525.00 | F | F | Decline | Decline |
| Ryan, John D | 3000198 | Regional Health & Safety Officer | | 07/01/04 | | 05/15/62 | F | | $500.00 | S | S | 4 | Decline |
| Scott, Kim L | 3000243 | Payroll Supervisor | | 04/12/07 | | 05/07/66 | F | | $0.00 | Waived | Waived | 15 | Decline |
| Southern, Tedd | 3000211 | National Business Development Manager | | 07/16/04 | | 03/22/50 | M | | $700.00 | F | F | 4 | Decline |
| Thibodeaux, Gary | 3000104 | VP/Director of Health & Safety | | 01/03/00 | | 11/11/57 | M | | $500.00 | F | F | 4 | Decline |
| Thibodeaux, Steven L | 3000120 | Regional Health & Safety Officer | | 03/24/03 | | 07/25/69 | M | | $500.00 | S | S | 6 | Decline |
| Valentine, Sean C | 3000247 | Regional Health & Safety Officer | | 03/15/07 | | 06/04/70 | M | | $500.00 | S | S | 4 | Decline |
| Warner, James L | 3000193 | Special Project Manager | | 01/10/05 | | 09/21/48 | M | | $500.00 | Waived | Waived | 4 | Decline |

TOTAL:                                                                     TOTAL: $10,975.00

#1 REVISED 08/4/10