# Exhibit 13

**LVI SERVICES, INC.**
80 Broad Street
New York, NY 10004

Date: November 16, 2005

Mr. Burton T. Fried
149 Roseville Road
Westport, CT 06880

*Re: Terms of Employment with LVI Services, Inc. and LVI Acquisition Corporation*

Dear Burt:

    This letter memorializes our discussions as to the material terms of your employment arrangement with LVI Services, Inc. (the "Company") and LVI Acquisition Corporation ("Buyer") following the acquisition (the "Acquisition") of LVI Parent Corp. by Buyer:

**Job Title/Responsibilities:** You will continue to serve as President and Chief Executive Officer of the Company and Buyer until a replacement President and Chief Executive Officer is hired to oversee and conduct the day to day business of the Company and Buyer. You will be expected to perform such services as are customary for such positions, including such duties and responsibilities as are assigned from time to time by the board of directors (the "Board") of the Company and Buyer. After a new President and Chief Executive Offer is hired, you will serve as the Chairman of the Company and Buyer with primary responsibility for strategic growth.

**Compensation:** You will receive a base salary of $750,000 per year, which may be altered to a mutually agreed level following the hiring of a new President and Chief Executive Officer. Your base salary shall be payable in regular installments in accordance with the Company's general payroll practices and shall be subject to customary withholdings.

You will be entitled to receive an annual bonus as determined by the Board in its sole discretion based upon the Company's achievement of budgetary and other objectives set by the Board.

**Benefits:** You will be entitled to the same benefits as all other senior executives and that you currently enjoy. The Company will, subject to insurability and commercially reasonable cost, maintain (i) a long-term disability insurance policy for you with payout terms comparable to those in the disability policy currently maintained by the Company for you and (ii) a $1,000,000 life insurance policy for you for which you may designate the beneficiary. You understand and acknowledge that the Company will not maintain the $5,000,000 key-man life insurance policy that was in place prior to the Acquisition.

You will be entitled to 20 days paid vacation annually, in addition to public holidays upon which the Company is officially closed for business.

The Company shall provide you with an automobile comparable to the Mercedes

BF_01

|  |  |
|---|---|
|  | S500 currently leased for you by the Company and reimburse you for expenses related to such automobile including insurance, tolls, parking, maintenance, repairs and gas. |
| **Reimbursement of Expenses:** | The Company will reimburse you for all reasonable expenses incurred by you in the course of performing your duties, which are consistent with the Company's policies in effect from time to time with respect to travel, entertainment and other business expenses, subject to the Company's requirements with respect to reporting and documentation of such expenses. |
| **Repurchase of Equity** | As will be provided in your Executive Securities Agreement, in the event of your death, at the election of your legal representative, Buyer will repurchase for cash the common and preferred stock of Buyer you acquire at the time of the Acquisition at fair market value subject to any restrictions in the Company's credit agreements. |
| **Office** | You will work in the Company's New York city office two days a week and three days a week in an office maintained by the Company in Westport, Connecticut. |
|  | After your transition from President and Chief Executive Officer to Chairman, you will work five days a week in Westport, Connecticut. The Company will maintain the current office in Westport, Connecticut or an office with similar facilities at substantially the same rent reasonably acceptable to you in Westport, Connecticut. |

We look forward to your continued relationship with the Company. If these terms and conditions are acceptable to you, please sign below to confirm and return this letter to us at your earliest convenience.

Very truly yours,

LVI SERVICES, INC.

BY: *Stv R. Br*
Name: *Steven R. Brown*
Title: *Vice President*

ACCEPTED AND AGREED
THIS ___ DAY OF NOVEMBER 2005:

_____
Burton T. Fried

CHI\4385188.4

BF_02

|  |  |
|---|---|
|  | $500 currently leased for you by the Company and reimburse you for expenses related to such automobile including insurance, tolls, parking, maintenance, repairs and gas. |
| **Reimbursement of Expenses:** | The Company will reimburse you for all reasonable expenses incurred by you in the course of performing your duties, which are consistent with the Company's policies in effect from time to time with respect to travel, entertainment and other business expenses, subject to the Company's requirements with respect to reporting and documentation of such expenses. |
| **Repurchase of Equity** | As will be provided in your Executive Securities Agreement, in the event of your death, at the election of your legal representative, Buyer will repurchase for cash the common and preferred stock of Buyer you acquire at the time of the Acquisition at fair market value subject to any restrictions in the Company's credit agreements. |
| **Office** | You will work in the Company's New York city office two days a week and three days a week in an office maintained by the Company in Westport, Connecticut. |
|  | After your transition from President and Chief Executive Officer to Chairman, you will work five days a week in Westport, Connecticut. The Company will maintain the current office in Westport, Connecticut or an office with similar facilities at substantially the same rent reasonably acceptable to you in Westport, Connecticut. |

We look forward to your continued relationship with the Company. If these terms and conditions are acceptable to you, please sign below to confirm and return this letter to us at your earliest convenience.

Very truly yours,

LVI SERVICES, INC.

BY: _____
Name: _____
Title: _____

ACCEPTED AND AGREED
THIS 11 DAY OF NOVEMBER 2005,

*/s/ Burton T. Fried*
Burton T. Fried

CH\1\4385182.4

BF_03