# Exhibit 14



**Contact:**  Amy McGahan          Burton T. Fried
Dix & Eaton           LVI Services
216-241-3027          212-951-3661
amcgahan@dix-eaton.com    bfried@lviservices.com

**FOR IMMEDIATE RELEASE**

## LVI SERVICES NAMES ROBERT A. McNAMARA AS PRESIDENT AND CEO

*Executive to lead LVI through continued growth into new markets and geographies;
Burton T. Fried to play active role as Chairman to support company's expansion*

NEW YORK – July 13, 2006 – LVI Services Inc., the nation's largest remediation and facility services firm with more than 30 offices across the country, announced today that Robert A. McNamara has joined the company as President and Chief Executive Officer. Burton T. Fried, 66, who has held these positions since 1989, has become Chairman and will continue to play an active role in supporting the company's growth in its current markets, the acquisition of complementary businesses and its expansion into new geographic areas.

"Bob has outstanding business acumen and experience in operating billion-dollar-plus businesses, as well as a track record of successful leadership involving projects of tremendous magnitude," Fried said. "His client focus and team orientation will help stimulate the continued profitable growth of LVI. I look forward to working closely with him to take LVI to the next level."

McNamara, 52, held senior positions with Fluor Corporation for the past decade, including responsibility for major businesses serving the industrial and chemical markets. Fluor, a *Fortune* 500 company with annual revenues of $13.2 billion in 2005, provides services on a global basis in the fields of engineering, procurement, construction, operations, maintenance and project management.

Brian P. Simmons, a Partner with the private equity firm Code Hennessy Simmons LLC, which has a major investment in LVI, said, "Bob McNamara brings distinct perspectives, management strengths and significant experience that will complement those of Burt Fried, who has been the driving force behind LVI's rapid growth. Burt has positioned LVI well for future growth through internal expansion and key acquisitions. They will make an outstanding team for the future."

CONFIDENTIAL

LVI 003294

McNamara most recently served Fluor as a Senior Group President responsible for Fluor China and for overseeing strategic planning and global project execution systems for all business lines. In previous positions as a Group President, he was responsible for various engineering, procurement and construction groups with annual revenues up to $2.6 billion. The groups' worldwide market focus included chemicals, manufacturing, mining, highways, roads, bridges, tunnels, rail, microelectronics, pharmaceutical, biologics, consumer products, automotive and metals.

Earlier in his career, McNamara spent 18 years with Marshall Contractors Inc., including serving as its President and Chief Operating Officer. The privately held construction management business grew from $3 million in annual revenues in 1977 to more than $700 million in 1996, when it was acquired by Fluor.

McNamara, a board member of Asyst Technology (Nasdaq: ASYT), earned a bachelor's degree in economics from Brown University, Providence, R.I.

**About LVI Services**
LVI Services Inc. is the United States' leading provider of a wide array of integrated facility services, including environmental remediation, demolition and related services for commercial, industrial, multi-family residential and governmental facilities. LVI focuses on projects involving asbestos, lead paint, mold, infection control, hazardous materials, emergency and disaster services, and demolition. Founded in 1986, LVI has more than 30 offices across the United States, is licensed in every state, and is experienced in responding to natural and manmade disasters around the world. The company's annual revenues exceed $380 million. For more information, visit www.lviservices.com.

###

CONFIDENTIAL

LVI 003295