# Exhibit 16



**Fw: BT Fried Compensation**
Burton Fried   to: Kamal Sookram                                    05/13/2010 06:45 AM

History:        This message has been replied to.

Kamal:                                                    (# 3000026)

Please increase my annual compensation to rate of $750,000 per year commencing May 15th. Print copy
of this e-mail with below approval for your records.

Burt                                          $600K → $750K

Burton T. Fried                               Eff- 05/16/10
Chairman/CEO
LVI Services Inc.
877 Post Road East
Suite # 4
Westport, CT 06880
Phone: (203) 222-0584
Fax: (203) 222-2227
bfried@lviservices.com

----- Forwarded by Burton Fried/New York/Lviservices on 05/13/2010 06:43 AM -----

From:       "Simmons, Brian P." <BSimmons@chsonline.com>
To:         <BFried@lviservices.com>
Cc:         "Hogan, Robert" <Rhogan@chsonline.com>, "George, Marcus J." <MGeorge@chsonline.com>,
            "Lester, Laura" <LLester@chsonline.com>, "Hennessy, Daniel J." <djhennessy@chsonline.com>,
            "Smith, Jeffrey N." <jnsmith@sidley.com>
Date:       05/12/2010 05:05 PM
Subject:    RE: Comp

Confirmed. You are earning every penny of it.

**From:** BFried@lviservices.com [mailto:BFried@lviservices.com]
**Sent:** Wednesday, May 12, 2010 4:05 PM
**To:** Simmons, Brian P.
**Cc:** Hogan, Robert; George, Marcus J.; Lester, Laura; Hennessy, Daniel J.; Smith, Jeffrey N.
**Subject:** Re: Comp

Thanks, Brian. Compensation would return to $750,000
---------------------------
Burton T. Fried
Chairman/CEO
LVI Services Inc.
877 Post Road East
Suite # 4
Westport, CT 06880
Phone: (203) 222-0584
Fax: (203) 222-2227
bfried@lviservices.com

BF_04