# Exhibit 18

| | |
|---|---|
| **From:** | Scott State <scott.state@gmail.com> |
| **Sent:** | Tuesday, September 14, 2010 4:09 PM |
| **To:** | Hogan, Robert <Rhogan@chsonline.com> |
| **Cc:** | Simmons, Brian P. <BSimmons@chsonline.com> |
| **Subject:** | Re: Burt/LVI Board |

I think we can assume that Burt is essentially another Falcon vote on the Board. Long term, very close relationship there from what I have gathered.

The whole surety question is an interesting one. The LVI surety (Arch) is one of the smaller players in the market and not real active. Have done alot of surety work dealing with claims and litigation for third parties and not seen them in the game too much. They recently changed out their management and the new leader (David Finkelstein) came over from Liberty Mutual. I believe Burt has had a call with him to introduce himself. We will have to get on this quickly since Liberty is not really a player at all in the construction surety market and Finkelstein will be looking at what business he wants to keep. If Arch were to pull away I do feel confident we could put a new line in place with a number of other parties I have worked with.

On Tue, Sep 14, 2010 at 2:39 PM, Hogan, Robert <Rhogan@chsonline.com> wrote:
> You are correct. I missed that in my earlier email. This was added by Falcon late in the negotiation process. They were concerned that the lack of a CEO and the future departure of Burt would be damaging to the business--in particular its relationship with the sureties. In addition, Falcon did not want the Chairmanship in the hands of one of the three key shareholders. Burt made sense as a "neutral" Chairman.
>
> As long as the three key shareholders own at least 50% of what they owned immediately post-restructuring, we would need the unanimous vote of the three shareholders to replace Burt as Chairman.
>
> In the end, you will run the business and report to the entire Board, not solely the Chairman.
>
> ---
> Robert Hogan
> Principal
> Code Hennessy & Simmons LLC
> 10 S. Wacker Drive, Suite 3175
> Chicago, IL  60606
> (p) 312-876-2679
> (f) 312-876-3854
>
>
> **From:** Scott State [mailto:scott.state@gmail.com]
> **Sent:** Tuesday, September 14, 2010 3:16 PM
> **To:** Hogan, Robert
> **Cc:** Simmons, Brian P.
>
> **Subject:** Re: Burt/LVI Board
>
> That is in 4.1 (a) (ii) I believe. In the Covenants section 5.1 (a) (v), I think it requires unanimous consent of the investors to remove him as Chairman of the Board. Am I missing something?

CONFIDENTIAL

LVIP 001872

On Tue, Sep 14, 2010 at 2:05 PM, Hogan, Robert <Rhogan@chsonline.com> wrote:
> The current Investor Securities Agreement stipulates that Burt will be on the board so long as he is <u>employed</u> by the Company. If he is no longer employed by the Company, he may remain on the Board or someone else may be elected to take his place with the vote of two of the three major shareholders.
>
> _____
>
> Robert Hogan
> Principal
> Code Hennessy & Simmons LLC
> 10 S. Wacker Drive, Suite 3175
> Chicago, IL  60606
> (p) 312-876-2679
> (f)  312-876-3854

CONFIDENTIAL LVIP 001873