# Exhibit 20



**Contact:**
Burton T. Fried            Amy McGahan
LVI Services               Dix & Eaton
203-222-0584               216-241-3027
bfried@lviservices.com     amcgahan@dix-eaton.com

FOR IMMEDIATE RELEASE

## LVI SERVICES NAMES SCOTT E. STATE AS PRESIDENT AND CEO

*Experienced executive with environmental background to drive
continued growth in new markets and geographies*

NEW YORK – September 27, 2010 – LVI Services Inc., the nation's largest remediation and facility services firm with more than 25 offices across the country, announced today that Scott E. State, P.E., has joined the company as President and Chief Executive Officer, effective immediately. Burton T. Fried, who was serving as interim CEO since earlier this year, will return to his primary role as Chairman and will continue to play an active role in supporting the company's expansion into new services areas and geographies.

"Scott State has extensive experience in leading and growing environmental- and construction-oriented companies," Fried said. "As a professional engineer, Scott has outstanding technical skills as well as an executive management background with large, complex organizations. His experience in development and financial advisory projects for the military, nuclear and private industry will enable Scott to make a significant contribution to the profitable growth of LVI."

Brian P. Simmons, a Partner with the private equity firm Code Hennessy & Simmons LLC, which has a major investment in LVI, said, "Scott State is a valuable addition to the LVI executive team. His combination of technical skills and executive experience will provide an immediate and lasting impact on LVI's client service, growth and financial strength. Burt, Scott and the overall management team are well positioned to take this company to the next level of performance."

As a consultant since 2002, State, 47, has led several development and financial advisory projects with clients seeking to buy or sell major assets or to re-capitalize their businesses. Engagements have included a $120 million remediation of a 9,000-acre former military facility, technical program management consulting, and executive level support focused on cleaning up

CONFIDENTIAL                                                                 LVI 000781

former nuclear weapons and nuclear power plant sites. He has successfully completed projects in the U.S., Europe, Asia and Australia.

"The opportunity to serve LVI as its new CEO is an assignment that I am very excited about," State said. "My relationship with LVI goes back more than a decade and I have had a close working relationship with Burt Fried. I look forward to continued success in the traditional markets the Company has pursued and expansion in both new service areas and geographies."

State served as Chairman and CEO of MACTEC, Inc., a leader in engineering, environmental and construction services worldwide with 80 locations, from 1996 to 2002, directing and leading annual revenue growth from $45 million to more than $500 million. During his tenure, State executed a leveraged buyout of MACTEC from the company's ESOP, completed a second re-capitalization as the firm expanded, and successfully integrated nine acquisitions.

State holds bachelor's and master's degrees in Nuclear Engineering and a master's degree in Engineering Management, and is a licensed Nuclear Engineer. He formerly held an NRC Reactor Operators license, DOE "Q" clearance, and DoD Top Secret clearance.

State, a native of Iowa, is operating out of LVI's Denver and New York offices.

**About LVI Services**
LVI Services Inc. is the United States' leading provider of a wide array of integrated facility services, including environmental remediation, demolition, fireproofing and related services for commercial, industrial, multi-family residential and governmental facilities. LVI focuses on projects involving asbestos, lead paint, mold, infection control, hazardous materials, fireproofing, emergency and disaster services, and demolition. Founded in 1986, LVI has more than 25 offices across the United States, is licensed in every state, and is experienced in responding to natural and manmade disasters around the world. The company's annual revenues exceed $250 million. For more information, visit www.lviservices.com.