# Exhibit 21

| | |
|---|---|
| **From:** | Scott State <scott.state@gmail.com> |
| **Sent:** | Tuesday, October 19, 2010 5:00 PM |
| **To:** | Simmons, Brian P. <BSimmons@chsonline.com> |
| **Cc:** | Hogan, Robert <Rhogan@chsonline.com> |
| **Subject:** | Re: Chairman Duties |

Brian

Spent 3 hours with Burt today. He came to me with an expanded list of duties and proceeded to explain how he is uniquely qualified to do each task. He told me that he would like to work for LVI as long as he is able, be paid $600K / yr to work 4 days a week, and that it would be a great loss to the Company if he were not involved. I was clear with him that it was my objective to have him truly retire and be just an on call resource. He countered that that would be a huge mistake, the business would suffer, and he would apply his skills elsewhere (not sure if he was suggesting he would compete). He also said the Board, other than CHS, would not support such a decision. He continues to claim that Apollo and Falcon are in his pocket.

It is clear that Burt believes that he is irreplaceable and he would like to be involved forever. The management team is growing weary of his constant meddling in every aspect of the business and continued interference. The world is very different than Burt views it. My interactions have all been very professional and I sense no animosity toward me from Burt. He just simply wants to stay involved "the way Bob allowed him to" so he can make everything work better. It is a view that, in my opinion, is not conducive to success. He and I are already diverging on long term strategy and opportunities for growth as well as how to run marketing, HR, accounting, and IT.

We should probably talk about how to handle this. His involvement is technically as a Board member so I am not sure what my say is in terms of his continued role at LVI. If he is asked by me to depart he will not go out without a fight and some broken glass although he did say at one point that if I were so short sighted to request that he would comply.

Scott

On Tue, Oct 19, 2010 at 1:58 PM, Simmons, Brian P. <BSimmons@chsonline.com> wrote:
> Scott - obviously this is unworkable. How would you like to use Burt? Legal? Collections? I am happy to bear the brunt of the noise on this I would like to be specific with him as to what works for the Board - i.e what works for you. Let me know.
>
> **Brian P. Simmons | Managing Partner**
> **CHS Capital LLC**
>    **10 South Wacker Drive, Suite 3175**
>    **Chicago, Illinois 60606**
>    **Phone 312.876.1980 | Fax 312.876.3854**
>    **Cell 312.804.0138**
>    **bsimmons@chsonline.com**
>    **www.chsonline.com**
>
> ---
>
> **From:** Scott State [mailto:scott.state@gmail.com]
> **Sent:** Thursday, October 14, 2010 3:36 PM
>
> **To:** Simmons, Brian P.; Hogan, Robert
> **Subject:** Chairman Duties

CONFIDENTIAL

LVIP 001751

Gentlemen

I have been going back and forth with Burt on who does what at LVI. He has been pretty unhappy that I do not seek his counsel on almost everything and has expressed that view to me and a number of other members of senior management, all whom seem to be looking for new leadership and a new direction. This morning I initiated a phone call to Burt to start a process that completely defines his future role with LVI. My position was very clear that I would like his support in dealing with legacy issues such as litigation and claims and that other support would be as needed and requested by me. I was clear to indicate that I expected no direct involvement in the day to day activities of LVI or business on ago forward basis. Like most of my discussions with Burt on his continuing role he agreed. We then slated a meeting to discuss this again next week in person while I am in NYC. Burt said he had a list of what he believed his ongoing duties were already prepared and would send it to me. Attached is that list.

Here is my dilemma, after review of this list there is really only one bullet that pertains to the discussion I had with him 10 minutes earlier yet he somehow believes his view of his duties is consistent with my view. I can't be more clear than I have been and I don't see spending $1MM / yr to have Burt reviewing air travel and BS administrative items. My inclination is to go through this list with him and tell him that there is no reason that the Chairman of a Company would do any of these things. That discussion will not go well. It seems that Burt has a goal to remain active forever and these tasks he has latched on to were apparently supported by McNamera.

I am OK making moves on a number of senior people that don't pull their weight and not looking to involve the investors in those decisions or actions. With Burt I feel I must be more careful and seek your thoughts and counsel.

Scott

CONFIDENTIAL

LVIP 001752