# Exhibit 22

MINUTES OF A MEETING OF
THE BOARDS OF DIRECTORS
OF
LVI PARENT CORP.
A Delaware corporation

Held on
November 4, 2010

A meeting of the Board of Directors of LVI Parent Corp., a Delaware corporation ("LVI" or the "Company"), was held at the offices of Apollo Investment Corp. in New York City on Thursday, November 4, 2010.

The following directors of the Company were present at said meeting: Rajay Bagaria, Robert Buck, Richard Ferrucci, Burton Fried, Gerald Girardi, Robert Hogan, John Schnabel, Brian Simmons and Scott State (collectively, the "Board"). Also present at the meeting were John Leonard, Vice President of LVI, Paul Cutrone, Vice President and Chief Financial Officer of LVI, Theodore Reynolds, of Apollo Investment Management, Matt Kunz, of CHS Capital, and Jeffrey Smith, legal counsel to the Company.

Burton Fried acted as chairman of the meeting. Jeffrey Smith acted as secretary of the meeting and kept the minutes thereof.

Mr. Fried called the meeting to order at approximately 8:40 a.m., local time. Mr. Fried welcomed the directors and guests to the meeting. Mr. Fried confirmed that the directors had received due notice of the meeting which was issued and sent to the directors in accordance with the by-laws of LVI.

The members of the board of directors of LVI Invest Corp. (F/K/A LVI Acquisition Corporation) present at the meeting approved the minutes of the meeting of the LVI Acquisition Corporation board held on August 17, 2010.

Mr. Leonard then reviewed LVI's safety performance and presented charts comparing LVI's recordable incident rate and lost time injury rate for the third quarter of 2010 to prior periods and industry averages. Mr. Leonard also updated the Board on the Field Safety Incentive Program that the Company had implemented on August 1, 2010.

Mr. Cutrone provided a review of LVI's third quarter 2010 financial performance. The review included a discussion of revenue, EBITDA and margins relative to plan and prior year performance and analysis of G&A and working capital and a review of LVI's balance sheets and income statements. The review also included analysis of the annual debt service and availability under the Company's revolver and a review of the Company's financial covenant obligations and compliance. Mr. Cutrone discussed the reasons for variances from plan and prior year results. Mr. Cutrone also provided a report on LVI's working capital and updated the Board on the status of LVI's backlog.

Mr. Cutrone and Mr. Leonard then reviewed reports detailing accounts receivable aging and retention as of September 30, 2010.

The financial report was concluded with a review of General and Administrative expenses through September 2010.

Mr. State then reviewed the status of a number of key projects currently being performed by the Company, as well as projects on which LVI was bidding. As part of this review Mr. Leonard addressed the status of the 130 Liberty project.

Mr. State updated the Board on current conditions in the markets for demolition and abatement services and emergency response services. The updated included a review of performance at the Company's Northstar Recovery Services business.

Mr. State then provided the Board with an overview of trends affecting the Company's businesses and discussed the key components and issues related to the Company's strategy for 2011. The discussion included an update on various strategic relationships that the Company was considering.

Mr. State addressed a number of specific items aimed at keeping the Board apprised of developments and issues that have impacted or will impact the Company, including the move of the corporate offices to Midtown in 2011, increases in the cost of health insurance, letter of credit usage, and the need to make the Company's business development efforts more strategic, among others.

Mr. Cutrone then discussed the Company's current information technology and the development of an IT plan to address the Company's information systems requirements. The Board will be updated on these matters following further analysis.

Mr. Cutrone then explained the business purpose associated with a dividend from LVI Environmental Services of New Orleans, Inc. to LVI Services Inc. in the amount of $15 million and that the Company's proposed governance documents would require that such a dividend be approved by the Board in addition to the approval by the board of directors of LVI Environmental Services of New Orleans, Inc. Following discussion the Board unanimously granted its approval of such dividend.

Mr. Cutrone then sought the Board's approval of the retention of Deloitte & Touche to serve as the Company's auditors of the 2010 financial statements. Following Mr. Cutrone's review of the terms of the engagement and discussion of such terms, the Board unanimously approved the retention of Deloitte & Touche.

Mr. Cutrone then reviewed the Management Liability Policy handout included in the Board presentation that summarized the principal terms of the company's D&O, EPL and fiduciary coverage; discussed the upcoming lender meeting scheduled for December 2, 2010; and the status of the Company's debt rating update with S&P and Moody's.

Mr. Hogan then presented the Board with updated drafts of the Corporate Governance Guidelines and amended and restated Audit Committee and Compensation Committee Charters. After a brief discussion, it was decided that the Board would schedule a follow-up call to discuss and finalize the governance guidelines and charters.

The Board then excused the management participants in the meeting other than those that are members of the Board. At the request of Mr. Fried the Board then discussed Mr. Fried's role at the Company and its subsidiaries.

CONFIDENTIAL

There being no further business, the meeting was adjourned at approximately 2:15 p.m., local time.

                                                                      *[signature]*
                                                                      Jeffrey N. Smith, Secretary of Meeting

CONFIDENTIAL

LVI 000300