# Exhibit 25

11/16  LVI BOD call
- Ferrucci, CHS (Simmons & Hogan), Falcon
  AIC (Girard & Reynolds), Buck (Schnabel),
  (Not Present), Scott State

Schnabel:
- Burt is open to some role w/ day to day responsibilities
- insists this is due to his "Age"

Burt - Sent pre-emptive letter; Ignore & send good faith letter offer to Burt Snied

Next Steps
1. Send out letter to Burt
2. Treatment for Burt
   - e-mail acct.
   - Westport office
   - Compensation
   - Treat his daughter as we would treat any other employee
   + Maintain Status Quo until 11/30.
   → General Counsel relocate eventually to Milford
3. Strategy - Demonstrate Strategy; Ability to deliver & improve coverage ratios; performance

Other
1. Sr. managed office in Denver - week of 11/15

Confidential                                                                                      AIC 00000236