# Exhibit 31

November 30, 2010

To: The Board of Directors of LVI Parent Corp., LVI Services Inc. and all of it's Subsidiaries and Affiliated Companies

Effective immediately, because of the termination of my employment as Chairman of LVI Services Inc., I hereby resign all of my positions as Director and/or Officer of LVI Parent Corp., LVI Services Inc. and all of it's subsidiaries and affiliated companies.

Dated: November 30, 2010

_____
Burton T. Fried

CONFIDENTIAL

LVI 000601