# Exhibit 32

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
BURTON T. FRIED,                      :
                                      :
                Plaintiff,            :
                                      :
        -v-                           :
                                      :
LVI SERVICES, INC.; LVI PARENT CORP., :
CODE HENNESSEY SIMMONS LLC d/b/a CHS  :    10 Civ. 9308 (JSR)
PRIVATE EQUITY V LP; APOLLO           :
INVESTMENT CORP.; SCOTT E. STATE, in  :    ORDER
his official and individual           :
capacities; RAJAY BAGARIA, in his     :
official and individual capacities;   :
GERALD J. GIRARDI, in his individual  :
and official capacities,              :
                                      :
                Defendants.           :
------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/11

JED S. RAKOFF, U.S.D.J.

All remaining defendants in this case have moved for summary judgment with respect to all remaining claims. After careful consideration, this Court hereby grants summary judgment dismissing all remaining claims, with the exception of plaintiff's claim of retaliation to the extent, and only to the extent, that it is based on the termination of plaintiff's daughter, Shari Dembin (which is also the subject of a related action, <u>Dembin v. LVI Services, Inc.</u>, 11 Civ. 1888).

An opinion setting forth the reasons for these determinations will issue in due course, following which counsel in this and the related action should jointly call Chambers to schedule appropriate trial(s) in the remaining actions. In the meantime, all further

proceedings in this case (but not in the related case) are hereby stayed.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 1, 2011

2