# Exhibit 36

| | |
|---|---|
| **From:** | Leonard, John <jleonard@lvi.com> |
| **Sent:** | Thursday, October 14, 2010 6:37 PM |
| **To:** | State, Scott <SState@lviservices.com> |
| **Subject:** | Re: FW: Chairman - Areas of Responsibility |
| **Attach:** | CHAIRMAN.doc; CHAIRMANanswers.doc |

For discussion. I will give you me thoughts.

<<...>>


John M. Leonard

Chief Operating Officer
LVI Services Inc. & NorthStar Recovery Services
80 Broad Street
Third Floor
New York, NY 10004


Cell #: (201) 370-2113
Phone # (303) 727-9205
Fax #: (212) 951-8930
24 hour disaster response - (800) 283-2933

johnleonard@lviservices.com
www.lviservices.com

Asbestos Abatement \ Demolition \ Mold Remediation
Emergency Response - Fire \ Water Restoration
Decommissioning \ Decontamination
Fiber \ Cementitious \ Intumescent Fireproofing



From:   "State, Scott" <SState@lviservices.com>

To:     "Leonard, John" <JohnLeonard@lviservices.com>

Date:   10/14/2010 03:33 PM

Subject:    FW: Chairman - Areas of Responsibility


I spoke at length with Burt about his future role. I will meet with him on the same
topic next week while in NY. He sent the attached list of his duties as he sees them.
Can you go through the list and ID who we could transition these to? The 7th bullet
regarding historical business is the only area I had told him we wanted his active
support. I want to have a transition plan that gets us to where we need to be by the end
of this year.

From: BFried@lviservices.com [BFried@lviservices.com]
Sent: Thursday, October 14, 2010 11:55 AM

CONFIDENTIAL

LVI 000420

```
To: State, Scott
Subject: Chairman - Areas of Responsibility

Attached for your review and discussion on Tues 10/19.

(See attached file: CHAIRMAN.doc)

Burton T. Fried
Chairman
LVI Services Inc.
877 Post Road East
Suite # 4
Westport, CT 06880
Phone: (203) 222-0584
Fax: (203) 222-2227
bfried@lviservices.com <<...>>
```

CONFIDENTIAL

## CHAIRMAN - AREAS OF RESPONSIBILITY

- Development and implementation of new business initiatives – Domestic and International – UK, Middle East, U.S., Latin America…….Squibb, Emcor Middle East, Harsco, LendLease
- Major Client /Major Project/Competitor Relationships – Turner, Tishman Construction, Yale, duel relationships with other LVI managers etc.
- LVI relationship manager with Surety (Arch) and Surety Agent (Ferrucci)
- Review all Requests for Bid Bond/Payment and Performance Bond Requests; Bonded Contracts and large Unbonded Contracts – Risk Assessment of scope, schedule, and difficulty.
- Select all outside counsel to represent LVI on legal matters.
- Manage at a senior level all LVI litigation and legal matters……contracts, corporate compliance ie: minutes, qualification to do business, corporate name changes, construction claims, collection matters, employment related claims and litigation, employment terminations, internal corporate investigations of violations of Business Code and Theft, regulatory compliance/environmental violation support, etc., supervise public agency/quasi-public agency review during prequalification process ie: NYS SCA, NYC Vendex Listings, Debarment etc.
- Resource for all historical LVI business, employee and legal matters.
- Review and approve of all LVI Offers of Employment.
- Negotiate all company acquisitions….both conventional and unconventional ie: Hudak.
- Monitor all employee air travel.
- Secure approvals from Surety of Bonding for Mentor/Protégé and Teaming Surety Bond Requirements.
- Review and approve all planned submissions of Prequalification submissions nationwide prepared at Westport office.
- Prepare, review and/or approve all LVI contracts and/or terms of agreements not in the ordinary course of business ie: non disclosure agreements, office/warehouse leases, mentor/protégé, teaming, alliance agreements, master service agreements.
- Prepare all LVI consulting agreements ie: sales, services etc.
- Coordinate all corporate public relations communications and website updates with LVI public relations firm.

10/14/10

CONFIDENTIAL

LVI 000422

## CHAIRMAN - AREAS OF RESPONSIBILITY

- Development and implementation of new business initiatives – Domestic and International – UK, Middle East, U.S., Latin America.......Squibb, Emcor Middle East, Harsco, Lend Lease

Mark Canessa for Squibb, Harsco. He has the relationship with Emcor Middle East and Lendlease (Bob). I would give Lendlease to David Pearson and think you need to take Emcor.

- Major Client /Major Project/Competitor Relationships – Turner, Tishman Construction, Yale, duel relationships with other LVI managers etc.

Jim Mooney and Frank Aiello with the local BD's.

- LVI relationship manager with Surety (Arch) and Surety Agent (Ferrucci).

Yourself and Joe Annarumma. Greg Dicarlo from a bond request submission.

- Review all Requests for Bid Bond/Payment and Performance Bond Requests; Bonded Contracts and large Unbonded Contracts – Risk Assessment of scope, schedule, and difficulty.

Greg Dicarlo and Tom Cullen working with me.

- Select all outside counsel to represent LVI on legal matters.

Greg Dicarlo.

- Manage at a senior level all LVI litigation and legal matters......contracts, corporate compliance ie: minutes, qualification to do business, corporate name changes, construction claims, collection matters, employment related claims and litigation, employment terminations, internal corporate investigations of violations of Business Code and Theft, regulatory compliance/environmental violation support, etc., supervise public agency/quasi-public agency review during prequalification process ie: NYS SCA, NYC Vendex Listings, Debarment etc.

Greg Dicarlo.

- Resource for all historical LVI business, employee and legal matters.

Greg Dicarlo and myself.

CONFIDENTIAL

LVI 000423

- Review and approve of all LVI Offers of Employment.

Kamal Sookram.

- Negotiate all company acquisitions....both conventional and unconventional ie: Hudak.

Greg Dicarlo, you and myself.

- Monitor all employee air travel.

Myself with administrative assistant.

- Secure approvals from Surety of Bonding for Mentor/Protégé and Teaming Surety Bond Requirements.

Yourself.

- Review and approve all planned submissions of Prequalification submissions nationwide prepared at Westport office.

Mark Canessa.

- Prepare, review and/or approve all LVI contracts and/or terms of agreements not in the ordinary course of business ie: non disclosure agreements, office/warehouse leases, mentor/protégé, teaming, alliance agreements, master service agreements.

Greg Dicarlo.

- Prepare all LVI consulting agreements ie: sales, services etc.

Greg Dicarlo.

- Coordinate all corporate public relations communications and website updates with LVI public relations firm.

Mark Canessa.

10/14/10

CONFIDENTIAL

LVI 000424