# Exhibit 37

| | |
|---|---|
| **From:** | BFried@lviservices.com |
| **Sent:** | Wednesday, September 22, 2010 4:00 PM |
| **To:** | Simmons, Brian P. <BSimmons@chsonline.com> |
| **Cc:** | Hogan, Robert <RHogan@chsonline.com> |
| **Subject:** | Scott State |

Brian: Spoke with Scott. He now has no concern about my support in his role as CEO. He does have a few remaining issues relating to the EBITDA language ("as adjusted") and other items which are not major. Recommend that you be personally on the call with Rob when he calls Scott this afternoon. Otherwise, at best discussions will be protracted without resolution with Scott or at worst he may end up totally frustrated and withdraw himself from further consideration.........Burt

Burton T. Fried
Chairman/CEO
LVI Services Inc.
877 Post Road East
Suite # 4
Westport, CT 06880
Phone: (203) 222-0584
Fax: (203) 222-2227
bfried@lviservices.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.