# Exhibit 38

| | |
|---|---|
| **From:** | Fried, Burton <bfried@lvi.com> |
| **Sent:** | Thursday, September 23, 2010 10:39 AM |
| **To:** | Leonard, John <JohnLeonard@lviservices.com>; Cutrone, Paul <PCutrone@Notes.lvi.com> |
| **Subject:** | Scott State |

Spoke to Scott yesterday and ended with him being very comfortable about how we would work together. He had one issue to resolve with CHS concerning basis for extra stock option to be vested. Today received an e-mail in which he withdrew his name from consideration. He said he is totally frustrated with the negotiating position taken by CHS. Told Brian this was going to happen and to handle himself personally yesterday but he left it to Rob.

Brian is now trying to resolve by agreeing to the last issue raised by Scott but Scott is not answering his call and is not answering my call. Ask John "not" to reach out to Scott. Let the dust settle and see if Scott reconsiders. Sent him an e-mail and hope that will change his mind.

CHS does it again.

Burt


Burton T. Fried
Chairman/CEO
LVI Services Inc.
877 Post Road East
Suite # 4
Westport, CT 06880
Phone: (203) 222-0584
Fax: (203) 222-2227
bfried@lviservices.com

CONFIDENTIAL

LVI 000731