Exhibit 40

Rakoff, J

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BURTON T. FRIED,                                       :
                                                       :    No. 10 Civ. 9308 (JSR)
                        Plaintiff,                     :
                                                       :
            v.                                         :    **STIPULATION OF DISMISSAL**
                                                       :    **WITH PREJUDICE**
LVI SERVICES, INC.; LVI PARENT CORP.,                  :
CODE HENNESSY SIMMONS LLC d/b/a CHS                    :
PRIVATE EQUITY V LP; APOLLO                            :
INVESTMENT CORP.; SCOTT E. STATE, in his               :
official and individual capacities; BRIAN              :
SIMMONS, in his official and individual capacities;    :
RAJAY BAGARIA, in his official and individual          :
capacities; GERALD J. GIRARDI, in his official         :
and individual capacities,                             :
                                                       :
                        Defendants.                    :
                                                       :
-----------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 10/27/11

   **IT IS HEREBY STIPULATED, CONSENTED AND AGREED,** by and between

Plaintiff, Burton T. Fried, and Defendants LVI Services, Inc. and LVI Parent Corp.

("Defendants"), that, pursuant to Fed. R. Civ. P. 41(a), the remaining cause of action in

Plaintiff's amended complaint asserting a claim for retaliation under the Age Discrimination in

Employment Act, 29 U.S.C. §§ 621 *et seq.*, relating solely to the termination of his daughter,

Shari L. Dembin, is voluntarily dismissed with prejudice and without costs or fees to either party.

Dated: New York, New York
      October 19, 2011

**THOMPSON WIGDOR LLP**

By: _____
    Shaffin A. Datoo
    85 Fifth Avenue
    New York, New York 10003
    (212) 257-6800
    sdatoo@thompsonwigdor.com

*Attorneys for Plaintiff*

**SIDLEY AUSTIN LLP**

By: _____
    Michael D. Mann
    787 Seventh Avenue
    New York, New York 10019
    (212) 839-5837
    mdmann@sidley.com

*Attorneys for Defendants*

SO ORDERED.

_____
Hon. Jed S. Rakoff, U.S.D.J.

10 - 26 - 11