# Exhibit 44

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

BURTON T. FRIED,                                     :
                                                     :
                              Plaintiff,             :         Civil Action No. 10 Civ. 9308 (JSR)
                                                     :
              v.                                     :         **NOTICE OF APPEAL**
                                                     :
LVI SERVICES, INC.; LVI PARENT CORP.,                :
CODE HENNESSY SIMMONS LLC d/b/a CHS                  :
PRIVATE EQUITY V LP; APOLLO                          :
INVESTMENT CORP.; SCOTT E. STATE, in his             :
official and individual capacities; BRIAN            :
SIMMONS, in his official and individual capacities;  :
RAJAY BAGARIA, in his official and individual        :
capacities; GERALD J. GIRARDI, in his official       :
and individual capacities,                           :
                                                     :
                              Defendants.            :
------------------------------------------------------------x

        Notice is hereby given that Plaintiff Burton T. Fried hereby appeals to the United States

Court of Appeals for the Second Circuit from an Order entered on September 2, 2011 granting

Defendants' motion for summary judgment in part and denying it in part, and from an Opinion

and Order entered on October 4, 2011 granting Defendants' motion for summary judgment in

part and denying it in part, that were made final by the Order entered on October 27, 2011 which

dismissed Plaintiff's sole remaining claim with prejudice.

        Pursuant to Local Civil Rule 83.8 the names of the parties and the names and addresses

of their respective attorneys of record are as follows:

Counsel for Plaintiff Burton T. Fried:               Counsel for All Defendants:

THOMPSON WIGDOR LLP                                  SIDLEY AUSTIN LLP
Douglas H. Wigdor, Esq.                             Joanne Seltzer, Esq.
Shaffin A. Datoo, Esq.                              Michael D. Mann, Esq.
85 Fifth Avenue                                     787 Seventh Avenue
New York, NY 10003                                  New York, NY 10019

1

Dated:   New York, New York
           November 14, 2011

Respectfully submitted,

THOMPSON WIGDOR LLP

By: _____
      Douglas H. Wigdor
      Shaffin A. Datoo

85 Fifth Avenue
New York, NY 10003
(212) 257-6800
(212) 257-6845

*Counsel for Plaintiff Burton T. Fried*