**CERTIFICATE OF SERVICE**

  I, hereby certify that on May 31, 2012 a copy of Plaintiff's Local Rule 56(a)2 Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Courts CM/ECF system.

Dated: May 31, 2012
   New York, New York

              /s/ Shaffin A. Datoo
              Shaffin A. Datoo (*Pro Hac Vice*)

              85 Fifth Avenue
              New York, NY 10003
              Telephone: (212) 257-6800
              Facsimile: (212) 257-6845
              sdatoo@thompsonwigdor.com