UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHARI L. DEMBIN
BURTON T. FRIED

v.   Civil No. 3:11Cv1855JBA

LVI SERVICES, INC.
LVI PARENT CORP.
SCOTT E. STATE

JUDGMENT

This matter came on for consideration on defendants' motion for summary judgment before the Honorable Janet Bond Arterton, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on March 18, 2013, the Court entered a Ruling granting, defendants' motion for summary judgment.

It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut:  March 20, 2013

Roberta D. Tabora, CLERK

By_____/s/_____
Betty J. Torday
Deputy Clerk

EOD 3/20/13