UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------x
SHARI L. DEMBIN and BURTON T. FRIED,    :
                                        :
                        Plaintiffs,     :    Civil No. 3:11-CV-01855 (JBA)
                                        :
            v.                          :    **NOTICE OF APPEAL**
                                        :
LVI SERVICES, INC., LVI PARENT CORP.,   :
SCOTT E. STATE,                         :
                                        :
                        Defendants.     :
------------------------------------------------------------------x

      Notice is hereby given that Plaintiff Burton T. Fried hereby appeals to the United States Court of Appeals for the Second Circuit from a Ruling granting Defendants' Motion for Summary Judgment, entered in this action on March 18, 2013, and from the Judgment entered in this action on March 20, 2013.

      Pursuant to Local Civil Rule 83.8 the names of the parties and the names and addresses of their respective attorneys of record are as follows:

<u>Counsel for Plaintiff Burton T. Fried</u>

THOMPSON WIGDOR LLP
Douglas H. Wigdor, Esq.
85 Fifth Avenue
New York, New York 10003
(212) 257-6800
(212) 257-6845 (fax)

MADSEN, PRESTLEY &
PARENTEAU LLC
William G. Madsen
Todd D. Steigman
402 Asylum Street
Hartford , CT 06103
(860) 246-2466
(860) 246-1794 (fax)

<u>Counsel for All Defendants</u>

JACKSON LEWIS LLP
Joanne Seltzer, Esq.
666 Third Avenue
New York, NY 10017
(212) 545-4000
(212) 972-3213 (fax)

LITTLER MENDELSON, P.C
Deborah DeHart Cannavino, Esq.
Matthew K. Curtin, Esq.
One Century Tower, Suite 300
265 Church Street
New Haven, CT 06510
(203) 974-8700
(203) 974-8799 (fax)

Dated: New York, New York
       March 28, 2013

Respectfully submitted,

THOMPSON WIGDOR LLP

By: _____
Douglas H. Wigdor
85 Fifth Avenue
New York, NY 10003
(212) 257-6800
(212) 257-6845

Counsel for Plaintiff